Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*Court Copy*

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**AUG 22 2024**

KEVIN P. WEIMER, Clerk
By:

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia  ▾

Atlanta Division

|  |  |
|---|---|
| ) | Case No. **1:24-CV-3739** |
| ) | *(to be filled in by the Clerk's Office)* |
| ) | |
| ) | |

**Jasmine Nicole Lundie**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☑ Yes  ☐ No

**Bishop Kevin Foreman**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Jasmine Nicole Lundie |
| Street Address | 9621 Poole Road |
| City and County | Villa Rica and Douglas County |
| State and Zip Code | Georgia and 30180 |
| Telephone Number | 770-398-2219 |
| E-mail Address | boss@glowgreenstudios.com |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Bishop Kevin Foreman |
| Job or Title *(if known)* | Owner of Final Harvest Christian Center, Inc (Harvest Church) |
| Street Address | 3590 Grape Street |
| City and County | Denver and Denver County |
| State and Zip Code | Colorado and 80207 |
| Telephone Number | |
| E-mail Address *(if known)* | bishop@harvestchurch.church |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question             ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Jasmine Nicole Lundie                         , is a citizen of the

   State of *(name)* Georgia                         .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)*                         , is incorporated

   under the laws of the State of *(name)*                         ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* Bishop Kevin Foreman                         , is a citizen of

   the State of *(name)* Colorado                         . Or is a citizen of

   *(foreign nation)*                         .

3

      b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$1,000,000.00 USD

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Foreman has been violently attacking Jas Lundie since the spiritual attachment. His premeditated methods and confessions allowed the plaintiff to conclude that the MMTS was not his first occurrence, and he is in fact a serial killer. The religious abuse overtime induced a near death experience and she almost died from physical, psychological, and economical trauma.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

There's no method to undo a spiritual attachment without the death of a counterpart. Foreman did not ask the plaintiff to perform the ritual remotely and the plaintiff should not have to suffer any longer. Due to Foreman's prior convictions from his violent behavior, his record as a serial killer, and the fact Jas Lundie almost died, the plaintiff is demanding the death penalty under 18 U.S.C. 3591-93. Foreman violated the Cease-and-Desist for over a year and a half and continually threatens the plaintiff's life and livelihood. Jas Lundie is also demanding 1,000,000.00 USD for restitution and demanding the courts to order a Writ of Execution to fulfill the Notice of Demand.

4

## V.    Certification and Closing

Under <u>Federal Rule of Civil Procedure 11</u>, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        08/21/2024

Signature of Plaintiff

Printed Name of Plaintiff        Jasmine Nicole Lundie

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 22 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

*COURT COPY*

UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

Jasmine Nicole Lundie                    :
9621 Poole Rd
Villa Rica, Georgia 30180                :          CASE NO:_____
Plaintiff,                               :

                        vs               :          **JURY TRIAL DEMANDED**

Bishop Kevin Foreman                     :
3590 Grape Street                                   **1:24-CV-3739**
Denver, Colorado 80207                   :
Defendant,                               :

## CIVIL COMPLAINT

**Plaintiff Jasmine Nicole Lundie** ("Jas Lundie"), by PRO SE until appointed counsel, as pursuant to Prayer for Relief, Rule 8. General Rules of Pleading, 18 U.S.C. § 3771, and 34 U.S.C. § 20141(c) hereby files this action seeking capital punishment, death penalty, under 18 U.S.C. 3591-93 and restitution by writ of execution against **Defendant Bishop Kevin Foreman** of Final Harvest Christian Center, Inc, Harvest Church ("Foreman"), showing the court as follows:

### NATURE OF SUIT

1. On October 30th, 2023, the plaintiff became an official member of Harvest's Denver Dream Team, while waiting for an offer letter for employment.
   ***See Exhibit 1***

2. Without her knowledge or consent, the defendant utilized his organization, the plaintiff's name and likeness to communicate with her family, public figures and corporations under false pretenses.
   ***See Exhibit 2***

3. While presenting an innovative idea to those who have the power to make it happen, the defendant mishandled his title as a Bishop to manipulate the masses thus creating the Mass Manipulation Trafficking Scheme ("MMTS"). To the public figures, influencers, organizations and corporations who attached their social media accounts, this was supposed to be some sort of beta test to build a target's faith. The defendant did not obtain **Informed Consent** to carry out any private or public agenda. Due to the lack of an oral or written agreement, he does not have exculpatory evidence. (Starting November 2022 - Present Day)
   ***See Exhibit 3***



4. Currently, the plaintiff is a victim in this violent high profile case, without employment, looking to resolve the matter within the district courts.

## JURISDICTION AND VENUE

5. This Court has **diversity jurisdiction** pursuant to 28 U.S.C. § 1332 because (a) this action is between citizens of different states and (b) the matter in controversy exceeds $75,000, exclusive of interest and costs.
6. This Court has **subject matter jurisdiction** pursuant to 2015 Georgia Code Title 17 Criminal Procedure, Chapter 10 - Sentence and Punishment, Article 2 - Death Penalty generally § 17-10-31.
7. This Court has **supplemental jurisdiction** of state law claims pursuant to 28 U.S.C. § 1367(a).

## THE PARTIES

8. Plaintiff, Jasmine Nicole Lundie, is a 31-year-old woman, single, and a former member of Harvest Church. She is the owner of Glow Green Studios, Rare Royl Salt Foundation, & the "CEO JAS" brand. As pursuant Rule 26. Duty to Disclose; General Provisions Governing Discovery (2), she is an **expert witness** for theology, psychology, biology, and cybersecutiry. She is a resident of Villa Rica, Georgia.
9. Defendant, Bishop Kevin Foreman, is a 67-year-old man and owner of Harvest Church. He is a resident of Denver, Colorado.

## FACTS OF ALLEGATIONS

10. **Foreman** has been violently attacking Jas Lundie since the spiritual attachment. His premeditated methods and confessions allowed the plaintiff to conclude that the MMTS was not his first occurrence, and he is in fact a serial killer. The religious abuse overtime induced a near death experience and she almost died from physical, psychological, and economical trauma. *18 U.S. Code 1113 – Attempt to Commit Murder or Manslaughter, GA Code 16-5-21 (2020) – Aggravated Assault, 18 U.S. Code 2261A – Stalking, 18 U.S.C. § 1030 – Hacking, GA Code § 16-11-39.1 (2022) – Harassing Communications.*
    *See Exhibit 4*
11. Attempting to force and coerce her into prostitution and various executive and administrative tasks for free labor, Foreman manipulated her family, **("Janay")**, into believing he was going to marry the plaintiff. In order to cover up the conspiracy to murder, Foreman coerced Janay into filing disability, and with influence from various public figures, an estranged member into falsely committing her into an insane asylum. *The U.S. Code, Title 22, Chapter 78 – Trafficking Victims Protection, HB 200 (2011) – Combating Sex Trafficking, 28*



*U.S. Code § 4101 – Libel/Slander/Defamation, 18 U.S. Code 1349 – Conspiracy to Commit Fraud.*

**See Exhibit 4.3, 5 & 8**

12. His presentation to religious leaders, public figures and corporations made celebrity William L. Roberts II, **("Rick Ross")** to believe that the following behavior was acceptable. After being made aware of the unwarranted stalking, hacking, property damage, and pending federal case against the defendant from the building conspiracy, Rick Ross reacted destructively and rapidly increased the emotional abuse by further influencing Foreman's agenda by any means necessary. *18 U.S. Code 1117 – Conspiracy to Commit Murder, 18 U.S. Code 371 – Conspiracy to Commit Felony Offense, GA Code 16-5-21 (2020) – Aggravated Assault, GA Code § 16-11-39.1 (2022) – Harassing Communications.*

**See Exhibit 4.3, 6 & 7.1**

13. Without performing due diligence and obtaining consent from their driver, the plaintiff, **Uber Technologies**, negligently violated their terms and conditions and privacy policy by granting Foreman access to her specific account coding and algorithms, twice. Foreman coerced technicians and executives to assist him into making her believe that Jas Lundie's purpose was to be a prostitute. Thus, destroying her sole source of income. Not only was the defendant and his co-conspirators able to control her fares, they used her account as a weapon for silence. This matter continued until July 2024. The plaintiff decided to ask more family members for shelter and financial assistance. The corporation never corrected the behavior. *The U.S. Code, Title 22, Chapter 78 – Trafficking Victims Protection, HB 200 (2011) – Combating Sex Trafficking, 28 U.S. Code § 4101 – Libel/Slander/Defamation, 18 U.S. Code 1349 – Conspiracy to Commit Fraud, 18 U.S. Code 1117 – Conspiracy to Commit Murder, 45 CFR 46 - Protections of Human Subjects in Research, GA Code § 14-2-830 (2020).*

**See Exhibit 7**

14. While falsely committed to **Anchor Hospital**, Foreman coerced the owner and its employees into expediting his motives. To resolve the voices in the defendant's head, the telepathy, spiritual attachment, and the federal case pending with the FBI, his accomplices persuaded the psychiatrist to diagnose the plaintiff with an "unspecified psychosis" accompanied by the prescription, Risperidone. The plaintiff refused all treatment. Emotionally manipulated by their religious beliefs the techs administered two doses of PRN distressed, by force, and without the plaintiff's authorization. The hospital failed to contact her primary care physician to obtain medical records to prevent an adverse reaction. Jas Lundie has documentation on file with her signature forbidding the behavior from her physician – even within an emergency. Only the patient, Jas Lundie, can request her records. *28 U.S. Code § 4101 – Libel/Slander/Defamation, 18 U.S. Code 1349 – Conspiracy to Commit Fraud, 18 U.S. Code 1117 – Conspiracy to Commit Murder, 45 CFR 46 - Protections of Human Subjects in Research, GA Code § 14-2-830 (2020), 2020 Georgia Code Title 51 - Torts Chapter 1 - General*



Provisions § 51-1-27. *Recovery for Medical Malpractice Authorized, 18 U.S. Code § 1510 - Obstruction of Justice.*
    ***See Exhibit 8***

15. While utilizing the gym services, Foreman coerced the **Workout Anytime** owner to harass then falsely accuse in effort to criminalize then later incarcerate the plaintiff. The franchise violated their user agreement and implemented their own techniques to perpetuate the emotional abuse. *31 U.S.C. §§ 3729 - 3733 – False Claims Act, 28 U.S. Code § 4101 – Libel/Slander/Defamation, GA Code § 16-11-39.1 (2022) – Harassing Communications*
    ***See Digital Case Files Below***

## PRAYER FOR RELIEF

16. The **burden of guilt** and **probable cause** for the spiritual attachment rests within the MMTS and the attempts to cover it up by false accusations, false commitment, and obstruction of justice. There's no method to undo a spiritual attachment without the death of a counterpart. Foreman did not ask the plaintiff to perform the ritual remotely that bound them together and the plaintiff should not have to suffer any longer. She is invoking the **Declaration of Independence** because we all have the right to *"Life, Liberty, and The Pursuit of Happiness.",* not just Kevin Foreman.  Due to Foreman's prior convictions from his violent behavior, his record as a serial killer, and the fact Jas Lundie almost died, the plaintiff is demanding the **death penalty** under *18 U.S.C. 3591-93*. Foreman violated the Cease-and-Desist for over a year and a half and continually threatens the plaintiff's life and livelihood. Jas Lundie is also demanding 1,000,000.00 USD for **restitution** and demanding the courts to order a Writ of Execution to fulfill the Notice of Demand.
    ***See Exhibit 9***

| DIGITAL CASE FILES |
|---|

**I.** **Uber Technologies**
https://drive.google.com/drive/folders/10LIum-DZnDgo724v1n31HJdau14BSUKK?usp=sharing

**II.** **Anchor Hospital**
https://drive.google.com/drive/folders/14j-ixUAZZCWvpcdqExgTJWa0rRdht3Tv?usp=sharing

**III.** **Workout Anytime Franchising**
https://drive.google.com/drive/folders/1BGM6LN05nMgNw37KVpMXKtvdFC9OIVim?usp=sharing

| PLAINTIFF |
|---|

Signature: _Jasmine Lundie_
Print Name: _Jasmine Lundie_                    Date: _08/22_____ , 20 _24_

**Glow Green Studios, LLC**          **(678) 322 - 8468**          www.glowgreenstudios.com

4

**Fwd: WELCOME: Denver Campus Dream Team**

Jasmine Lundie <jasminelundie@gmail.com>
Tue 5/16/2023 6:22 AM
To:Jasmine Lundie <boss@glowgreenstudios.com>

---------- Forwarded message ---------
From: **Harvest Church** <hello@harvestchurch.church>
Date: Sun, Oct 30, 2022, 5:10 PM
Subject: WELCOME: Denver Campus Dream Team
To: <jasminelundie@gmail.com>

Exhibit 1 (9Pages)

View this email in your browser

Harvest Church

WELCOME: Denver Campus Dream Team

# WELCOME: Denver Campus Dream Team

**Shalom**,

**WELCOME:** Congratulations & welcome to the Dream Team at Harvest Church Denver Campus. Your background check has been cleared & you've been approved to begin changing lives in the ministry you selected on your Dream Team Application immediately. Your ministry coordinators will schedule you in Tithe.ly immediately to begin serving. You will receive your login email & please follow the steps within to ensure you are able to receive serving invites & view your serving schedule. **Ambassadors & Production Teams**, please ensure to purchase your headsets right away.

**CV1/REHEARSAL MEETINGS:** Please attend the weekly CV1 meetings/Rehearsals effective immediately at the times & locations shown below. If you are absent or late to your CV1 meeting, you will not have the privilege to serve at any worship experience the CV1 was missed for that day & you should enjoy the worship experience. So please ensure to at least 10 minutes early.

**PRODUCTION:** Sundays @ 8:00 AM MT & 10:45 AM MT in the Control Room | Wednesdays @ 6:45 PM MT in the Control Room | Thursdays @ 6:20 PM MT in the Control Room

**PRODUCTION ORDER:** Please click here to purchase your earpiece & please click here to purchase your walkie talkie.

10

**Production Team, please ensure to have your headsets by your second Sunday serving.**

**HARVEST KIDS:** Sundays @ 8:00 AM MT & 10:45 AM MT in the Harvest Kids Senior Classroom | Wednesdays @ 6:45 PM MT in the Harvest Kids Senior Classroom

**HARVEST WORSHIP:** Sundays @ 8:00 AM MT & 10:45 AM MT in the Youth Lounge | Wednesdays @ 6:45 PM MT in the Youth Lounge | Thursdays @ 6:20 PM MT in the Youth Lounge.
**HW:** Subject to a successful vocal audition at your first rehearsal. If audition is not a good fit, you'll be able to select another ministry that's a better fit for you.

**AMBASSADORS:** Sundays @ 8:00 AM MT & 10:45 AM MT in the Harvest Store | Wednesdays @ 6:45 PM MT in the Harvest Store

**AMBASSADOR ORDER:** Please click here to purchase your earpiece & please click here to purchase your walkie talkie for the Ambassador team. **Ambassador Team, please ensure to have your headsets by your second Sunday serving.**

**EVENTS & CREATIVES:** Sundays @ 8:00 AM MT & 10:45 AM MT in the Green Room | Wednesdays @ 6:45 PM MT in the Green Room

**QUESTIONS**: Please email us at hello@harvestchurch.church or call 1.800.928.0585 ext. 0 should you have questions.

Follow us on Facebook, Twitter and Instagram
Facebook Logo Twitter Logo Instagram Logo

3590 Grape St
Denver, CO
USA 80207

1.800.928.0585

hello@harvestchurch.church

You are receiving this email because you are subscribed to the Newsletter at harvestchurch.church. To instantly be removed from this list, **click to unsubscribe**.

Click here to manage your subscriptions.

**Fwd: Some Help From Fruit!**

Jasmine Lundie <jasminelundie@gmail.com>
Tue 5/16/2023 6:21 AM
To:Jasmine Lundie <boss@glowgreenstudios.com>

---------- Forwarded message ---------
From: **Harvest Church** <hello@harvestchurch.church>
Date: Mon, Oct 24, 2022, 11:41 AM
Subject: Re: Some Help From Fruit!
To: Jasmine Lundie <jasminelundie@gmail.com>
Cc: Roz Bailey <recruiting@harvestchurch.church>


Shalom Jasmine,

**RE:** Thank you ma'am for the email! It was received & has been noted accordingly for reference. I will touch base should we have any questions.

**FOLLOW-UP:** Please contact me with any further questions or if I may be of additional service.

**RESPONSE TIME:** Due to the high volume of emails received, email responses may be delayed from our normal protocol of up to 4 hours during our normal business hours to 24 hours.

For God's Glory,

**Barbie P**
**Adjutancy**

**T: 1.800.928.0585**
**E:** barbiep@harvestchurch.church

**www.harvestchurch.church**

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify Harvest Church at 1.800.928.0585. If you are not the named addressee, please be advised that any review, disclosure, copying, distribution, or use of the contents of this message are strictly prohibited by state and federal law. You should not disseminate, distribute, or copy this email. Please delete this e-mail from your system.


On Oct 24, 2022, at 5:36 AM, Jasmine Lundie <jasminelundie@gmail.com> wrote:

Shalom Roz!

I pray this message finds you well. I understand we are experiencing some delays in regards to finding a location in Atlanta. I would like to offer some of my resources if it can help with the process.

I'm not sure if the staff is working with an agent or broker but my younger sister is a licensed commercial real estate agent for the state of Georgia.

She's affiliated with Better Homes and Gardens and Coldwell Banker Commercial, the largest residential and commercial brokerage in GA. She specializes in showing clients how they can maximize on their capital gain taxes.

Here's the link to her website with all her contact information if you'll be interested in having someone physically there doing the ground work.

https://lundieluxury.sites.bhgrealestate.com

Her niche is luxury, so if Harvest is looking for an aesthetic of excellence, she's capable of completing that task as well.

She's also licensed for residential properties — she'll be a great resource for the Harvesters looking to relocate.

Enjoy the rest of your day!!!

13

**Fwd: HEALING MASTERCLASS: Create Presentation**

Jasmine Lundie <jasminelundie@gmail.com>
Tue 5/16/2023 6:27 AM
To:Jasmine Lundie <boss@glowgreenstudios.com>

---------- Forwarded message ---------
From: **Barbie Probasco** <barbiep@harvestchurch.church>
Date: Thu, Nov 10, 2022, 7:50 PM
Subject: Re: HEALING MASTERCLASS: Create Presentation
To: Jasmine Lundie <jasminelundie@gmail.com>, <jasminl@harvestchurch.church>
Cc: Roz Bailey <recruiting@harvestchurch.church>

Shalom Jasmine,

**RE**: Thank you for the prompt response & confirmation. It was received.

**FOLLOW-UP:** Please contact me with any further questions or if I may be of additional service.

For God's Glory,

**Barbie P**
**Adjutancy**

**T: 1.800.928.0585**
**E:** barbiep@harvestchurch.church

**www.harvestchurch.church**

DISCLAIMER: This email and any files transmitted with it are confidential and intended
solely for the use of the individual or entity to whom they are addressed. If you have
received this email in error please notify Harvest Church at 1.800.928.0585. If you are not
the named addressee, please be advised that any review, disclosure, copying, distribution,
or use of the contents of this message are strictly prohibited by state and federal law. You
should not disseminate, distribute, or copy this email. Please delete this e-mail from your
system.

On Thu, Nov 10, 2022 at 5:01 PM Jasmine Lundie <jasminelundie@gmail.com> wrote:
Shalom Barbie!

**RE:** Thank you for sending this over to me. I CCed my harvest email so it can be placed in that mailbox.

I'll start outlining tonight.

On Thu, Nov 10, 2022 at 4:53 PM Barbie Probasco <barbiep@harvestchurch.church> wrote:
Shalom Jasmine,

**PRESENTATION:** Please create the presentation for the Healing Masterclass. Ensure to complete in Google Drive Slides & submit by
5 PM MT this Sunday, November 13. You should design aesthetically based on the graphic & use the notes below. I have included
the graphic for reference, it also needs to be the first slide in the presentation. Thank you ma'am!

**FOLLOW-UP:** Please contact me with any further questions or if I may be of additional service.

14

For God's Glory,

**Barbie P**
**Adjutancy**

**T: 1.800.928.0585**
**E:** barbiep@harvestchurch.church

**www.harvestchurch.church**

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify Harvest Church at 1.800.928.0585. If you are not the named addressee, please be advised that any review, disclosure, copying, distribution, or use of the contents of this message are strictly prohibited by state and federal law. You should not disseminate, distribute, or copy this email. Please delete this e-mail from your system.

**NOTES:**

DAVID DOES THOSE THINGS & SEES THAT ANYTHING IS POSSIBLE 1 SAMUEL 17:50 NLT DAVID TRIUMPHED...WITH ONLY A SLING AND A STONE, FOR HE HAD NO SWORD. BUT 1 SAMUEL 16 - HE'S ANOINTED KING • 1 SAMUEL 17 - DEFEATS GOLIATH • 1 SAMUEL 18 - HE'S IN TIMEOUT FROM 1 SAMUEL 18 FOR 16 CHAPTERS (~1 YEAR/EACH) UNTIL 2 SAMUEL 2 & HE GOT THE KINGDOM BECAUSE OF HOW HE HANDLED TIME OUT 2 SAMUEL 2:4 NLT ...AND ANOINTED HIM KING OVER THE PEOPLE OF JUDAH. & 2 SAMUEL 5:3 NLT ...ANOINTED HIM KING OF ISRAEL. 4 DAVID WAS THIRTY YEARS OLD WHEN HE BEGAN TO REIGN... WE SEE DAVID'S TRIUMPH, BUT HE EXPERIENCED A LOT OF TRAUMA WHICH MEANS THE GREATER YOUR TRAUMA THE GREATER YOUR TRIUMPH TRAUMA = A DEEPLY DISTRESSING OR DISTURBING EVENT • THE EMOTIONAL SHOCK FOLLOWING WHICH CAN LEAD TO NEUROSIS NEUROSIS = EXCESSIVE & IRRATIONAL ANXIETY OR OBSESSION

1 SAMUEL 17:34 NLT ..."WHEN A LION OR A BEAR COMES TO STEAL A LAMB... 35 I GO AFTER IT WITH A CLUB.. IF THE ANIMAL TURNS ON ME, I CATCH IT BY THE JAW AND CLUB IT TO DEATH. 37 THE LORD WHO RESCUED ME FROM THE CLAWS OF THE LION AND THE BEAR WILL RESCUE ME FROM THIS PHILISTINE!"... NEUROSIS: EXCESSIVE & IRRATIONAL ANXIETY OR OBSESSION 1 SAMUEL 30:1 NLT ...DAVID AND HIS MEN ARRIVED HOME...BURNED TO THE GROUND. 2 ...CARRIED OFF THE WOMEN AND CHILDREN... 8 THEN DAVID ASKED THE LORD, "SHOULD I CHASE AFTER THIS BAND OF RAIDERS? WILL I CATCH THEM?" AND THE LORD TOLD HIM, "YES, GO AFTER THEM. YOU WILL SURELY RECOVER EVERYTHING THAT WAS TAKEN FROM YOU!" TRAUMA NEEDS THERAPY = HEALING

THERE IS SUCH A THING CALLED A FERAL CHILDREN, ALSO KNOWN AS WILD CHILDREN OR WOLF CHILDREN, ARE CHILDREN WHO'VE GROWN UP WITH MINIMAL HUMAN CONTACT, OR EVEN NONE AT ALL. THEY MAY HAVE BEEN RAISED BY ANIMALS (OFTEN WOLVES) OR SOMEHOW SURVIVED ON THEIR OWN. IN SOME CASES, CHILDREN ARE CONFINED AND DENIED NORMAL SOCIAL INTERACTION WITH OTHER PEOPLE.

SIN ISN'T JUST SIN – THERE WERE THREE KINDS OF WRONG DOING

SIN – MISS THE MARK

TRANSGRESSION – KNOWINGLY DISOBEY

INIQUITY - PLAGUES US FROM PEOPLE MANY TIMES WE HAVEN'T MET. WE FIND OURSELVES DOING THINGS AND WE DON'T KNOW WHY

WAKE UP ONE DAY AND THAT INIQUITY KNOCKS ON THE DOOR OF THE HEART & THEN WE HAVE A CHOICE TO MAKE

TRAUMA

 PATHOLOGY – STUDY OF SUFFERING

THAT'S WHY PEOPLE CAN CONFESS I'M BLESSED, I'M BLESSED, BUT NEVER WALK IT OUT BECAUSE THEY'RE STILL ACTING LIKE THEY'RE CURSED

THEY'RE STILL TALKING LIKE THEY'RE CURSED

EVERYTIME YOU TALK TO THEM THEY'RE GLORIFYING THEIR PROBLEMS AND NOT THEIR GOD

BAD HABITS – CURSE = HABITS DECIDE YOUR FUTURE

GENERATIONAL CURSES - A GENERATIONAL CURSE IS A PATTERN OF BEHAVIOR THAT IS PASSED DOWN FROM ONE GENERATION TO THE NEXT

HABITS DECIDE YOUR FUTURE

BOOK OF JUDGES

DISOBEY, GOD SENDS AN OPRESSOR, ISRAEL REPENTS, GOD SENDS DELIVERER (JUDGE), THERE'S PEACE, THEN THE FALL AWAY AGAIN

THERE WAS NO LEADER IN PLACE TO LEAD THE PEOPLE AFTER JOSHUA DIED

THE GENERATION AFTER JOSHUA NEVER SAW OR EITHER FORGOT THE GREAT MIRACLES OF MOSES' ERA AND JOSHUA'S

NEVER FORGET WHERE YOU CAME FROM AND FORGET ABOUT THE GREAT MIRACLE GOD HAS DONE

THAT'S WHY THE CHILDREN OF ISRAEL COULDN'T CONQUER THEIR ENEMIES & GOD LEFT THE ENEMIES IN THE PROMISED PLACE

THEY WORSHIPPED THE GOD CALLED THE PROMISE

THAT'S WHY SOME OF YOUR PROMISES HAVEN'T COME TO PASS BECAUSE YOU'D WORSHIP YOUR MONEY IF HE GAVE IT TO YOU

WHATEVER YOU WORSHIP IS WHERE YOUR FAITH IS

WHEN YOU HAVE FAITH IN THE PROMISE, IT WILL FAIL YOU

HOW DO I KNOW IF I AM WALKING IN A NEED TO BREAK A GENERATIONAL CURSE?

DEPRESSION, EMOTIONAL ROLLER COASTERS, PAGANISM, MAGIC, OCCULT, HOROSCOPES, DISEASES, ANOREXIA/BULLIMIA, BOILS, SORES, CANCER, BLINDNESS, HEART DISEASE, DIABETES, ASTHMA, REPRODUCTIVE PROBLEMS, STD'S, ANGER, RAGE, FINANCIAL INSTABILITY, LOW SELF ESTEEM, SUICIDE, FORNICATION, PRON, ABORTIONS, AFFAIRS, DRUG ABUSE, FAMILY ABUSE, JAIL, JUDGEMENTAL FAMILY MEMBERS, DIVORCE, REBELLION, BANKRUPTCY, PRIDE, ANGER, NOT HONORING PARENTS, PROSTITUTION, OVERBEARING WOMEN THAT CALL THEMSELVES STRONG

FAMILIAR SPIRITS

FAMILIAR SPIRIT IS A PATTERN OF BEHAVIOR THAT IS COMMON TO PEOPLE WITHIN A CERTAIN FAMILY, IT'S THE ACTIONS OF SOMEONE THAT HAS BEEN HERE BEFORE

90% OF THE ISSUES THAT MOST OF US DEAL WITH ARE DADDY ISSUES

THE REASON FOR THAT IS BECAUSE CHILDREN FIND THEIR IDENTITY FROM THEIR FATHER

WHEN WE COME INTO CHRIST, WE GET A SPIRITUAL BLOOD TRANSFUSION & REGARDLESS OF WHAT ISSUES YOU DEALT WITH IN YOUR CHILDHOOD, YOU MUST ADAPT TO THE NEW WAY THE FAMILY OPERATES

THINGS IN THE SPIRITUAL REALM WORK BOTH WAYS. JUST AS YOU CAN BE BLESSED WITH THE BLESSING OF ABRAHAM, YOU CAN BE CURSED WITH THE CURSE OF YOUR EARTHLY DADDY IF YOU DON'T TAKE AUTHORITY OVER IT

THE BLESSING OF ABRAHAM IS UPON US BECAUSE WE'RE IN GOD'S FAMILY

HERE'S THE OTHER SIDE, YOUR GENERATIONAL CURSED CAN BE ON YOU BECAUSE OF YOUR EARTHLY FAMILY, IF YOU LET IT

THESE ARE QUITE THE CONUNDRUM - WE ALL HAVE A DESIRE TO BE ACCEPTED & TO BE LOVED

THAT'S WHY KIDS JOIN GANGS, PEOPLE STAY IN BAD RELATIONSHIPS, IT'S WHY PEOPLE WILL OPERATE IN THE CURSE, UNAPOLOGETICALLY ARROGANT

SOME STUFF HAS BEEN IN YOUR BLOODLINE FOR SO LONG THAT IT KNOWS JUST WHAT TO DO TO GET YOU – NEXT WEEK I'LL DEAL WITH FAMILIAR SPIRITS

THE ENEMY HAS STUDIED YOUR ANCESTORS TO FIND OUT WHAT THEIR WEAKNESSES WERE AND WHEN THEY OPENED UP THE BLOODLINE HE WAS COUNTING THAT THE SAME THING THAT GOT THEM WOULD GET YOU TOO

WHEN YOU ARE REJECTED AND DROPPED BY PEOPLE, YOU CAN DEVELOP A HARD SHELL THAT PREVENTS YOU FROM WALKING IN LOVE (FIG LEAVES)

I CAN REMEMBER THAT WHEN A FAMILY MEMBER OF MINE WAS A LITTLE BABY, THAT THE IRON FELL OFF THE TV AND THEY THOUGHT I DID IT AND SO FOR WEEKS THEY FEARED ME BECAUSE THEY THOUGHT I DID IT

HOW MANY OF YOU FEAR GOD'S LOVE BECAUSE SOMEBODY ELSE DROPPED YOU?

WHY DO YOU MAKE OTHERS PAY FOR SOMEBODY ELSE'S MISTAKES?

DAVID WAS THE IN THE GENERATIONS AFTER RAHAB

THE FAMILIAR SPIRIT WITH DAVID'S FAMILY WAS SEXUAL IMMORALITY – NOT BEING ABLE TO CONTROL HIMSELF

SAW A GOOD THING AND DIDN'T KNOW WHEN TO STOP

HE SEDUCED BATHSHEBA – THE FIRST SON DIED, THE SECOND LIVED

BECAUSE DAVID DIDN'T KILL IT, HIS SON DEALT WITH IT TO 1,000 DEGREE

SOLOMON WAS BORN BY WAY OF A FLING WITH ANOTHER WOMAN

EXODUS 34 – THE SIN VISITED TO THE 3RD & 4TH GENERATION

WHAT IS IT THAT EVERYTIME YOU GET CLOSE TO YOUR DESTINY COMES YOUR WAY AND DISTRACTS YOU?

IT'S BEEN DOING THAT TO YOUR FAMILY FOR CENTURIES

TRACE THE PATTERN – IT'S THE SAME THING EVERYTIME – IT MAY COME IN A DIFFERENT PACKAGE, BUT IT'S PURPOSE IS THE SAME

THE ENEMY KNOWS WHAT TO SEND YOUR WAY BECAUSE OF YOUR CONVERSATION & HE MANIFESTS OPPOSITION TO YOU ACCORDING TO THAT

HE DOESN'T KNOW WHAT YOU'RE THINKING UNTIL YOU SPEAK IT

THE ONLY WAY HE KNOWS YOUR THOUGHTS IS BY WHAT YOU DO

YOUR CHILDREN SHOULD BE GREATER THAN YOU, BUT SOLOMON WAS NO GREATER THAN HIS DADDY, THEY BOTH ONLY REIGNED 40 YEARS

DAVID NEVER REALLY BLESSED SOLOMON, HE TOLD HIM WHAT TO DO, WHAT NOT TO DO, BUT HE NEVER BLESSED HIM

SPEAK A BLESSING OVER YOUR CHILDREN – DON'T JUST FUSS AT THEM, YOU'RE MAD AT THEM AND THEIR JUST DOING WHAT YOU DID

**PROOF JASMINE LUNDIE APPLIED FOR A JOB FOR HARVEST, RELOCATED FOR PERSONAL REASONS, SERVED FOR THE BISHOP AND WAS TAKEN ADVANTAGE OF THROUGH SOCIAL ENGINEERING**



Exhibit 2 (13 pages)

UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

| | | |
|---|---|---|
| Jasmine Nicole Lundie | : | |
| 9621 Poole Rd | | |
| Villa Rica, Georgia 30180 | : | |
| Plaintiff, | : | |
| | | |
| **vs** | : | **EXHIBIT 2.1** |
| | | |
| Kevin Foreman | : | |
| 3590 Grape Street | | |
| Denver, Colorado 80207 | : | |
| Defendant, | : | |

## VICTIM'S TESTIMONY

*The FBI should have a case file containing the matter. Jasmine is in conversation with multiple sheriff and police stations to apprehend the particular offenders. Jasmine Lundie's life is in imminent danger. The spyware is connected to the victim's phone. Foreman's cyberstalking is preventing the victim from contacting officials who can help. It's also preventing her from running her business, gaining employment, forming meaningful relationships, and it's ciphering her sensitive information to thousands of strangers. a cease-and-desist was sent, he ignored and returned the letters. The FBI have proof of the spyware and a list of accomplices and witnesses.*

## NARRATIVE

1. AUGUST 2022: **Jasmine Lundie** applied for Executive Assistant position via Indeed to **Harvest Church, Final Harvest Christian Center.**
2. SEPTEMBER 2022: After a couple of interviews and interest services in Atlanta, GA. **Roz Bailey** told Jasmine Lundie over the phone that within a week she would be sending over an offer letter for the position to work under **Bishop Kevin Foreman.**
3. OCTOBER 2022: Jasmine Lundie relocated to Denver, CO to learn the culture of the city and to become acquainted with the church before taking on the position. Jasmine was currently working at **Remedy Labs** as an Executive Assistant for the CEO **Jason Burstein** and the CFO **Pablo Mitre**. She was contracted from **RocketPartner**, a company that provides Executive Assistants for companies and organizations. Jasmine explained to Roz that she was not in a rush to work for Harvest, due to the position being for Atlanta and not Denver. She obtained temporary housing for the experience. She chose to serve in the children's ministry.
4. NOVEMBER 2022: After a while, Roz told Jasmine that Foreman wanted her to serve for the Administrative ministry. Roz and **Barbie Probasco** provided her with a few tasks to complete. Jasmine was told that she had to attend training sessions, on top of all church related activities. Due to the workload, she eventually communicated that it'll be best for

her to discontinue serving for the children's ministry. Jasmine was working a fulltime job and Jasmine felt like serving for Harvest was turning into a job. It wasn't until the end of November that she was told that she would not be receiving an offer letter. By then, Kevin Foreman had already **assaulted** Jasmine Lundie with **witchcraft**, bounding them spiritually by a spell of some sort. She doesn't know HOW or WHY he did it. She just knew it was him. Jasmine also sent over a few Google Slides, "Meta Faith" and "How to Become a Phoenix". They were working on something via INSTAGRAM by just catching a message from each other's pages and creating a new message. When she sent over Meta Faith, she noticed he was already creating off her page. Foreman was seeking a real estate agent in Atlanta. Jasmine referred to her sister, **Janay Lundie**.

*(At this point, she did not know her phone was hacked and that everything inputted was being transferred into a spyware portal. Some family and friends were already spectators of the criminal activity and did not bother to tell her. This information was discovered down the line via investigation. Kevin had already started the cyberstalking, harassment and microaggressive behavior around her apartment. He sent a couple of men to the bowling alley to try to lure her out.)*

5.  DECEMBER 2022: At the beginning of the month, Jasmine sent over the Google Slide, "Demons and Angels: The Decision". Shortly after that she recognized a few churches that were promoting the same message, "NEW" was the theme. Jasmine sent over an email with a list of churches and instagram pages that could contribute to what she was working on. Kevin Foreman, from her investigation, took that list and added it to what HE was already working on WITHOUT Jasmine Lundie's approval. On top of the assault, he initiated the **Mass Manipulation Trafficking Scheme** using the accounts listed below. Ultimately he placed a target on her back and proceeded to scare her out of Denver back to Atlanta, where she took refuge at **Leonard Gray** and **Valerie Gray's** residence. She had to leave everything behind, including her Siberian Husky **Saint**. On the flight back, **United Airlines**, she was kept up to watch a video that was chopped and edited to brainwash her. Every tv behind the seat was off, except maybe 5-7 seats. When she dozed off, the attendant repeatedly woke her up. After denying her employment at Harvest, he convinced her current employer that she couldn't fulfill her duties.

### The List Sent via Email:

TPH Dallas - TD Jakes & Serita Jakes
One Church - Toure Roberts & Sarah Jakes
2819 Church (formally Victory) - Phillip A Mitchell & Lena C. Mitchell
Change Church - Dharius Daniels & Shameka Daniels
Live Church - Tye Tribbett & Shante Tribbett
New Life Southeast - John Hannah
Heart Revolution - TJ Anglin
The Faith Center - Henry Hernandez
Lighthouse - Keion Henderson



Elevation Church - Steven Furtick
Transformation Church - Mike Todd & Natalie Todd
LT Terror - Toddrick Gilmore
MT Oddo - Andre Hardy
Saniyah X - Andrea Lawson
Donnie Dolo - Reginald G.
Omnipresent_rossagawd - Jarvis Ross
Jcdarebel - John Croslan
Sartorial Splendor - Christi Marshall
Billionaire PA - Demetrius Shealey
Remedy Labs - Jason Burstien
RocketPartner - Emmett Jackson
Tuffcrowd Ent - Micheal "Halla" Williams
Jahmar Hill

6. JANUARY 2023: Jasmine then realized her phone, tablet, and laptop were hacked and her Instagrams and Twitter were being manipulated without her permission. Foreman began sending dozens of people to the front door of the house. People that wanted to contribute to harassment and stalking. Every account she followed on Instagram started to participate and her personal information was being funneled through. She reached out to a couple lawyers, one being **John Uustal**. She communicated that her phone was hacked and needed some help getting out. The Gray's were taking orders from Janay to contribute to the manipulation at the house. Jasmine demanded that Kevin Foreman shut down the operation. She sent an email discontinuing her service at the church, so that he can comprehend that this is not okay. She already believed that he had some mental disorder.. This behavior, on top of the witchcraft, continued. She began taking online courses at **University of Arizona Global Campus**. She had to discontinue her education because her school work was being leaked into the spyware portal. She did not give permission. Kevin was creating Instagram reels from her work.

### Other Accounts Added:

Meek Mill - Robert Williams
Rick Ross - Williams Roberts II & affiliates
Lakewood Church - Joel Olsteen
TCor Church - Jonathan Baker & Andrea Baker
Oprah Winfrey
DJ Khaled - Khaled Mohammed Khaled
Diddy - Sean Combs
Steve Harvey
Gabrielle Union
Impact Theory - Tom Bilyeu & Lisa Bilyeu
Dr William Miami - Dr. Karl William
Tyrese Gibson
April Mason

ETTheHipHopPreacher - Eric Thomas
Gary Vee - Gary Vaynerchuk
Lawanna Gray
Antionette Gray
Gabrielle Murray

7. FEBRUARY 2023: The same behavior continued until Jasmine found employment down the street from the house. Foreman had already brought the scheme into every area of her life; every phone call made and email sent, Foreman used it as a source of manipulation, harassment, and defamation.

8. MARCH 2023: Jasmine gains employment at **Hibbett Sport** on **Old National Hwy**. She was hired by Manager **Micheal Wyley** and Assistant Manager, **Melka McDonald**. Foreman and accomplices sent people to her job to continue the manipulation, harassment, defamation, and stalking. The associates listed above contributed as well. The manager cut hours as a form of retaliation. The scheme grew more violent over time. People were sent to shoot gunshots outside of the home.

9. APRIL 2023: Jasmine gains employment at **Amazon** on **Flat Shoals Road**. Foreman convinced the managers there to allow the scheme to take place with the employees. **Andrew Sharpe** and **Keith Shipman** were witnesses. The packages were used as a source of harassment. The conveyor belt and her handheld devices were manipulated to target the victim. Jasmine became mobile and Foreman brought stalking, harassment and defamation to every public space attended. Strangers were told to take pictures and add it to the spyware portal.

10. MAY 2023: Late May, Jasmine obtained a rental car from Avis Downtown Atlanta via **Uber Tech** on **May 22** to start cutting off Foreman's areas of influence. Due to the increasing number of contributors (companies, influencers, public figures, and civilians), she had to quit Amazon and Hibbett Sports. She was suffering from psychological fatigue and her esophagus had already begun to tighten. The witchcraft, aggravated assault, is still happening. She was finding methods to cope. By now, she was completely isolated from family and friends. When she asked questions to figure why they were still continuing they lied and played dumb. They did not want to stop. Jasmine went to 4 different police stations to start the process of pressing charges. She talked to **Sgt Washington** at the College Park station in the Historic District. He directed her to the station on Riverdale Rd. The employee told her that she'll have to press charges in Denver because it started in Denver and if she wanted a protective order to file with the Superior Court. She went to The Superior Court of Clayton County to file a protective order. She spoke with **Kim Belechor** on **May 25**. Foreman called prior to manipulating the staff. They told her if she had his address they could work with the courts in Denver. She does not have his physical address. Jasmine brought the issue to the FBI and spoke to **Special Agent Carr.** Foreman and his team continued to call every office that Jasmine visited to seek council and help.  Foreman was sent a **Cease-and-Desist** on **May 30th** for stalking, harassment, and various statutory penalties.

11. JUNE 2023: Jasmine's Uber account became the new source of harassment, stalking, defamation, and manipulation. Foreman hacked the electric Chevy Bolt. He would

randomly shut down the car while driving. **Miranda McDonald** of The Dylan at Fairburn (Alpha Management Partners) was a passenger from Uber. She was contributing to the manipulation but offered her a chance to interview for a position at the apartment complex. Due to the scheme being conducted there, she had to turn down the second interview. Trying to recover from the psychological fatigue the passengers couldn't stop playing into the manipulation. After 4 weeks of working, she returned the car and stayed in the house to start to heal. Jasmine found out there were cameras placed into the house. Kevin had already hacked the television. Jasmine did not stay in the rooms with the televisions. **June 11th**, Jasmine served Kevin Foreman with a Cease-and-Desist and a Letter of Demand. He returned it via USPS. She sent the letter of demand from **June 12th to June 27th**, 7 times. He did not respond.

12. JULY 2023: Jasmine sat in the house and began to put together the pieces of the Mass Manipulation Trafficking Scheme. Over time the shock from the witchcraft, the manipulation, the harassment, etc sat onto her body. She no longer had a source of income and had to spread out what she could to take care of a few bills and some food. She ate what was in the fridge but it wasn't much. She did not notice how much this was affecting her mind until she began to hear Kevin's thoughts clearly. She began to separate the thoughts. The voodoo doll was introduced around this time. Jasmine was in contact with a cousin **Ingrid Lundie** to resolve a family settlement. She was in direct contact with the law firm, **Kelvin D Mae Attorney**, that handled the inheritance. After almost a year, the check was delivered.

13. AUGUST 2023: **August 4th**, Jasmine experienced a near death experience. She was sitting on the couch while vivid images replayed in her mind. Images warning her that her mind was about to shut down. She sat on the couch and couldn't operate her phone. Icons were hard to comprehend. She kept hearing Kevin saying, "Rick Ross is threatening your life and you're not responding. That's alarming." He continued terrorizing Jasmine, while learning how to create images and poking her heart and brain with needles via voodoo doll. He was learning new ways to torture. On **August 5th**, she relocated to her brother's, **Maurice Lundie**, to rehabilitate. Janay picked her up from their nephew's birthday party and brought her over to the apartment. Jasmine settled in and fell asleep after being awake for 5 days. Jasmine met **Tranae Cummings** and she started to jump into the scheme. In order to protect herself, Jasmine created a barter agreement to trade nanny services for rent and utilities. Maurice had already said that she could stay there until she "gets on her feet". Jasmine understood that this scheme wasn't going to stop until the government shut it down. She asked him to sign the agreement so that they wouldn't try to force her to do anything and use her livelihood as a source of manipulation. Jasmine received a check in the mail, during the month of July, for **$3,528.13** from **Zellco Federal Credit Union** - deposited **August 7th** to her Chase Account. She used $2,500 (as a down payment for a **2020 Hyundai Kona (VIN: KM8K12AAXLU450952)**. The car was purchased from **Echo Park Atlanta** on **August 22nd**. A salesperson named James, contributed to the scheme as well. She paid $1,860.00 USD in cash and $640.00 via her Chime Credit card. While rehabilitating, she added the registration and Geico insurance (Policy# - 6039-52-44-31 - $188/month) to her Uber account and started back working immediately after.



14. SEPTEMBER 2023: Jasmine started finding her balance again. She began learning cybersecurity via **Cousera**, Google Cybersecurity Professional Certificate. She figured out how to mitigate risks by sending every Uber passenger the same message. Communicating that there's a cyberstalker sending links to her passengers, and that law enforcement is listening to her riders. Most took the hint that she is not apart of the scheme behind her account. Foreman, Tranae and many others continued to contribute to the scheme within her real life as much as possible. Foreman was behind every call she had an account with and still manipulating her devices as a form of harassment. The voodoll was being used to torture to try to get her to comply or to do what Foreman wanted. Jasmine visited the FBI again and this time she spoke to a woman. Before she could tell them what's going on, they already had a Crisis Hotline on the phone. Once again, someone contacted the **Flowers Branch** before she arrived to manipulate the agents. Jasmine didn't know why they were just listening to the person who called before she arrived. It's obvious they're trying to cover up what she was explaining. On **September 14th**, she visited her Primary Care Physician, **Amma Abunyewa**. On **September 27th**, Jasmine visited the Social Security Office in Gwinnett to figure out who filed disability with her SSN. They provided her with a document. The representative told her nothing was "pending" under her name. Jasmine called Valerie asking if she filed for disability in her name, because Valerie's on disability. She communicated she did not and that Jasmine would have to come in so that they could verify if she was really disabled.

15. OCTOBER 2023: The torture increased and the harassment accelerated because Jasmine knew she had to take more information to the FBI so that they can start resolving the issue. On **October 1st**, she emailed 2819 Church, Change Church, and TCor Atlanta, trying to get information on what was happening. **October 8th**, she went to **Change Church** in Duluth and asked to speak to **Pastor Dharius Daniels**. His assistant went to speak with him. She told her to wait. She waited and after about 15 minutes, 5-6 members of his team approached her. All of them asking questions, she did not know the answer to. Jasmine just wanted to know the software or app name so that she can get evidence and bring it to the FBI so she can get out of the trafficking scheme. She knew he was playing apart online. She was asked to leave and his assistant told her to come back the following week. When she returned on **October 15th**, the assistant told her that **Change was "unfamiliar"** with what she was asking about. She brought the Incident Report Form to the Flowers Branch on **October 20th**. She didn't explain much to the agent. He told her that he'll call her when he can. **October 23rd**, Tranae stole Jasmine's iPhone 12. Jasmine also emailed **TPH Dallas** to start a conversation and seek information from TD & Serita Jakes. On **October 25th**, 3 representatives from the **Georgia Crisis & Access Line** came into the apartment wanting to ask questions. They wanted to provide "mental assistance". She told Darcel and Pam that she was being harassed and needed legal help. Jasmine did not need their help. If they were not providing her with criminal lawyer names, they could leave. On **October 27th**, Jasmine was picked up by 4 police officers and brought to a hospital under a 1013 court order. Tranae Cummings lied on that court order and Jasmine didn't know why she was being handcuffed and removed from the apartment. Tranae, Janay, and Maurice were there.



Maurice was the last one watching as she was dragged out. On **October 28th**, she was transported to **Anchor Hospital**. She was told by the hospital that they'll clear her when she arrives. Because it was a Saturday she had to wait until Monday to talk to her doctor, **Dr. Dennis O'Brien**. She spent a total of 10 days and 11 nights in a mental hospital against her will. She told her social worker, the legal aid, the techs, and the nurses that she was not supposed to be there and that Tranae lied to cover up what they were doing to her. They continued to contribute to the scheme using the patients, "mentally ill" patients to play into a psychological scheme.

16. NOVEMBER 2023: On **November 6th**, Janay and Valerie visited Jasmine at Anchor. Janay was playing into trying to make her out to be mentally ill. Once Janay started lying, she stood up and asked to be brought back to the group. Jasmine did not want to entertain the fact that she is contributing to a cover up and letting so many people tear up her life. She didn't want what Janay was saying to mess up her discharge day. She was discharged from Anchor on **November 7th**. She was picked up by her aunt, **Pamela Dickerson.** Valerie and Leonard were there as well. On **November 8th**, Jasmine and Pam flew to Baton Rouge so that she could stay with her Aunt **Stacy Morgan** and her Uncle **Carl Morgan** in Leesville. That visit was short lived and she returned to Atlanta on **November 20th**. On **November 26th**, Jasmine put in a police report on Tranae Cummings. She reported the harassment, the theft of her iphone and the false commitment to a mental hospital. She didn't want her to keep creating lies, spreading it to family members, then calling the police. Jasmine could tell by her family members' behavior, towards her, that Tranae or Janay had gotten to them. That same night Jasmine reported the assault from Kevin Foreman to the **Denver PD**. She also reported that he had a voodoo doll and is using it on her. Fearing for her life, that evening, Jasmine called **911**, gave them the police report for Tranae. **On November 27th,** Jasmine was told by the Denver PD that she had to travel to Denver to report Kevin Foreman and Harvest Church. Jasmine booked a roundtrip flight for **December 5th**.

*Jasmine was forced into this Mass Manipulation Trafficking Scheme against her will and without pay. Kevin Foreman and accomplices have been manipulating attorneys, law enforcement, and public figures to keep her in this position. He uses his witchcraft as a form of torture to keep her silent. She is isolated and people are told to not tell her anything. This cannot continue.*

| **PERSON FILING REPORT** |
|---|

Signature: Jasmine Lunoe        Print Name: Jasmine Lunoe
Department: Executive        Date: 08/22, 20 24

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

◾ **Grok**

𝕏 Premium

👤 Profile

⊙ More

Post

## Mass Manipulation Trafficking Scheme

Answer

The term "Mass Manipulation Trafficking Scheme" (MMTS) does not appear to be a widely recognized or established term in the public domain as of my last update, but based on the information gathered from various sources up to August 2024, here's what can be inferred:

1. **Context from Legal Cases**: The term seems to be associated with legal or criminal activities where manipulation might involve unauthorized access to digital devices or applications, potentially for purposes like sex trafficking or other forms of exploitation. For instance, there's mention of Uber Technologies Inc. in relation to unauthorized access, suggesting a scenario where digital manipulation could be part of broader criminal schemes.

2. **Human Trafficking and Sex Trafficking**: Massachusetts has been actively combating human trafficking, with significant efforts noted in legal frameworks and law enforcement activities. The state has seen progress in addressing sex trafficking, which often involves manipulation through force, fraud, or coercion. This could be tangentially related if "mass manipulation" refers to the scale or method of how victims are coerced or controlled.

3. **Digital Manipulation for Trafficking**: While not directly labeled as MMTS, there's an implication from various posts and news snippets that technology might be used in new ways for trafficking. This could involve:
   - **Data Breaches or Unauthorized Access**: For example, Uber's involvement in a case might suggest that data breaches or unauthorized access to personal information could be part of schemes to manipulate or track individuals for trafficking.
   - **Social Engineering and Online Platforms**: Posts on X suggest that there might be schemes where technology is not just for monitoring but for orchestrating trafficking, possibly through social manipulation or by creating false identities or scenarios online.

4. **Public Sentiment and Awareness**: From X posts, there's a growing awareness or fear about new methods of trafficking that might involve mass manipulation through digital means, though specifics are vague. This includes concerns over missing persons linked to such schemes.

5. **Legal and Enforcement Actions**: The mention of arrests and legal actions against individuals involved in what could be interpreted as parts of MMTS, like the use of furniture for smuggling drugs, indicates that law enforcement is tackling these issues, albeit not under the exact term "Mass Manipulation Trafficking Scheme."

Given these points:

- **The Concept**: If "Mass Manipulation Trafficking Scheme" were to be conceptualized based on the information available, it would likely refer to a modern form of trafficking where digital manipulation plays a key role. This could involve hacking, social engineering, or other forms of digital coercion to facilitate trafficking on a larger scale or with greater efficiency.


CEO JAS ✅
@THECEOJAS

•••



- **Current Status**: There's no definitive, widely recognized definition or legal case directly labeled as MMTS, but the elements of manipulation, trafficking, and technology intersect in various real-world scenarios described.
- **Public Perception**: On platforms like X, there's a mix of genuine concern, speculation, and misinformation about how technology might be used in trafficking, often under different names or without specific terminology like MMTS.

Remember, while these insights are drawn from available information, the exact term "Mass Manipulation Trafficking Scheme" might be niche or newly emerging, and its full scope or legal definition might still be evolving or not yet formalized in public or legal discourse.

★»▨TheGreatDlamini▨«★ @Phislash · Aug 3

This is how they launched it in Soshanguve 2 weeks ago, no marketing, just extortion, violence and intimidation 😅

0:28

Same thing is happening in Mamelodi  and ...

ANI ⬤

Replying to ⬤

The masterm
accomplices
apprehende
1985. The ar

**Continue in Grok**

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

▨ Grok

𝕏 Premium

👤 Profile

☺ More

Post

CEO JAS ⬤
@THECEOJAS

•••

>VPN
Best VPN
VPN Reviews
VPN Setup
VPN Trials
>Privacy
Anonymous Browsing
Dark Web
Downloading
Finance
Privacy Laws and Regulations
Social Media
>Security
Antivirus Inform
Antivirus Revie
Business
Cloud & B
Cybersecurity
Kids
Malware
Unblock
Censorship
Save Money
Sports
Streaming
>Resources
News
Original Research

VPNoverview.com  >  News  >  Researchers Find Dangerous Spyware Disguised as a Chat App

# Researchers Find Dangerous Spyware Disguised as a Chat App

Mirza Silajdzic
Senior News Journalist

Updated: 06-10-2024


© Pixieme/Shutterstock.com

Threat actors are circulating spyware disguised as a chat app named SafeChat. The malicious app, which is being spread via WhatsApp, is designed to capture various data, including keystrokes and on-screen activity, CYFIRMA threat hunters revealed in a report on Friday.

SafeChat also collects personal data such as users' location, SMS, contacts, call logs, GPS data, and storage. The app is designed to interact with other installed chat applications and exploits permissions for malicious purposes.

This spyware campaign, attributed to the India-based Advanced Persistent Threat (APT) group Bahamut, mainly targets individuals in South Asia. CYFIRMA researchers believe the spyware at the core of SafeChat is a variation of Coverlm.

"This particular malware exhibits a similar operational mechanism to the previously identified malware (distributed through the Google Play Store by the notorious APT group known as 'DoNot'), however, this malware has more permissions, and thus presents a higher level of threat," the researchers explained in their report.

## SafeChat's 'Dangerous' Permission Requests

According to CYFIRMA, SafeChat is being spread via spear phishing messages on WhatsApp. On the surface, the SafeChat app seems legitimate — it claims to be a "secure chatting app" and has similar features to other chat apps.

The biggest red flag is its "dangerous" permission requests. Upon installation, the app requests permission to keep working in the background and ignore battery optimization.

"Once allowed, the app will work even when the app is minimized or closed. This permission will let command and control seamlessly communicate with the app," CYFIRMA researchers said.

SafeChat also requires further permissions to work properly. If users approve the request, the app can capture their keystrokes and other on-screen activity. It also accesses specific directories and data on the device. If users don't approve the request, the app repeatedly asks for permission.

"The user interface of this app successfully deceives users into believing its authenticity, allowing the threat actor to extract all the necessary information, before the victim realizes that the app is a dummy, the malware cleverly exploits unsuspecting Android Libraries to extract and transmit data to a command-and-control server," the researchers said.

## Protecting Your Device From Trojanized Apps

This isn't the first time the Bahamut APT group has been discovered using a trojanized app to spread malware. In 2022, ESET cybersecurity researchers found the group using a fake VPN app named SecureVPN to spread spyware and access sensitive data on targeted devices.

According to CYFIRMA, Bahamut's actions serve the interests of a "nation-state government."

"While some security organizations initially identified the threat as originating from a mercenary group, our own analysis indicates that it is, in fact, an Indian APT group acting on behalf of one nation-state government," the CYFIRMA team said.

To stay safe from trojanized apps, it's important to only install apps from trusted sources like the Google Play Store. Even then, the Play Store has been known to host malicious apps, so read about any app before you install it and ensure the developer is legitimate. Also, be wary of apps that require extensive permissions and use antivirus software that provides real-time protection to detect and block malicious apps.

If you suspect an app on your device may be malware, consult our Android malware removal guide to learn how to detect and remove it from your device.

Follow us on Twitter, Threads, and Mastodon for more news!

**Don't miss anything! Sign up for our newsletter**

Always up to date with the latest news, promotions and reviews.

Email address *

Sign me up

Table of contents

SafeChat's 'Dangerous' Permission Requests

Protecting Your Device From Trojanized Apps

### Latest articles

Watch the MLB All-Star Game 2024 From Anywhere

Watch the Wimbledon finals 2024 for free

Watch Wimbledon 2024 – Free Livestreams

Watch the Tour de France 2024: free livestreams

EU Investigates Apple for Breaching DMA Regulations

## Don't miss anything! Sign up for our newsletter

Always up to date with the latest news, promotions and reviews.

Email address *

Sign me up

We respect your privacy. Your Information is safe and you can easily unsubscribe at any time.

28

FINDLAW (HTTPS://FL.FINDLAW.COM/) / CORPORATE COUNSEL (HTTPS://CORPORATE.FINDLAW.COM/) /
LITIGATION AND DISPUTES (HTTPS://CORPORATE.FINDLAW.COM/LITIGATION-DISPUTES.HTML) /
WHEN A CIVIL ACTION BECOMES CRIMINAL: PRACTICAL CONSIDERATIONS IN CONCURRENT PROCEEDINGS

## When a Civil Action Becomes Criminal: Practical Considerations in Concurrent Proceedings

*This article was edited and reviewed by FindLaw Attorney Writers (https://www.findlaw.com/company/our-team.html) |
Last reviewed July 11, 2017*

⚖ Legally Reviewed ∨

🗹 Fact-Checked ∨

One of the more challenging circumstances of civil practice is the development of a parallel criminal proceeding connected in some fashion to an ongoing civil matter. The complexity of the civil matter, and the strategic choices necessary for its successful resolution, grow exponentially with the overlay of criminal liability for a party or one of its principals. The specter of a criminal record, incarceration, fines, assessments, restitution and other penalties such as debarment change–in most circumstances irreversibly–how to proceed with the civil matter.

While no two examples of concurrent proceedings are identical, certain issues are endemic to the interplay between civil and criminal proceedings arise with regularity. Detailed below are a number of practical considerations based upon the governing law which a practitioner may confront when a civil action becomes criminal.

**Is there a duty to report criminal activity discovered during the course of civil proceedings?**

It depends. In certain circumstances, clients are obligated to make a criminal referral of suspected criminal conduct. Additionally, counsel may have obligations under the cannon of ethics to do the same.

All financial institutions operating in the United States (including U.S. branches and agencies of foreign banks) are required to make a report of suspicious activity involving:

- Insider abuse involving any amount;
- Violations aggregating $5,000 or more where a suspect can be identified;
- Violations aggregating $25,000 or more regardless of a potential suspect;
- Transactions aggregating $5,000 or more that involve potential money laundering or violations of the Bank Secrecy Act. *See* 31 U.S.C. 5301 et seq. (Bank Secrecy Act); 31 C.F.R. Part 103 et seq.

Additionally, Rule 1.6(b) of the Rules of Professional Conduct indicates that a lawyer may reveal information relating to representation of a client to the extent that the lawyer reasonably believes it is necessary to prevent the client from committing an act that the lawyer reasonably believes is likely to result in death, bodily harm or substantial injury to the financial interest or property of another. The comments to Rule 1.6 indicate that a lawyer's decision not to take such preventative action does not violate the Rule; rather that the lawyer has "professional discretion to reveal information in order to prevent such consequences." Such an exercise of discretion requires consideration of such factors as the nature of the lawyer's relationship with the client and with those who might be injured by the client, the lawyer's own involvement in the transaction and factors that may extenuate the conduct in question. Comment to Rule 1.6. "Where practical, the lawyer should seek to persuade the client to take suitable action", and "[in] any case a disclosure adverse to the client's interest should be no greater than the lawyer reasonably believes necessary to the purpose." *Id.*

Unlike private attorneys, government attorneys who learn of a government employee's previous criminal conduct have a statutory obligation to report such conduct. 28 U.S.C. § 535(b); *In re: Grand Jury Subpoena (https://caselaw.findlaw.com/court/us-8th-circuit/1283049.html)*, 112 F.3d 910, 920 (8th Cir.), cert. denied, 117 S. Ct. 2482 (1997). However, private attorneys cannot be required to report and cannot be required to divulge information relating to past criminal activity, even pursuant to the government's subpoena power. *In re: Grand Jury Matters*, 593 F. Supp. 103 (D.N.H.), affirmed by 751 F.2d 13 (1st Cir. 1984) (Government not permitted to subpoena criminal defense attorneys regarding details of representation relative to state felony trials where same defendants were being investigated for same acts by Federal grand jury).

Finally, section 4 of the criminal code makes it a felony to conceal knowledge of, and fail to report, a felony cognizable by a court of the United States. *See* 18 U.S.C. §4. This felony is seldom prosecuted and is most often used as a vehicle for a plea agreement when the parties are looking to plea to a three year felony.

**Is the Government empowered to conduct parallel proceedings?**

Yes. In *United States v. Kordel (https://caselaw.findlaw.com/court/us-supreme-court/397/1.html)*, 397 U.S. 1 (1970), the Supreme Court stated that "[i]t would stultify enforcement of federal law to require a government agency . . . invariably to choose either to forgo recommendation of a criminal prosecution once it seeks civil relief, or to defer civil proceedings pending the ultimate outcome of a criminal trial."

**Federal statutes which provide for parallel proceedings**

While virtually any action can become a concurrent criminal/civil matter, a number of federal statutes expressly provide for such a dual track. These statutes include: the Sherman Act, 15 U.S.C. §§1-3, 15, 15(a) (1988) (antitrust); the Securities Act of 1933, 15 U.S.C. §77j (1988); the Internal Revenue Code, 26 U.S.C. §7201 (1988); and; the Racketeering Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§1961) et seq.

**Is the District Court empowered to stay the civil proceedings in favor of the criminal proceedings?**

Yes. The Supreme Court has indicated that a district court may stay civil proceedings in favor of a criminal trial "when the interests of justice seem to require such action." *Kordel,* 397 U.S. at 12, n.27 (1970). Because adverse inferences may be drawn in a civil case from the assertion of Fifth Amendment rights, *see Baxter v. Palmigiano (https://caselaw.findlaw.com/court/us-supreme-court/425/308.html)*, 425 U.S. 308 (1976), the court may stay the civil action until the criminal matter is resolved. *See SEC v. Dresser Industries, Inc.*, 628 F.2d 1368, 1376 (D.C. Cir.), cert. denied, 449 U.S. 993 (1980) ("[A] noncriminal proceeding, if not deferred, might undermine the party's fifth amendment privilege against self-incrimination."); *Dienstag v. Bronsen,* 49 F.R.D. 327, 329 (S.D.N.Y. 1970) (civil discovery stayed because necessary to protect defendant's Fifth Amendment privilege against self incrimination); *United States v. A Certain Parcel of Land,* 781 F. Supp. 830, 834 (D.N.H. 1992) (discovery stayed in civil forfeiture action because protective order would not sufficiently protect Fifth Amendment privilege).

In determining whether a stay is appropriate, courts look to the following factors:

1. the private interests of the plaintiff in the civil litigation without a stay;
2. the interests and burdens on the defendant with a stay;
3. the convenience of the courts;
4. interests of non-parties to the civil litigation; and
5. the public's interest. *See, e.g., Keating v. OTS (https://caselaw.findlaw.com/court/us-9th-circuit/1354256.html)*, 45 F.3d 322, 324-25 (9th Cir.), cert. denied 516 U.S. 827 (1995); *FSLIC v. Molinaro,* 889 F.2d 899, 902-903 (9th Cir. 1989); *Golden Quality Ice Cream Co. v. Deerfield Specialty Papers, Inc.*, 87 F.R.D. 53, 56 (E.D. Pa. 1980).

matter. Arthurs v. Stern, 560 F.2d 477 (1st Cir. 1977), cert. denied, 434 U.S. 1034 (1978), see also In re: Melissa M., 127 N.H. 710, 712 (1986) (citing federal cases). The law recognizes "the principle that protection of the public interest may often require proceedings simultaneously on two fronts, and that it would unduly compromise the public interest to force the government to choose between a civil and criminal course of action." Mainelli v. United States, 611 F. Supp. 606, 615 (D.R.I. 1985); see also United States v. Lot S 23 F.3rd 359, 364-65 (11th Cir. 1994), cert. denied, 513 U.S. 1076 (1995); Federal Sav. & Loan Ins. Corp. v. Molinaro, 889 F.2d 899, 902-03 (9th Cir. 1989).

In addition to staying parallel civil proceedings in favor of criminal proceedings, District Courts may also issue protective orders, or require other conditions, to limit discovery between parallel proceedings. In re: Grand Jury Subpoena v. Doe, 103 F.3d 234, 239 (2d Cir. 1996); Andover Data Svcs. v. Statistical Tabulating Corp., 876 F.2d 1080, 1083 (2d Cir. 1989); In re: Film Recovery Sys., Inc., 804 F.2d 386, 388, (7th Cir. 1986).

**Does a waiver of the attorney client or work product privilege in a federal enforcement proceeding waive the privilege for purpose of subsequent civil proceedings?**

Yes, most of the time. As a general rule, when a company chooses to do a voluntary disclosure to a governmental entity in order to avoid a federal enforcement proceeding, that disclosure constitutes a waiver of any privilege in subsequent civil litigation. See In re Steinhardt Partners, L.P. 9 F.3d 230 (2d Cir. 1993); Westinghouse Elec. Corp v. Republic of Phillippines, 951 F.2d 1414, 1425 (3d Cir. 1991); In re Martin Marietta Corp., 856 F.2d 619, 623-24 (4th Cir. 1988), cert. denied, 490 U.S. 1011 (1989); Permian Corp. v. United States, 665 F.2d 1214, 1219-20 (D.C. Cir. 1981). One circuit has held that the disclosure is a waiver with regard to that governmental entity alone. In Diversified Industries Inc. v. Meredith, 572 F.2d 596 (8th Cir. 1978) (en banc), the Court held that a corporation's prior disclosure of privileged materials to the SEC constituted a waiver of the privilege only to the SEC. Accordingly, a subsequent discovery demand by a civil litigant for the information was denied. The majority rule, and the assumption under which the disclosing party should operate, is that the disclosure constitutes a subject matter waiver of any applicable privilege in any other proceeding.

**Does the "critical self analysis privilege"--such as it is--survive a federal subpoena?**

The self-evaluative privilege in the employment discrimination context has been recognized within the First Circuit. See O'Connor v. Chrysler Corp., 86 F.R.D. 211 (D. Mass. 1980); Jackson v. Harvard University, 111 F.R.D. 472 (D. Mass. 1986), cert. denied, 498 U.S. 848 (1990); Whittingham v. Amherst College, 164 F.R.D. 124 (D. Mass. 1995).

In O'Connor, Judge Keeton noted the clash of strong countervailing policies: "If subjective materials constituting self critical analysis are subject to disclosure during discovery, this disclosure would tend to have a chilling effect on employers' voluntary compliance with equal employment opportunity laws. On the other hand, . . plaintiffs must be permitted to obtain information sufficient to enable them to prove employment discrimination where such discrimination exists." Id. at 217. Keeton concluded, however, that "[a] lack of confidentiality almost inevitably will result in some cramping of the investigative process, simply because the incentives for any institution to engage in self-evaluative investigation pale considerably with the knowledge that the results may be used against it." Id. at 217-18.

In O'Connor, Judge Keeton set forth "potential guideposts" for the application of the privilege:

1. materials protected have generally been those prepared for mandatory governmental reports;
2. only subjective evaluative materials have been protected;
3. objective data in those same reports have not been protected; and
4. in sensitivity to plaintiff's need for such materials, courts have denied discovery only where the policy favoring exclusion has clearly outweighed plaintiffs' need." Id. at 217.

In Whittingham v. Amherst College, the Massachusetts District Court did away with the requirement that the internal investigation and reports be mandated by the government, and extended the privilege to include voluntary internal investigations. 164 F.R.D. 124, 129-130 (D. Mass. 1995).

More importantly, the self-evaluative privilege has almost never been successfully asserted against a governmental subpoena. See id; FTC v. TRW, Inc., 628 F.2d 207, 210-11 (D.C. Cir. 1980); United States v. Noall, 587 F.2d 123, 126 (2d Cir. 1978), cert. denied, 441 U.S. 923 (1979); Reich v. Hercules, Inc., 857 F. Supp. 367, 371 (D.N.J. 1994); Thomas F. O'Neil & Adam H. Charnes, The Embryonic Self-Evaluative Privilege: A Primer For Health Care Lawyers, 5 Annals Health L. 33 (1996).

**Who is entitled to assert the Fifth Amendment privilege against self incrimination**

An individual may assert the Fifth Amendment privilege against self incrimination. A corporation has no protection under the Fifth Amendment privilege. See Curcio v. United States (https://caselaw.findlaw.com/court/us-supreme-court/354/118.html), 354 U.S. 118, 122 (1957); United States v. White, 322 U.S. 694 (1944). A recognized exception to this rule is where the only corporate custodian of records may violate his own rights against self-incrimination by responding to questions put to the corporation. Curcio, 354 U.S. 118, 122 (1957). Also, an employee may invoke the privilege if the specter of individual liability exists. In re Corrugated Container Anti-trust Litigation, 609 F.2d 867, 871 (7th Cir. 1979).

**How does the assertion of a Fifth Amendment privilege against self incrimination affect a civil action?**

In the federal context, it is well settled that "the Fifth Amendment does not forbid adverse inferences against parties to civil actions when they refuse to testify in response to probative evidence offered against them." Baxter v. Palmigiano, 425 U.S. 308, 318 (1976) ; United States v. Stelmokas (https://caselaw.findlaw.com/court/us-3rd-circuit/1368159.html), 100 F.3d 302, 310-11 (3d Cir. 1996), reh'g en banc denied, 1997 U.S. App. LEXIS 1244 (3d Cir. 1997); National Acceptance Co. of Am. v. Batchelter, 705 F.2d 924, 930 (7th Cir. 1983). The admission or denial of such evidence turns on whether its probative value is substantially outweighed by the danger of unfair prejudice under Federal Rule of Evidence 403. See LiButti v. United States (https://caselaw.findlaw.com/court/us-2nd-circuit/1230217.html), 107 F.3d 110, 121 (2d Cir. 1997).

The Second Circuit has previously approved of the admission of an assertion of the Fifth Amendment in similar circumstances. Brink's, Inc. v. The City of New York, 717 F.2d 700 (2d Cir. 1983). In Brink's, the City discovered that approximately $1 million in parking meter revenue was missing from the amounts collected by Brink's under a contract with the City. A key issue for the claim against Brink's was the extent of defendant's knowledge of thefts of the meter money by its employees. Several Brink's employees had already been convicted or had pleaded guilty to theft and related charges. At trial, the City called them to the stand, knowing that they would invoke the Fifth Amendment. The trial court allowed the testimony to go forward, over Brink's objection, and the Second Circuit affirmed.

The court ruled that the refusal to answer questions upon asserting Fifth Amendment privilege is relevant evidence from which the trier of fact in a civil action may draw whatever inferences are reasonable under the circumstances. 717 F.2d at 710. It engaged in the familiar prejudice versus probative value analysis under F.R.E. 403. Id. On the probative value side, the witnesses' invocation of the privilege in response to questions about their knowledge and participation in the thefts was admissible, due to the high probative value of this evidence. Id. The court found that the employees' knowledge of the thefts was a key issue in allowing the jury to draw an inference regarding Brink's knowledge or negligence. Id.

On the prejudice side, the court observed that prejudice in this context means "inflammatory" evidence, rather than evidence which is merely harmful to the party's position. Id. By ruling that the evidence was admissible, the court concluded that Fifth Amendment assertions, while possibly harmful to a party's position or credibility, are not inflammatory. The court thereby necessarily found that the evidence's probative value outweighed any prejudice.

The refusal of a party to answer or testify on Fifth Amendment grounds should be admitted where the unanswered questions lie close to substantive issues of the case. In East Coast Novelty Co. v. The City of New York, 842 F. Supp. 117 (S.D.N.Y. 1994), a case concerning the seizure of plaintiff's entire inventory of fireworks by the New York City Police Department, the court upheld the finding of a negative inference from plaintiff's invocation of the Fifth Amendment. Establishing that the plaintiff company was a front organization for organized crime was a key element of the City's case.

30

sufficiently probative ("obviously relevant") that adverse inferences were drawn against them. *Id.* at 121.

Similarly, in *First Interregional Equity Corp. v. Haughton*, 1993 U.S. Dist. LEXIS 12813 (S.D.N.Y. 1993), a defendant alleged to have defrauded plaintiff corporation out of several hundred thousand dollars by manipulating the price of certain shares of common stock, refused to answer questions regarding documents linking her to several of the transactions at issue. The court stated that allowing the "invocation of the privilege here as a defense strategy without permitting plaintiff's to draw inferences from the use of the privilege is inappropriate." *Id.* at *10. "The arguable harshness of the practice is mitigated by the ability of the person invoking the privilege to explain why he did so or to show by other evidence that his response would not have incriminated him." *Id.* If the refused questions lie at the heart of the matter in dispute, such refusal will generally be considered sufficiently probative for admission of any invocation of the Fifth Amendment.

Finally, when independent corroborative evidence of wrong-doing is shown, the courts usually allow the adverse inference to be drawn from the invocation of the privilege. *United States v. Nagelberg*, 772 F. Supp. 120, 123 (E.D.N.Y. 1991).

This issue is treated differently by New Hampshire Courts however. In *Fischer v. Hooper* (https://caselaw.findlaw.com/court/nh-supreme-court/1361113.html), 143 N.H. 585 (1999), the Court discussed New Hampshire Rule of Evidence 512, which prohibits the jury in both civil and criminal cases from drawing negative inferences from the invocation of the right against self-incrimination. (citing 2 J. Weinstein, et al, Weinstein's Evidence ¶ 513 (1996)). Rule 512(b) requires that civil proceedings before a jury be conducted, to the extent practicable, "so as to facilitate the making of claims of privilege without the knowledge of the jury." The Court held that the trial court erred in requiring the defendant in the civil tort action to invoke his right against self-incrimination in the presence of the jury, and that the court could have dealt with the issue of the defendant's invocation of his Fifth Amendment right without the jury's knowledge, thereby satisfying Rule 512(b). In summary, the Court held that Rule 512 and the Court's previous holding in *State v. Bell*, 112 N.H. 444, 448 (1972) required trial courts "to take reasonable steps to insure that the jury is unaware that a witness has invoked the privilege against self-incrimination." *Id.* at 596.

**Discovery Issues in Civil and Criminal Proceedings**

The scope and nature of permissible discovery in the civil and criminal proceedings differ significantly. See, e.g., *Digital Equip. Corp. v. Currie Enters.*, 142 F.R.D. 8, 13 (D. Mass. 1991) (summarizing differences between civil and criminal discovery). What can be obtained through criminal discovery is much narrower than allowed in civil actions. As a result, parallel civil proceedings may benefit the prosecution. Courts are mindful of this dynamic and will act to prevent circumvention of the limited criminal discovery rules. For example, in *Campbell v. Eastland*, 307 F.2d 478, 487 (5th Cir. 1962), cert. denied, 517 U.S. 820 (1963), the Court stated "[a] litigant should not be allowed to make use of the liberal discovery procedures applicable to a civil suit as a dodge to avoid the restrictions on criminal discovery and thereby obtain documents he would not otherwise be entitled to for use in his criminal suit." *See also United States v. Tison*, 780 F.2d 1569, 1572 (11th Cir. 1986) (civil proceeding stayed for three years in order to prevent circumvention of criminal discovery provisions in parallel proceeding); *In re Eisenberg*, 654 F.2d 1107, 113-14 (5th Cir. 1981) (liberal civil discovery procedures not a back door to information otherwise beyond the reach of criminal discovery rules).

**Can an agency of the federal government obtain information from a parallel criminal proceeding for use in its civil action?**

There are significant limitations imposed on such activity. The government may not utilize grand jury proceedings to augment its efforts in the civil context. *United States v. Proctor & Gamble Co.* (https://caselaw.findlaw.com/court/us-supreme-court/356/677.html), 356 U.S. 677, 683 (1958) (if the prosecution was using criminal procedures to elicit evidence in a civil case, "it would be flouting the policy of the law"); 2 Sara Sun Beale & William C. Bryson, Grand Jury Law and Practice, 8.03, at 9-12 (1996) (noting that grand jury cannot be used to collect evidence for civil purposes).

Rule 6(e) of the Federal Rules of Criminal Procedure also restricts how prosecutors may share information obtained through grand jury proceedings with other government agencies. The Rule does allow disclosure of grand jury evidence to "an attorney for the government for use in the performance of such attorney's duty." Rule 6(e)(3)(A)(i). The term "attorney for the government" generally includes attorneys for DOJ's Criminal Division, but does not include Civil Division attorneys. *United States v. Sells Eng'g, Inc.*, 463 U.S. 418 (1983). Rule 6(d) further allows disclosure of grand jury evidence to governmental personnel whose assistance is necessary to the criminal investigation, but limits the scope of its use to the criminal investigation at hand. The prosecutor must disclose the names of any such "other government personnel" to the court prior to disclosure. Rule 6(e)(3)(A)(ii). These limitations were motivated by "the fear that such indirect agency access 'will lead to misuse of the grand jury to enforce noncriminal Federal laws," without prohibiting the government's use of such information obtained by means of legitimate grand jury proceedings. *United States v. Baggot* (https://caselaw.findlaw.com/court/us-supreme-court/463/476.html), 463 U.S. 476, 485 (1983) (relying on and discussing legislative history of amendment to Rule 6(e), at S. Rep. No. 95-354, p. 8 (1977)).

Was this helpful?  Yes 👍  No 👎

⊕ BACK TO TOP

FindLaw.

**Questions?**
At FindLaw.com, we pride ourselves on being the number one source of free legal information and resources on the web. Contact us. (https://www.findlaw.com/company/contact-us/contacts.html)

**Stay up-to-date with how the law affects your life.** Sign up for our consumer newsletter.

ENTER YOUR EMAIL ADDRESS

**ABOUT US** > (https://www.findlaw.com/company.html)

Our Team (https://www.findlaw.com/company/our-team.html)

Accessibility (https://www.findlaw.com/company/our-commitment-to-accessibility.html)

Contact Us (https://www.findlaw.com/company/contact-us/contacts.html)

**FIND A LAWYER** > (https://lawyers.findlaw.com/)

By Location (https://lawyers.findlaw.com/#browse-location)

By Legal Issue (https://lawyers.findlaw.com/legal-issues/)

By Lawyer Profiles (https://lawyers.findlaw.com/profile/profiles/lawyer/a/1.html)

By Name (https://lawyers.findlaw.com/lawyer/lawyer_dir/search/jsp/name_search.jsp)

**SELF-HELP RESOURCES**

Legal Forms & Services (https://www.findlaw.com/forms.html)

**LEGAL RESEARCH**

Learn About the Law (https://www.findlaw.com/#learn-about-the-law)

State Laws (https://www.findlaw.com/state.html)

U.S. Caselaw (https://caselaw.findlaw.com/)

U.S. Codes (https://codes.findlaw.com/)

**LEGAL NETWORK**

FindLaw.com (https://www.findlaw.com) trusted legal information and legal professionals

SuperLawyers.com (https://www.superlawyers.com) Directory of U.S. attorneys with exclusive Super Lawyers

Abogado.com (https://www.abogado.com) #1 Spanish-language legal for consumers

Lawinfo.com (https://www.lawinfo.com) Nationwide attorney directory and legal consumer resources

f (https://www.facebook.com/FindLawConsumers) (https://www.youtube.com/watch?v=WJiN0zaZOhw) (https://twitter.com/findlaw_com/)



*Exhibit 3 (29 Pages)*

UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

| | | |
|---|---|---|
| Jasmine Nicole Lundie | : | |
| 9621 Poole Rd | | |
| Villa Rica, Georgia 30180 | : | |
| Plaintiff, | : | |
| | | |
| **vs** | : | **EXHIBIT 3.1** |
| | | |
| Kevin Foreman | : | |
| 3590 Grape Street | | |
| Denver, Colorado 80207 | : | |
| Defendant, | : | |

## RELIGIOUS ABUSE & WITCHCRAFT EXPLAINED

1. The defendant's behavior is a prime example of **religious abuse** and the **cognitive dissonance**, which is the root of psychological trauma associated with the Mass Manipulation Trafficking Scheme, and it's HOW the victim almost died August 4, 2023. The MMTS and the obstruction of justice associated is proving the burden of guilt.
   *See Exhibit 3.2 & 3.3*

2. The extreme attempt to manipulate her beliefs and the dramatic loss of support from family and friends resulted in a constant battle of rationalization for the plaintiff. In order for her to save her life, she had to consistently go against what they wanted her to believe.

3. Aware of the origin of the psychotic behavior, the plaintiff tried to file a stalking petition and sent a cease-and-desist to prevent further damage. The defendant showed no remorse and escalated his efforts.
   *See Exhibit 3.4*

4. Psychological trauma can induce a near death experience.
   *See Exhibit 3.5*

## SPIRITUAL ATTACHMENT

5. After our investigation, we defined that the **spiritual attachment** is a witchcraft ritual that connects the spirits or souls of two individuals, counterpart A and B. The ritual can be performed in-person and remotely. The symptoms of each counterpart may not be identical. The connection begins with sensation transference, for example: the feeling of the other's heartbeat, intoxication/high, or ejaculation. Overtime with increased physical activity or psychological abuse, symptoms may progress to telepathy and involuntary movement from the opposing counterpart. The connection can be used as a source of torture, target practice, and public humiliation — like forcing another to urinate



involuntarily or fabricating a flatulence nuisance. Disconnection requires death of a counterpart.

6. The spiritual attachment is not the equivalent to demonic possession and both counterparts do not have to be involved in the ritual in order for the connection to be established. The defendant is fixated on murdering the plaintiff and could've killed her during the connection as stated in the *Civil Report.* The connection, as well as the voodoo doll, is  an existential threat to her existence because physically threatening the life of Kevin Foreman is physically threatening the life of Jasmine Lundie — meaning a bullet to his head will produce the same impact to her brain. He enjoys shouting to the top of his lungs to induce migraines and executing exasperating torment through telepathy. And even while incarcerated, the defendant can hang himself so that the plaintiff will die from asphyxiation. According to his argument in 1989, he believes that he's a co-star in a erotic, psychological thriller such as *Fatal Attraction* — a 1987 film.

### See Exhibit 3.6 & 3.7

7. If he got the voodoo doll to work, then **most likely** he spiritually attached himself to her. If he hacked her devices then **most likely** he is stalking her. **Bishop Henry Fernandez,** of The Faith Center, can corroborate the hacking of Ms. Lundie's devices.

8. We would like to acknowledge that the **spiritual attachment** defined throughout the case file is HOW he's able to continually practice witchcraft without being physically present. He practices on himself with intentions of harming her. **John Hannah** has been assisting from time to time, being that he taught him the ritual. He can confirm that it exists.

---

| PERSON FILING REPORT |
|---|

Signature: _____  Print Name: Jasmine Lundie
Department: Executive  Date: 08/22 , 20 24

| OFFICE USE ONLY |
|---|

Report received by: _____  Date _____, 20 _____
Follow-up action taken: _____
_____
_____
_____

33


**WIKIPEDIA**
The Free Encyclopedia

# Religious abuse

**Religious abuse** is abuse administered through religion, including harassment or humiliation that may result in psychological trauma. Religious abuse may also include the misuse of religion for selfish, secular, or ideological ends, such as the abuse of a clerical position.[1][2]

Religious abuse can be perpetuated by religious leaders or other members of a religious community, and it can happen in any religion or faith.[3] Some examples of religious abuse include using religious teachings to justify abuse, enforcing strict religious rules and practices that are harmful, shaming or ostracizing individuals who do not conform to religious norms, using religious authority to manipulate or control others, and denying access to medical care or other basic needs in the name of religion.[4][5]

Religious abuse can have serious and long-lasting effects on individuals and communities, including trauma, emotional distress, loss of faith, and even physical harm. It is important for individuals and religious communities to be aware of the signs of religious abuse and to take steps to prevent it from happening.[6][7]

## Psychological abuse

One specific meaning of the term *religious abuse* refers to psychological manipulation and harm inflicted on a person by using the teachings of their religion. This is perpetrated by members of the same or similar faith that includes the use of a position of authority within the religion.[8] It is most often directed at children and emotionally vulnerable adults, and the motivations behind such abuse vary, and can be either well-intentioned or malicious.[1]

Even well-intentioned religious abuse can have long-term psychological consequences, such as the victim developing phobias or long-term depression. They may have a sense of shame that persists even after they leave the religion. A person can also be manipulated into avoiding a beneficial action (such as a medical treatment) or to engage in a harmful behavior.[1]

In his book *Religious Abuse*, pastor Keith Wright describes an example of such abuse. When he was a child, his Christian Scientist mother became very ill and eventually was convinced to seek medical treatment at an inpatient facility. Members of her church went to the treatment center to convince her to trust prayer rather than treatment, and to leave. She died shortly thereafter. While the church members may not have had any malicious intent, their use of their religion's teachings to manipulate Wright's mother ultimately resulted in her death.[1]

34

A more recent study among 200 university students has shown that 12.5% of students reported being victimized by at least one form of religious or ritual abuse (RA). The study, which was published in the *Journal of Interpersonal Violence*, showed that religious/ritual abuse may result in mental health issues such as dissociative disorders.[9]

# Against children

Religiously-based psychological abuse of children can involve using teachings to subjugate children through fear, or indoctrinating the child in the beliefs of their particular religion whilst suppressing other perspectives. Psychologist Jill Mytton describes this as crushing the child's chance to form a personal morality and belief system; it makes them utterly reliant on their religion or parents, and they never learn to reflect critically on the information they receive. Similarly, the use of fear and a judgmental environment (such as the concept of Hell) to control the child can be traumatic.[10]

# Physical abuse

Physical abuse in a religious context can take the form of beatings, illegal confinement, neglect, near drowning or even murder in the belief that the child is possessed by evil spirits, practicing sorcery or witchcraft, or has committed some kind of sin that warrants punishment. Such extreme cases are, though, rare.

In 2012, the United Kingdom's Department for Children, Schools and Families instituted a new action plan to investigate the issue of faith-based abuse after several high-profile murders, such as that of Kristy Bamu.[11] Over a term of 10 years, Scotland Yard conducted 83 investigations into allegations of abuse with faith-based elements and feared there were even more that were unreported.[12]

# Survivors

Survivors of religious abuse can develop symptoms of post-traumatic stress disorder (PTSD) in response to their abusive religious experiences.[13] Dr. Marlene Winell, a psychologist and former fundamentalist, coined the term *religious trauma syndrome* (RTS) in a 2011 article she wrote for the British Association for Behavioural and Cognitive Psychotherapies.[14] Winell describes RTS as "the condition experienced by people who are struggling with leaving an authoritarian, dogmatic religion and coping with the damage of indoctrination."[14]

In the article, Winell identifies four categories of dysfunction: cognitive, affective, functional, and social/cultural.[14]

- **Cognitive**: Confusion, difficulty with decision-making and critical thinking, dissociation, identity confusion
- **Affective**: Anxiety, panic attacks, depression, suicidal ideation, anger, grief, guilt, loneliness, lack of meaning
- **Functional**: Sleep and eating disorders, nightmares, sexual dysfunction, substance abuse, somatization

- **Social/cultural**: Rupture of family and social network, employment issues, financial stress, problems acculturating into society, interpersonal dysfunction

These symptoms can occur for people who have simply participated in dogmatic expressions of religion, such as fundamentalism. Extreme cases of religious abuse such as authoritarian cult membership, clergy sexual abuse, or mind control tactics used to extremes like the mass suicide at Jonestown may attract public scrutiny. However, individuals can experience chronic religious abuse in the subtle mind-control mechanics of fundamentalism that leads to trauma.[15][16] While many extreme traumatic experiences associated with religion can cause simple PTSD, scholars are now arguing that chronic abuse through mind control tactics used in fundamentalist settings, whether intentional or not, can induce C-PTSD or developmental trauma.[17][18]

Exposure therapy or staying in religiously abusive settings may not be conducive to healing for survivors of religious abuse.[19] Healing can come through support groups, therapy, and psychoeducation.[20] In some cultures, survivors have opportunities to recover and live vibrant lives after they leave religiously abusive settings.

# Religious violence

Religious violence and extremism (also called communal violence[21]) is a term that covers all phenomena where religion is either the subject or object of violent behavior.[22]

## Human sacrifice

Human sacrifice (sometimes called ritual murder), has been practiced on a number of different occasions and in many different cultures. The various rationales behind human sacrifice are the same that motivate religious sacrifice in general. Human sacrifice is typically intended to bring good fortune and to pacify the gods. Fertility was another common theme in ancient religious sacrifices.

Human sacrifice may be a ritual practiced in a stable society, and may even be conducive to enhance societal unity, both by creating a bond unifying the sacrificing community, and in combining human sacrifice and capital punishment, by removing individuals that have a perceived negative effect on societal stability (criminals, religious heretics, foreign slaves or prisoners of war). However, outside of civil religion, human sacrifice may also result in outbursts of blood frenzy and mass killings that destabilize society.

Archaeology has uncovered physical evidence of child sacrifice at several locations.[23] Some of the best attested examples are the diverse rites which were part of the religious practices in Mesoamerica and the Inca Empire.[24][25][26] Psychologists Alice Miller and Robert Godwin, psychohistorian Lloyd deMause and other advocates of children's rights have written about pre-Columbian sacrifice within the framework of child abuse.[27][28][29]

Plutarch (c.46–120 AD) mentions the Carthaginian's ritual burning of small children, as do Tertullian, Orosius, Diodorus Siculus and Philo. Livy and Polybius do not. The Hebrew Bible also mentions what appears to be child sacrifice practised at a place called the Tophet (*roasting place*) by the Canaanites, and by some Israelites.[30]

36

Children were thrown to the sharks in ancient Hawaii.[31]

Sacrificial victims were often infants. "The slaughtering of newborn babies may be considered a common event in many cultures" including the Eskimo, the Polynesians, the Ancient Egyptians, the Chinese, the Scandinavians, and various indigenous peoples of Africa, the Americas and Australia.[32]

## Initiation rites

Artificial deformation of the skull predates written history and dates back as far as 45,000 BCE, as evidenced by two Neanderthal skulls found in Shanidar Cave.[33] It was usually started just after birth and continued until the desired shape was achieved. It may have played a key role in Egyptian and Mayan societies.[34]

In China some boys were castrated, with both the penis and scrotum cut.[35] Other ritual actions have been described by anthropologists. Géza Róheim wrote about initiation rituals performed by Australian natives in which adolescent initiates were forced to drink blood.[36]

## Modern practices

In the rituals of some tribes in Papua New Guinea, an elder "picks out a sharp stick of cane and sticks it deep inside a boy's nostrils until he bleeds profusely into the stream of a pool, an act greeted by loud war cries."[37] Afterwards, when boys are initiated into puberty and manhood, they are expected to perform fellatio on the elders. "Not all initiates will participate in this ceremonial homosexual activity but, about five days later, several will have to perform fellatio several times."[37]

Individual cases of ritual murder have been recorded in Brazil,[38] the United States,[39] and Singapore (Toa Payoh ritual murders).

## Witch-hunts

To this day, witch hunts, trials and accusations are still a real danger in some parts of the world. Trials result in violence against men, women and children, including murder.[40] In The Gambia, about 1,000 people accused of being witches were locked in government detention centers in March 2009, being beaten, forced to drink an unknown hallucinogenic potion, and confess to witchcraft, according to Amnesty International.[41][42] In Tanzania thousands of elderly Tanzanian women have been strangled, knifed to death and burned alive over the last two decades after being denounced as witches.[43] Ritualistic abuse may also involve children accused of, and punished for, being purported witches in some Central African areas. A child may be blamed for the illness of a relative, for example.[44] Other examples include Ghana, where alleged witches were banished to refugee camps,[45] and the beating and isolation of children accused of being witches in Angola.[46][47][48]

## Psychohistorical explanation

A small number of academics subscribe to the theory of psychohistory and attribute the abusive rituals to the psychopathological projection of the perpetrators, especially the parents.[49][50]

37

This *psychohistorical* model claims that practices of tribal societies sometimes included incest and the sacrifice, mutilation, rape and torture of children, and that such activities were culturally acceptable.[51][52]

# Spiritual abuse

Spiritual abuse includes:

- Psychological abuse and emotional abuse
- Physical abuse including physical injury (e.g., tatbir) and deprivation of sustenance.
- Sexual abuse
- Any act by deeds or words that shame or diminish the dignity of a person.
- Intimidation and the requirement to submit to a spiritual authority without any right to dissent.
- Unreasonable control of a person's basic right to exercise freewill in spiritual or natural matters.
- False accusations and repeated criticism by labeling a person as, for example, disobedient, rebellious, lacking faith, demonized, apostate, an enemy of the church or of a deity.
- Isolationism, separation, disenfranchisement or estrangement from family and friends outside the group due to cult-religious or spiritual or indigenous beliefs.
- Esotericism, hidden agendas and requirements revealed to members only as they successfully advance through various stages of a faith.[53]
- Enforced practice of spiritualism, mysticism, or other ideologies peculiar to members of that religion.[53]
- Financial exploitation or enslavement of adherents.[53]

## Background

The term *spiritual abuse* was purportedly coined in the late twentieth century to refer to alleged abuse of authority by church leaders,[54] albeit some scholars and historians would dispute that claim, citing prior literary appearances of the term in literature on religion and psychology. Lambert defines spiritual abuse as "a type of psychological predomination that could be rightly termed—*religious enslavement*".[55] He further identifies "religious enslavement" as being a product of what is termed in the Bible "witchcraft" or "sorcery".[56] A key element of the experience of spiritual abuse is the perceived 'divine position' of the abuser which leads to an environment of infallibility.[57]

## Characteristics

Ronald Enroth in *Churches That Abuse* identifies five categories:

1. **Authority and power**: abuse arises when leaders of a group arrogate to themselves power and authority that lacks the dynamics of open accountability and the capacity to question or challenge decisions made by leaders. The shift entails moving from general respect for an office bearer to one where members loyally submit without any right to dissent.
2. **Manipulation and control**: abusive groups are characterized by social dynamics where fear, guilt or threats are routinely used to produce unquestioning obedience, group conformity or stringent tests of loyalty. The leader-disciple relationship may become one in which the leader's decisions

control and usurp the disciple's right or capacity to make choices.[1] (https://nakedpastor.com/blog s/news/what-is-spiritual-abuse-and-how-to-recognize-when-it-is-happening-to-you)

3. **Elitism and persecution**: abusive groups depict themselves as unique and have a strong organizational tendency to be separate from other bodies and institutions. The social dynamism of the group involves being independent or separate, with diminishing possibilities for internal correction, reflection, or external criticism.
4. **Life-style and experience**: abusive groups foster rigidity in behavior and belief that requires conformity to the group's ideals.
5. **Dissent and discipline**: abusive groups tend to suppress any kind of internal challenge to decisions made by leaders.

Agnes and John Lawless argue in *The Drift into Deception* that there are eight characteristics of spiritual abuse, and some of these clearly overlap with Enroth's criteria. They list the eight marks of spiritual abuse as comprising:

1. Charisma and pride
2. Anger and intimidation
3. Greed and fraud
4. Immorality
5. Enslaving authoritarian structure
6. Exclusivity
7. Demanding loyalty and honor
8. New revelation

The author of *Charismatic Captivation*, Steven Lambert, in a post on the book's website delineates "33 Signs of Spiritual Abuse",[58] including:

1. Apotheosis or de facto deification of the leadership.
2. Absolute authority of the leadership.
3. Pervasive abuse and misuse of authority in personal dealings with members to coerce submission.
4. Paranoia, inordinate egotism or narcissism, and insecurity by the leaders.
5. Abuse and inordinate incidence of "church discipline" particularly in matters not expressly considered to be church discipline issues.
6. Inordinate attention to maintaining the public image of the ministry and lambasting of all "critics".
7. Constant indoctrination with a "group" or "family" mentality that impels members to exalt the corporate "life" and goals of the church-group over their personal goals, callings, objectives or relationships.
8. Members are psychologically traumatized, terrorized and indoctrinated with numerous fears aimed at creating an over-dependence or codependence on their leaders and the corporate group.
9. Members may be required to obtain the approval (or *witness*) of their leader(s) for decisions regarding personal matters.
10. Frequent preaching from the pulpit discouraging leaving the religion or disobeying the leaderships' dictates.
11. Members departing without the blessing of the leadership do so under a cloud of suspicion, shame, or slander.

39

12. Departing members often suffer from psychological problems and display the symptoms associated with post-traumatic stress disorder (PTSD).

## Research and examples

Flavil Yeakley's team of researchers conducted field-tests with members of the Boston Church of Christ using the Myers-Briggs Type Indicator. In *The Discipling Dilemma* Yeakley reports that the members tested "showed a high level of change in psychological type scores", with a "clear pattern of convergence in a single type".[59] The same tests were conducted on five mainline denominations and with six groups that are popularly labeled as cults or manipulative sects. Yeakley's test results showed that the pattern in the Boston Church "was not found among other churches of Christ or among members of five mainline denominations, but that it was found in studies of six manipulative sects."[59] The research did *not* show that the Boston Church was "attracting people with a psychological need for high levels of control", but Yeakley concluded that "they are producing conformity in psychological type" which he deemed to be "unnatural, unhealthy and dangerous."[60]

This was not a longitudinal study and relied on asking participants to answer the survey three times; once as they imagined they might answer five years prior, once as their present selves and once as they imagined they might answer after five years of influence in the sect. The author insists that despite this, "any significant changes in the pattern of these perceptions would indicate some kind of group pressure. A high degree of change and a convergence in a single type would be convincing proof that the Boston Church of Christ has some kind of group dynamic operating that tends to produce conformity to the group norm." However it could instead indicate a desire on the part of the respondents to change in the direction indicated. To determine actual changes in MBTI results would require a longitudinal study, since the methodology here was inherently suggestive of its conclusion. This is also amply borne out in its instructions: "The instructions stated clearly that no one was telling them that their answers ought to change. The instructions said that the purpose of the study was simply to find out if there were any changes and, if so, what those changes might indicate."[61][62]

# See also

- Catholic Church sexual abuse cases
- Christina Krüsi
- Exorcism
- Forced conversion
- Godly Response to Abuse in the Christian Environment
- Infanticide
- List of satanic ritual abuse allegations
- Religious persecution
- Religious trauma syndrome
- Scientology controversies
- Shunning
- Social abuse
- The Dark Pictures Anthology: Little Hope

☰   **⊘SimplyPsychology**   🔍

**Psychology » Social Science**

# What Is Cognitive Dissonance Theory?

**By** Saul McLeod, PhD  |  **Updated on** October 24, 2023

⊘ **Reviewed by** Olivia Guy-Evans, MSc

## On This Page:



1. Cognitive Dissonance Theory

2. How Attitude Change Takes Place

3. What Causes Cognitive Dissonance?

4. Forced Compliance Behavior

5. Decision Making

6. Effort

7. How To Reduce Cognitive Dissonance

8. Critical Evaluation

Cognitive dissonance refers to a situation involving conflicting attitudes, beliefs, or behaviors.

> This produces a feeling of mental discomfort leading to an alteration in one of the attitudes, beliefs, or behaviors to reduce the discomfort and restore balance.

For example, when people smoke (behavior) and they know that smoking causes cancer (cognition), they are in a state of cognitive dissonance.



Cognitive dissonance theory, proposed by Leon Festinger, posits that individuals experience discomfort when holding conflicting beliefs or attitudes. This discomfort motivates them to reduce the inconsistency.

## Cognitive Dissonance Theory

Cognitive dissonance was first investigated by Leon Festinger, arising out of a participant observation study of a cult that believed that the earth was going to be destroyed by a flood, and what happened to its members — particularly the really committed ones who had given up their homes and jobs to work for the cult — when the flood did not happen.

42



### Subscribe to Simply Psychology

Get updates on the latest posts and more straight to your inbox.

Your Email...                    SUBSCRIBE

☐ I consent to receiving emails and personalized ads.

While fringe members were more inclined to recognize that they had made fools of themselves and to "put it down to experience," committed members were more likely to re-interpret the evidence to show that they were right all along (the earth was not destroyed because of the faithfulness of the cult members).

## How Attitude Change Takes Place

Festinger's (1957) cognitive dissonance theory suggests that we have an inner drive to hold all our attitudes and behavior in harmony and avoid disharmony (or dissonance). This is known as the principle of cognitive consistency.

> When there is an inconsistency between attitudes or behaviors (dissonance), something must change to eliminate the dissonance.

Notice that dissonance theory does not state that these modes of dissonance reduction will actually work, only that individuals who are in a state of cognitive dissonance will take steps to reduce the extent of their dissonance.

The theory of cognitive dissonance has been widely researched in a number of situations to develop the basic idea in more detail, and various factors have been identified which may be important in attitude change.

## What Causes Cognitive Dissonance?

- Forced Compliance Behavior,

- Decision Making,

43

- Effort.

We will look at the main findings to have emerged from each area.

# Forced Compliance Behavior

When someone is forced to do (publicly) something they (privately) really don't want to do, dissonance is created between their cognition (I didn't want to do this) and their behavior (I did it).

Forced compliance occurs when an individual performs an action that is inconsistent with his or her beliefs. The behavior can't be changed since it was already in the past, so dissonance will need to be reduced by re-evaluating their attitude toward what they have done. This prediction has been tested experimentally:

> In an intriguing experiment, **Festinger and Carlsmith (1959)** asked participants to perform a series of dull tasks (such as turning pegs in a peg board for an hour). As you can imagine, participant's attitudes toward this task were highly negative.

# Example of Cognitive Dissonance

## Aim

Festinger and Carlsmith (1959) investigated if making people perform a dull task would create cognitive dissonance through forced compliance behavior.

## Method

In their laboratory experiment, they used 71 male students as participants to perform a series of dull tasks (such as turning pegs in a peg board for an hour).

They were then paid either $1 or $20 to tell a waiting participant (a confederate) that the tasks were really interesting. Almost all of the participants agreed to walk into the waiting room and persuade the confederate that the boring experiment would be fun.

## Results

44

When the participants were asked to evaluate the experiment, the participants who were paid only $1 rated the tedious task as more fun and enjoyable than the participants who were paid $20 to lie.

## Conclusion

Being paid only $1 is not sufficient incentive for lying and so those who were paid $1 experienced dissonance. They could only overcome that dissonance by coming to believe that the tasks really were interesting and enjoyable. Being paid $20 provides a reason for turning pegs, and there is, therefore, no dissonance.

# Decision Making

Life is filled with decisions, and decisions (as a general rule) arouse dissonance.

For example, suppose you had to decide whether to accept a job in an absolutely beautiful area of the country or turn down the job so you could be near your friends and family.

Either way, you would experience dissonance. If you took the job you would miss your loved ones; if you turned the job down, you would pine for the beautiful streams, mountains, and valleys.

Both alternatives have their good points and bad points. The rub is that making a decision cuts off the possibility that you can enjoy the advantages of the unchosen alternative, yet it assures you that you must accept the disadvantages of the chosen alternative.

## Example of Cognitive Dissonance

> **Brehm (1956)** was the first to investigate the relationship between dissonance and decision-making.

## Method

Female participants were informed they would be helping out in a study funded by several manufacturers. Participants were also told that they would receive one of the products at the end of the experiment to compensate for their time and effort.

45

Jasmine Nicole Lundie
6023 W Fayetteville Road
College Park, Georgia 30349
8083467911

May 30, 2023

Kevin J. Foreman
PO Box 441004
Aurora, Colorado 80044

**RE:** Cease & Desist from Harassment

Dear Kevin J. Foreman:

I am writing you this letter to document a period of harassment I received from you starting
December 12, 2022. Such conduct has caused me to suffer severe humiliation, embarrassment,
emotional distress, and physical discomfort.

I applied for Harvest Church (Atlanta Location) to work as an Executive Assistant under Kevin J.
Foreman on August 23, 2022. Shortly after, estimating 2-4 weeks, I was told by Roz Bailey via
phone that I was being offered a position at Harvest and within a week I should be receiving the
offer letter via email. I followed up a couple times and each time I was promised that I should
receive one.

At the time above, I was working as an Executive Assistant at Remedy Labs through Rocket
Partner. On October 7, 2022, I traveled to Denver to move into my temporary apartment. Upon
arriving at the church that Sunday, I was greeted warmly and told that they were "surprised" to see
me, but it was great that I was there. I was given a tour of the facility. I decided to sign up to serve
the Children's ministry.

After settling into my new space, I began to attend church frequently. On October 16, 2022 I
missed the Sunday Service, as well as BKF day. I received a call around 2PM/3PM saying that
they didn't see me & were going to invite me to the back -- insinuating to present an offer letter. I
said that I can come up there & was instructed not to because they were wrapping up. Shortly
after I began serving, I was asked to take on "a few" administrative tasks as well. A few tasks
turned into a request for 3 days/week of "training".

I sent a Google Slide blueprinting a potential app inspired by his messages and Instagram account.
We began working on how to secretly send messages through numbers, objects, signs, colors, etc.
I thought we should include more people and sent an email with a list of organizations and people.
They all began to jump in, quickly learning the game. From there a numerous amount of motives
began to transpire and because of unwarranted threats, on and offline, I flew back home. Kevin
Foreman is facilitating stalking and harassment at my past and current jobs, my home, and public

46

spaces. I've asked, but the threats and stalking has not stopped and are becoming more vicious.

I demand that you cease and desist from this activity as soon as possible and, in any event, within 7 days from your receipt of this letter. If action is not taken by you to cease and desist within the given time frame, I will have no choice but to take appropriate legal action against you.

Sincerely,

Jasmine Nicole Lundie

*State*
*DIDN'T have address*

## THE SUPERIOR COURT FOR THE COUNTY OF <u>CLAYTON COUNTY</u>

### STATE OF GEORGIA

<u>JASMINE N. LUNDIE</u> ,
Petitioner,

v.

<u>KEVIN J FOREMAN</u> ,
Respondent.

:
:    Civil Action File
:
:
:    No. <u>CLAYTON</u>
:
:

### PETITION FOR STALKING TEMPORARY PROTECTIVE ORDER

The Petitioner, pursuant to <u>O.C.G.A. § 16-5-94</u>, hereby files this Petition for a Stalking Temporary Protective Order and in support shows the Court the following:

1.  The Petitioner is a resident of <u>CLAYTON</u> County, Georgia and is over the age of 18 years of age or is an emancipated minor. Petitioner's year of birth is <u>1993</u> , sex <u>Female</u>, and race <u>BLACK</u> .

2.  The Respondent is a resident of _____, Georgia, and may be served at _____, _____ County, Georgia.

**OR**

2.1 Respondent is a resident of the State of <u>COLORADO</u> . Under <u>O.C.G.A. §§19-13-2(b)</u> and <u>16-5-94(b)</u> jurisdiction and venue are proper with this Court because the stalking occurred in the State of Georgia in <u>FULTON</u> County and/or Petitioner lives in <u>CLAYTON</u> County. Respondent is subject to the jurisdiction of this Court and may be served at _____ _____.

3.  On or about <u>DECEMBER</u> , 20<u>22</u> , the Respondent has knowingly and willfully committed the following acts of stalking under <u>O.C.G.A. §§ 16-5-90</u> et seq. SINCE DECEMBER KEVIN HAS INTERVENED INTO 3 OF MY JOBS TO TRY TO FULFILL HIS OWN MOTIVES AND SCRIPTURES OUT OF THE BIBLE. HE IS STALKING ME BY HAVING OTHER PEOPLE REPORT WHAT I DO, WHERE I GO, WHAT I EAT & HARASSING ME TO PRESSURE ME INTO DOING WHAT HE WANTS. and similar events may occur in the future. These acts had no legitimate purposes, happened at places other than the residence of the Respondent, were without the consent of the Petitioner, and placed Petitioner in reasonable fear for her/his own safety and/or the safety of her/his immediate family.

4.  In the past on or about <u>DECEMBER</u> , 20<u>22</u> , the Respondent committed the following acts of stalking under <u>O.C.G.A. § 16-5-90</u> et seq. SINCE DECEMBER HE HAD ALL OF MY PHONES/DEVICES HACKED. WHEN I GET A NEW DEVICE HE HACKS THAT ONE AS WELL. I'M STILL TRYING TO FIGURE OUT

*48*

HOW HE'S DOING IT. BUT I BELIEVE IT WAS FROM ME ENTERING MY NUMBER
INTO HIS CHURCH SYSTEM. HE USES THAT TO TRACK ME EVERYWHERE.

THEREFORE, Petitioner requests:

(a)   That the Court set a hearing within thirty (30) days of the signing of the Order and
      to direct Respondent to appear before this Court and to show any reasons why the
      demands of the Petitioner should not be granted;

(b)   That the Respondent be served a copy of this Petition and Ex Parte Protective Order
      as required by law;

(c)   That this Court direct law enforcement to enforce this Order;

(d)   That this Court direct Respondent to stop abusing, harassing and intimidating
      Petitioner's child/ren;

(e)   That this Court restrain and enjoin Respondent from having any direct or indirect
      contact with the petitioner and/or Petitioner's child/ren;

(f)   That this Court order that Respondent be enjoined from approaching within ___
      yards of Petitioner;

(g)   That this Court make findings of fact and conclusions of law concerning the issues
      in this case;

(h)   That Petitioner have such other and further relief as the Court may deem just and
      proper;

(i)   That this Court issue a Stalking Act Ex Parte and Twelve Month Protection Order;
      and

(j)   That this Court grant such other relief as it determines just and equitable.

Respectfully submitted,

_____
Petitioner

Address
6023 WEST FAYETTEVILLE ROAD
COLLEGE PARK, GA 30349

_____
Telephone: 808-346-7911
(Do not give current address if confidential;
 give alternative address)

49

2

THE SUPERIOR COURT FOR THE COUNTY OF <u>CLAYTON</u>

STATE OF GEORGIA

_Jasmine Lundie_

Petitioner,                          :

                                     :         Civil Action File
                                     :
v.                                   :         No. _____
                                     :
_Kevin J. Freeman_                   :
Respondent.                          :

## VERIFICATION

Personally appeared _Jasmine Lundie_, who being duly sworn states that she/he is the Petitioner in the above styled case and that the facts set forth in the foregoing Petition for Stalking Temporary Protective Order are true and correct.

_____
Petitioner

Sworn and subscribed before
me this _25_ day of _May_, 20_23_

_Kim Belechor_
_____
NOTARY PUBLIC
My commission expires:

Kim Y Belechor
NOTARY PUBLIC
Clayton County, GEORGIA
My Commission Expires 03/02/2026

50

3

*REMOVE THIS PAGE FROM ORDER AND FILE SEPARATELY UNDER SEAL*

**CONFIDENTIAL INFORMATION FORM - ATTENTION COURT STAFF: THIS PAGE IS A RESTRICTED-ACCESS DOCUMENT. This document is not accessible to the public or to other parties.**

### RESPONDENT'S IDENTIFYING FACT SHEET

(please complete as much as possible; one of these must be provided to have the order placed in the National Crime Information Center registry: Respondent's date of birth OR social security number)

Respondent's social security number is _____, date of birth is _____, sex M , color of hair bald , color of eyes black , height _____, weight _____. Respondent's race is black , ethnic background black . Respondent has distinguishing marks (tattoos, scars, etc.) tattoo on each shoulder Respondent drives a _____, license tag no:_____ (Expires:____) and has a ___(state) driver's license no: _____ (Expires:___). Respondent's home address _____ Denver , CO and is employed by Harvest Church at 3590 Grape Street _____ and works from ____ to ____ on (days)_____. Respondent has the following known aliases: Bishop Kevin Foreman .

### PROTECTED PARTIES' IDENTIFYING INFORMATION

Petitioner: ✓ Jasmine Lundic DOB 03-22-98 sex F race Black

Other: _____ DOB _____ sex _____ race _____

Other: _____ DOB _____ sex _____ race _____

Other: _____ DOB _____ sex _____ race _____

Other: _____ DOB _____ sex _____ race _____

Rev'd 1/17

51

5

**\* PETITIONER Email: yasmlundie@gmail.com**

*(you →)*

MAY 25 2023

***Confidential***

## Family Violence/Stalking Protective Order Information Sheet

Case# 20 **23**   PO: _____

Photo ID#: _____

Eviction: Y ☐ or N ☐   Child Custody: Y ☐ or N ☐

Ages: _____

Retrieve Keys ☐ / Property ☐ : Y ☐ or N ☐

House ☐ / Car ☐ / Garage Door Opener ☐ / Vehicle ☐ / Weapons ☐ / Other: _____

**Please Fill Out As Complete As Possible**

*(Him / Her)*

1. Defendant's Name: **Kevin J Foreman**   Nickname: _____
D.O.B: _____   Social Security Number: _____
Relationship: Spouse or Ex ☐ / Boy/Girlfriend or Ex ☐ / Acquaintance ☐ / Neighbor ☐ / Co-Worker ☐ / Other ☒
If Other State Relationship: **Served at his Church — Applied for employment**
Race: **Black**   Sex: Male ☒ OR Female ☐   Height: _____ Weight: _____ Age: **66**
Hair Color: **Bald**   Eye Color: **Black**   Build: **lean**

Eviction: Is the Defendant to be removed from the residence?: Y ☐ or N ☐
Has Defendant already moved?: Y ☐ or N ☐   If so: When?: _____
Will Defendant open the door?: Y ☐ or N ☐   Do you have a picture we can copy for our file?: Y ☐ or N ☐

2. Vehicle: Year: _____ Make: _____ Model: _____ Color: _____ Tag: _____ State: _____
Any additional Vehicle Characteristic: _____

3. Defendant's Address: _____ City: _____ St: _____ Zip: _____
Employer: _____ Address: _____ City: **Denver** St: **CO** Zip: _____
Hours: _____ Days Off: _____ Works Inside of the building? Y ☒ or N ☐
Home Number: _____ Work: _____ Cell: _____

4. Service Time: What is the best time to serve this order?: _____
Where are they now?: **Denver, CO**   Favorite Hangouts: _____
Name and Address of family members who might know where the defendant is:
_____

5. Warrants: Y ☐ or N ☐   Wanted? ☐ or Arrested? ☐   What county issued warrant?: _____

6. Weapons: Y ☐ or N ☐   If yes, describe type(s) of weapons: _____
Where are they kept or hidden: _____ Retrieved: Y ☐ or N ☐

7. Prior Arrests: Y ☒ or N ☐   Currently in jail?: Y ☐ or N ☒   If so, which jail?: _____
Is the defendant currently on Probation: Y ☐ or N ☐   Drug Abuse?: Y ☐ or N ☐   Alcohol?: Y ☐ or N ☐

8. Plaintiff's (Victim) Name: **Jasmine Lundie** D.O.B: **03/22/93** Race: **Black** Sex: M ☐ OR F ☒
Current Address: **6023 W. Fayetteville Rd** City: **College Park** St: **GA** Zip: **30349**
*(you)* Employer: **Amazon** Address: **Prat Rhoads** City: **Union City** St: **GA** Zip: _____
Home Number: _____ Work: _____ Cell: **808-346-7911**

Information Taken By: _____ Date: _____ Time: _____

**52**

Serving Deputy: _____ Employee Number: _____ Time: _____

Judge_____

Referred Client: Jasmine Lundic   Date: 5/25/23

_____ Request Dismissal of Temporary Protective Order   Final Hearing  /  Current Order _____

_____ Respondent Active Inmate   Yes / No

Several risk factors have been associated with increased risk of homicides (murders) of women and men in violent relationships. We cannot predict what will happen in your case, but we wild like you to be aware of the danger of homicide in situations of abuse and for you to see how many of the risk factors apply to your situation.

Respondent ever arrested for Domestic Violence (Yes)/ No / Unknown  Victim Name:_____
Have you ever filed a Restraining Order against this same respondent or another inmate partner?
If Yes: Name _____ Year _____ State _____ Outcome_____

Initial and circle each of the following that applies to **YOU ONLY** (refers to your husband, wife, mother or father of your children, partner, ex-husband, ex-partner, or whoever is currently abusing you.)

1. _____ Slapping , pushing; and or lasting pain
2. _____ Punching, kicking; bruises, cuts, and/or continuing pain
3. _____ "Beating up"; severe contusions, burns, broken bones; sprains
4. _____ Head injury, internal injury, permanent injury
5. _____ Threat to use weapon; gun, knife

Initial below the following that applies to **YOU ONLY**

_____ 1. Has the physical violence increased in severity or frequency over the past year?
_____ 2. Respondent own a gun. (Is the gun stored in the home?) Yes  / No If Yes; here_____
_____ 3. Respondent ever used a weapon (gun, knife) against you or threatened you with a lethal   weapon
_____ 4. Respondent ever threaten to kill you or have someone else cause you bodily harm
_____ 5. Violently and constantly jealous of you (For instance,  say "if I can't have you, no one . can.") Constantly check cell phone, media outs network (face book, twitter, and emails ect.)
_JL_ 6. Follow or spy on you, leave threatening notes or messages, destroy your property, or call
_____ 7. Respondent have issues with controlling you or your daily activities. For instance: tell you who you can be friends with, when you can see your family, how much money you can use, or when you use the car.
_____ 8. You left the home after living together during the past year due the Physical or mental abuse
_____ 9. Respondent ever try to choke you
_____ 10. Respondent beat or assaulted you while pregnant
_____ 11. List property destroyed or damage by **respondent**_____

_____ 12. Respondent ever avoided being arrested by fleeing or leaving the scene before police arrive
_____ 13. Do you have other children living in the home not by the respondent?
_____ 14. Respondent abusive or threaten to cause harm your children
_____ 15. Respondent use or abuse any illegal drugs, prescription medication,
_____ 16. Respondent have issues with an alcohol or problem drinking
_____ 17. Respondent ever threatened or tried to commit suicide?
_____ 18. Believe the respondent is capable of killing me
_____ 19. Have you ever threatened or tried to commit suicide

_____ 20. I WOULD LIKE THE DANGER ASSESSMENT SHEET TO BE ATTACHED TO MY EXPARTE ORDER

Client Signature: _____   Date: 5/25/23

53

As a library, NLM provides access to scientific literature. Inclusion in an NLM database does not imply endorsement of, or agreement with, the contents by NLM or the National Institutes of Health.

Learn more: PMC Disclaimer | PMC Copyright Notice



Psychiatry (Edgmont). 2009 Oct; 6(10): 35–42.    PMCID: PMC2790400

Published online 2009 Oct.    PMID: 20011577

## Near-Death Experiences and Psychotherapy

Linda J. Griffith, MD[✉]

Paulette M. Gillig, MD PhD, Series Editor
Paulette M. Gillig, Professor of Psychiatry, Department of Psychiatry, Boonshoft School of Medicine, Wright State University, Dayton, Ohio;

## Abstract

Psychiatrists are likely to come into contact with patients who have had near-death experiences, who may have a variety of reactions to the experience, and who may benefit from psychotherapy. We may also have opportunities to work with individuals who are reacting to others who have had such experiences. There is much a psychiatrist can offer to these people, including listening respectfully, being nonjudgemental, normalizing the experience, providing education, and assisting with integrating the experience into their lives to develop or maintain the best possible functioning.

**Keywords:** near-death experience(s), after-effects, psychotherapy for near-death experiences, psychiatric evaluation of near-death experiencers

## Introduction

Psychiatrists have played a role in the recognition of the "near-death" phenomenon as well as popularization of the subject and subsequent research.[1] Even before the term *near-death experience* (NDE) was brought to the public eye by a nascent psychiatrist, Raymond Moody, in his book *Life after Life*,[2] another psychiatrist, Russell Noyes, wrote journal articles on the subject.[3] Elisabeth Kubler-Ross expanded our interest into the arena of death and dying and was also very interested in NDEs.[4] More recently, psychiatrist Bruce Greyson has been prominent in NDE-related research and was the editor of the *Journal of Near-Death Studies* from 1982 until 2007.[5] One of our most

prominent contemporary psychiatrists, Glen Gabbard, has also studied aspects of the phenomenon.[6] Researchers in other disciplines, including nonpsychiatric physicians, psychologists, nurses, social workers, and chaplains, have researched and written on the subject of NDEs and have brought the breadth of their training to this fascinating field as well.

It is not surprising that psychiatrists are interested in the subject of NDEs, given our curiosity about the mind and brain. NDEs are reported to affect nearly one-third of individuals having a close brush with death, representing about five percent of all Americans.[7,8] The number of individuals reporting NDEs is greater than the number of patients with schizophrenia and bipolar disorder combined, making it probable that psychiatrists will encounter those known in the field as "experiencers," or NDEers for short, at some point in their careers.

So what is an NDE? NDEs are not a new phenomenon. Plato, in *The Republic*, recounted a story of a soldier who appeared dead, but returned to life to tell about another world he visited.[9] Although subsequent reports appeared over the years about people's death-bed experiences, it was psychologist Kenneth Ring who began researching them.[10] He developed a peer-reviewed journal, *Anabiosis*, which ultimately became the *Journal of Near-Death Studies* now published under the auspices of the International Association for Near-Death Studies. (IANDS)[11,12]

It has been difficult to develop an operational definition of an NDE, given that NDEers find it difficult to put their experiences into words, placing them in the realm of the ineffable. Ring developed the Weighted Core Experience Index,[10] and subsequently Greyson developed the NDE Scale,[13] both of which have improved consistency in a field fraught with anecdotes and retrospective analyses (Table 1).[14] According to the IANDS website, an NDE is as follows:

55

## Table 1

Elements of near-death experiences

---

COGNITIVE ELEMENTS

Altered sense of time

Accelerated thought processes

Life review

Sudden understanding

AFFECTIVE ELEMENTS

Feeling of peace

Surrounded with light

Feeling joy

Feeling cosmic unity/oneness

PARANORMAL ELEMENTS

Out of physical body

Senses more vivid than usual

Extra sensory perception (ESP)

Visions of the future

TRANSCENDENTAL ELEMENTS

Another world

Encountered beings

Mystical being

Point of no return

Adapted from Zingrone NL, Alvarado CS. Pleasurable Western adult near-death experiences: features, circumstances, and incidence. In Holden JM, Greyson B, James D, eds. *The Handbook of Near-Death Experiences.* Santa Barbara, CA: Praeger Publishers; 2009:20.

---

*"... a profound psychological event that may occur to a person close to death or who is not near death but in a situation of physical or emotional crisis... An NDE typically includes a sense of moving, often at great speed and usually through a dark space, into a fantastic landscape and encountering beings that may be perceived as sacred figures, deceased family members or friends, or unknown entities. A pinpoint of indescribable light may grow to surround the person in brilliant but not painful radiance; unlike physical light, it is not merely visual but is sensed as being an all-loving presence that many people define as the Supreme Being of their religious faith... The emotions of an NDE are intense and most commonly include peace, love, and bliss, although a substantial minority of these experiences is marked by terror, anxiety, or despair. Most people come away from the experience with an unshakable belief that they have learned something of immeasurable importance about the purpose of life."[15]*





Highly respected by the medical community for its state-of-the-art imaging technology, Northside Hospital Radiology annually performs more than 550,000 imaging exams with over 55 locations throughout the state.

Jasmine Lundie
1:23-CV-5456

Exhibit
Press(Autorun)
Instructions u:
Proof

## NORTHSIDE HOSPITAL
### IMAGING SERVICES

**Patient Images**

| Radiology Subspecialties Include | |
|---|---|
| Women's Imaging | Neuroradiology |
| Pediatric Imaging | Orthopedic Imaging |
| Oncology Imaging | Interventional Radiology |

| Our Comprehensive Services Include | |
|---|---|
| Women's Imaging | PET/CT |
| Ultrasound | Interventional Radiology/ Special Procedures |
| MRI | Nuclear Medicine |
| CT | Pediatric Imaging |

**Radiology Scheduling For All Locations**

(404) 851-6577 · Toll Free 1-866-430-1986





northside.com



Exhibit

### UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
### **ATLANTA** DIVISION

|  |  |  |
|---|---|---|
| Jasmine Nicole Lundie | : | |
| 9621 Poole Rd | | |
| Villa Rica, Georgia 30180 | : | |
| Plaintiff, | : | |
| | | |
| vs | : | **EXHIBIT 3.7** |
| | : | |
| Kevin Foreman | : | |
| 3590 Grape Street | | |
| Denver, Colorado 80207 | : | |
| Defendant, | : | |

## Context:

Cease-and-Desist Letters:

- The hacking of the plaintiff phone assists in the stalking and the harassment facilitated by Kevin Foreman of Harvest Church.
- Kevin Foreman was sent a Cease-and-Desist letter, via USPS, on May 30, 2023 demanding all activity to come to an end.
- On June 14th, Harvest Church was hosting an interest service off Lee St in Atlanta. The police were dispatched to the location between 9 & 11 AM.
- The police delivered the letters (Cease-and-Desist & Official Letter of Demand) to Kevin Foreman.
- On June 15th, Kevin Foreman returned the letters with his own letter, disregarding all forewarnings.

## EXHIBIT:






Kevin Foreman has yet to stop the stalking (cyber included) and the harassment which is **attempted murder** due to near death experience on August 4th, 2023 and **aggravated assault** at this point.

**Context:**

The Practice of Witchcraft:

- November 2022, Kevin Foreman performed a ritual via hacked webcam to spiritually attach himself to Jasmine Nicole Lundie, without her approval.
- This ritual was taught to Foreman by John Hannah.
- The linkage could've killed the plaintiff on contact.
- He has performed several rituals since then threatening the plaintiff's life. Some rituals involve blurring the plaintiff's vision while driving.
- In July 2023, William Roberts II instructed Foreman to buy a Voodoo Doll in order to "get rid of the problem".
- From there, he has been motivating the defendant to terrorize and torture her, even while sleeping.

**EXHIBIT: (Disk) {Autorun} {w/Contrast} Series #5 - #18 - A:7**





## MEDICAL CONDITION

The arrows represent areas of distress and signs of **lacerations** to the **esophageal tissue**. The plaintiff suffers from a **perforated vocal cord** and **trachea**. The eclipse highlights the second area of distress, the largest. He also uses it to press pins into the **brain, heart, back, and ears** – vital organs. Healing cannot transpire until Foreman is arrested and the VooDoll is confiscated. His mental diagnosis is equivalent to a psychopath with dementia.

| PERSON FILING REPORT |
|---|

Signature: _Jasmine Lumsie_     Print Name: _Jasmine Lumpe_

Department: _Executive_     Date: _0922_ , 20 _24_

| OFFICE USE ONLY |
|---|

Report received by: _____     Date _____ , 20 _____

Follow-up action taken: _____

_____

_____

_____



Exhibit 4 (44 Pages)

UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

Jasmine Nicole Lundie :
9621 Poole Rd
Villa Rica, Georgia 30180 :
Plaintiff, :

         **vs** :    **EXHIBIT 4.1**

Kevin Foreman :
3590 Grape Street
Denver, Colorado 80207 :
Defendant, :

## CIVIL REPORT

---
**EXECUTIVE SUMMARY**
---

### Kevin Foreman
### Founder and Bishop of Final Harvest Christian Center, Inc (Harvest Church)
### Denver, CO

Kevin Foreman is an undiagnosed psychopath. He does not see any error in his behavior and consistently threatens the lives of others without feeling any remorse or regret. Previously convicted on May 18, 1989 of rape, sodomy, grand larceny, petite larceny and after 14 years in prison, his mindset has not changed. Foreman was released early from prison in 1987 — five years of a possible fifteen year sentence. He was convicted of two assaults in the early 1980's.

From observation, his criminal methodology evolved overtime; cloaking his ulterior motives with religious beliefs. The article read that Foreman "threatened to kill the 30-year-old victim after sexually assaulting her, robbing her, and stuffing an ammonia-soaked rag into her mouth.." In trial he argued that he was a "God-fearing man" and that "He did not have to rob anyone and would have done nothing to jeopardize his freedom." Within that same trial, Foreman said, "All I stand guilty of is using (his victim's) credit card without permission." If it wasn't in him to jeopardize his freedom, why confess to fraud? He believed he had the right to obtain and utilize sensitive information without authorization. Therefore, he believed he had the right to have sex with a woman without her consent.

He justified the crimes that he committed against the young woman with "her own relationships with various men". Accusing her of having "had three children by three different men and was living with a fourth man." His operating methods, his MO are single women who HE believes are whores, prostitutes, or sexually liberated.

After Lundie applied for the Executive Assistant position for Harvest Church's Atlanta position, Lundie followed Foreman's Instagram. From there, in conversation with a couple past partners, including Reginald G. (Donnie Dolo) and John Croslan III, via the spyware portal disguised as a group chat, Foreman set out to create a sexual past to make himself believe that the crimes he was eager to commit was justified. By means of witchcraft, Kevin Foreman assaulted Ms. Lundie and spiritually attached himself to her at the heart. By God's grace, she was not murdered on-site. The ritual he performed by hacking her computer, and spying through her cameras, could've taken her life.



Worst case scenario, she would've been left dead in her Denver apartment, the manager would have reported the incident, and the case would've grown cold.

Following the assault and cyberstalking, Foreman initiated the Mass Manipulation Trafficking Scheme (MMTS). And for over a year and a half, he has attempted to murder the plaintiff and when that did not transpire to the fullest extent, convinced her family to file for disability. Via voodoo doll and other witchcraft practices, Foreman tortured, terrorized, and tormented the plaintiff, the victim. He deliberately ignored the Cease-and-Desist and lied to corporations and public figures in an attempt to cover up the heinous, criminal acts.

Without feeling any remorse or regret, after dragging the entire United States of America into his mayhem, he confessed that he's done this multiple times before and his team, his congregation, in agreement, confirms that he usually gets away with it. His behavior, to this day, jeopardizes his freedom and contradicts his filing purposes for opening a church and violates the determination that grants his organization 501(c)(3) status within the IRS. How many women have Foreman stalked, slander, attached himself to, then murdered to detach? How many more women have to suffer from his psychopathic behavior? How much of the church's tithes and offerings fund the chaos and calamity?

Research from several databases show that the chief executive officer relocated the church multiple times throughout the state of Colorado. For the last four years, he advertised via website and social media platforms, that the church has plans to plant a location in Atlanta, GA. The small-town bishop educates his attendees that over sixty percent of the Atlanta metro area is "unchurched" or "dechurched". Before the initiation of the Mass Manipulation Trafficking Scheme, Foreman was merely playing target practice. He did not have his accomplices on his side. Their contribution made what he was concocting considerably larger than usual.

The bishop frequents Atlanta in order to add more people to the spyware portal. The portal that is disguised as a group chat. He then uses the "unchurched" or "dechurched" to carry out his agendas, his ulterior motives. The unchurched are citizens who have not yet chosen to practice Christianity and the dechurched are those who turned away from the faith altogether. The poor, impoverished, and unfortunate sit within that sixty percent of Atlanta's metropolitan area that is, according to Kevin Foreman, unchurched and dechurched. The poor, impoverished, and unfortunate are easily persuaded by those with fame, fortune, and accolades. We can conclude that Final Harvest Christian Center Inc, bka Harvest Church, is a front for devious, criminal activity. Fronts are commonly associated with organized crime groups, banned organizations, religious or political groups, and advocacy groups.

Using the pulpit to conceal illicit activities, this was his last chance to make it big. Foreman's need for fame and attention overcame him at a senior age, and he thought he could capitalize off of Lundie's intellect and intellectual property. Foreman organized Harvest Church in 2006/2007, right after he was released from a 14-year prision sentence, for rape, sodomy, grand larceny, and petite larceny. To elevate to Bishop authority, he took part in a consecration ceremony, he dedicated himself to be holy. Foreman decided to avoid intimacy with women in totality as a commitment to God.

The structuralization of Foreman's mind reveals trauma at various developmental points which resulted in primitive, dissociative and splitting defenses to ward off the intensity of emotional and sexual attachment. Lundie witnessed first hand how Foreman interacts with his staff, church members, and attendees. His entire life revolves around the intricate strategies that avoid detection. His psychopathic behavior wards off anyone that would remove the scales from the eyes and ears, anyone that would acknowledge the obvious, anyone that would report him to the officials.

An Executive Assistant position requires direct communication and complete openness regarding operational measures. It requires a level of trust. If Foreman was truly seeking a candidate for the position, he would have to disclose vital information and after 3-months of knowing of Ms. Lundie, decided not to disclose. At the end of November 2022, Foreman communicated to Lundie that she would not receive the offer letter that was promised at the beginning of September 2022. From there he has negatively impacted every source of income including: Glow Green Studios, Remedy Labs, Hibbett Sports, Amazon, and Uber. He still believes he has the right to do whatever he wants, to whomever he wants, whenever he wants to and not a soul can say anything about it.





---

**VIOLATIONS**

---

**KEVIN FOREMAN**

**18 U.S. Code 1117 – Conspiracy to Commit Murder**

:      If two or more persons conspire to violate section 1111, 1114, 1116, or 1119 of this title, and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life

**18 U.S. Code 1349  – Conspiracy to Commit Fraud**

:      it's a federal crime just to attempt or conspire to commit some fraud offenses.

**18 U.S. Code 371 - Conspiracy to Commit Felony Offense**

:      If two or more persons conspire either to commit any offense against the United States

**18 U.S. Code 1113 - Attempt to Commit Murder or Manslaughter**

:      whoever, within the special maritime and territorial jurisdiction of the United States, attempts to commit murder or manslaughter, shall, for an attempt to commit murder be imprisoned not more than twenty years or fined under this title

**The U.S. Code, Title 22, Chapter 78 – Trafficking Victims Protection**

:      The purposes of this chapter are to combat trafficking in persons, a contemporary manifestation of slavery whose victims are predominantly women and children, to ensure just and effective punishment of traffickers, and to protect their victims.

**HB 200 (2011) - Combating Sex Trafficking**

:      discourages that people are trafficked for sexual servitude or labor and requests federal assistance under the Crime Victims' Bill of Rights. It also sets harsher penalties for victims who are youths.

**GA Code 16-5-21 (2020) - Aggravated Assault**

:      A person commits the offense of aggravated assault when he or she assaults with intent to murder, to rape, or to rob; with a deadly weapon or with any object, device, or instrument which, when used offensively against a person, is likely to or actually does result in serious bodily injury

**18 U.S. Code 2261A - Stalking**

:      travels in interstate or foreign commerce or is present within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of, such travel or presence engages in conduct that

**18 U.S.C. § 1030 - Hacking**

:      having knowingly accessed a computer without authorization or exceeding authorized access

**GA Code § 16-11-39.1 (2022)**



: A person commits the offense of harassing communications if such person. Contacts another person repeatedly via telecommunication, e-mail, text messaging, or any other form of electronic communication for the purpose of harassing, molesting, threatening, or intimidating such person or the family of such person

**28 U.S. Code § 4101**

: The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

| **CONCLUSION** |
| --- |

*Your Honor:*

Foreman's previous convictions weren't enough. This man is a menace to society and fails to comprehend Biblical virtues, societal laws, and simple social cues. He chose to parade his spiritual power and sorcery in front of the masses to sacrifice a woman, the plaintiff, as the devil. His extreme religious beliefs are equivalent to a suicide bomber and after spiritually attaching himself to her, decided to self-mutilate. The behavior of his co-conspirators amplified the psychological, emotional, and economical anguish of the plaintiff and the need to come out scratch free prolonged an federal investigation — endangering a young woman's life. All Ms. Lundie wanted to be is spiritually detached from Foreman, compensated for the damages, and all devices removed from all portals.

It shouldn't take several courts, multiple police reports, numerous FBI visits, and the Armed Forces to arrest one man, on a computer, sitting in his senior-living apartment, that's located in Denver, CO.

| **PERSON FILING REPORT** |
| --- |

Signature: _____      Print Name: Jasmine Lundie
Department: Executive      Date: 08/22 , 20 24

| **OFFICE USE ONLY** |
| --- |

Report received by: _____ Date _____, 20 _____
Follow-up action taken: _____
_____
_____
_____



## UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
## **ATLANTA** DIVISION

Jasmine Nicole Lundie                          :
9621 Poole Rd
Villa Rica, Georgia 30180                      :
Plaintiff,                                     :

           **vs**                          :         # EXHIBIT 4.2

Kevin Foreman                                  :
3590 Grape Street                                  *GOOGLE: "Kevin Foreman Rapist"*
Denver, Colorado 80207                         :
Defendant,                                     :

## **FOREMAN'S PRIORS**



### JURY IN TEACHER RAPE TRIAL HEARS 2 VERSIONS OF INCIDENT

By Matt Gryta   Nov 11 1989

Listen to this article now
Powered by Trinity Audio

A State Supreme Court jury Wednesday heard conflicting accounts of what happened last fall when a substitute Buffalo teacher says she was raped by fellow teacher and ex-convict Kevin Foreman in his flat.

Prosecutor Amy Goldstein told the jury in her opening statement that Foreman, 33, threatened to kill the 30-year-old victim after sexually assaulting her, robbing her and stuffing an ammonia-soaked rag into her mouth on Oct. 30 in his Stockbridge flat.

Defense attorney Alan Goldstein told the jury the victim became "sexually aggressive" with Foreman after willingly coming to his flat.

He said the victim was "more than willing" to become sexually intimate with Foreman. He added that he will prove that her motives for accusing Foreman are linked to her own relationships with various men.

The woman had three children by three different men and was living with a fourth man at the time of the alleged sex attack, the defense attorney said. He also said he will show that Foreman used no physical force during his sexual encounter with the victim.

#### ❚ People are also reading...

1. Live coverage: A jovial scene at the Erie County Republicans' party
2. Bills quarterback Josh Allen fined by NFL for taunting penalty against Bengals
3. 'Person of interest' in I-190 shooting in custody on separate case
4. Erie County Executive Mark Poloncarz wins unprecedented fourth term against Chrissy Casilio

Foreman, jailed and facing a return to prison on parole violation charges, is on trial before Justice Julian F. Kubiniec on rape, sodomy, grand larceny, petit larceny and stolen car charges.

Foreman, jailed and facing a return to prison on parole violation charges, is on trial before Justice Julian F. Kubiniec on rape, sodomy, grand larceny, petit larceny and stolen car charges.

*Listen now and subscribe: Apple Podcasts | Google Podcasts | Spotify | RSS Feed | Omny Studio*

Foreman was hired as a substitute teacher by the Buffalo School District following his release from prison in 1987, after serving five years of a possible 15-year term for a sex attack on a Buffalo woman and two other non-sexual assaults in the early 1980s.

Buffalo school officials' failure to find out about Foreman's criminal record until after his arrest last fall in the rape case prompted a review of hiring procedures in the school district.

Ms. Goldstein told the jury that Foreman and the victim had been teaching at the same school last fall and the victim accepted an invitation to come to Foreman's flat to watch television and talk.

The prosecutor said they "had a few drinks" in his flat the night of the alleged attack, but as the woman tried to leave, Foreman allegedly grabbed her and "threw her into his bedroom" and sexually assaulted her.

After demanding her money, Foreman allegedly stole her credit cards and car, then left her bound and gagged with an ammonia-soaked rag and a plastic bag over her head, the prosecutor said.

After taking her automatic bank teller cards, Foreman threatened to come back to his flat and kill her if "she didn't have enough money in her account" to satisfy him. Ms. Goldstein said. The victim fled to a another apartment.

Foreman surrendered to Buffalo police after the victim's car broke down in Erie, Pa., the day after the alleged rape, the prosecutor said.



**Glow Green Studios, LLC**          **(678) 322 - 8468**          www.glowgreenstudios.com

1



## FORMER TEACHER GETS PRISON TERM FOR SEX OFFENSE

By Robert J. McCarthy   Aug 15 1995



A former substitute teacher convicted of sex offenses was sentenced to 14 1/2 to 29 years in prison Monday, despite a 42-minute speech on his contributions to society.

Kevin Foreman, 33, convicted May 18 of sodomy, grand larceny and two counts of petit larceny in connection with an Oct. 30 incident in his home, showed little emotion as he was sentenced by state Supreme Court Justice Julian F. Kubiniec.

But before he was sentenced, Foreman quoted sociologists, the Book of Job and Karl Marx in a speech reiterating his position that a former colleague had fabricated the charges.

"It was like a version of Fatal Attraction, inadvertently co-starring Kevin Foreman," he said.

Calling himself a "God-fearing man," Foreman spoke of his education and efforts as an "inspirator, educator and motivator." He touched on subjects ranging from modern relations between the sexes to drug sales on Buffalo's East Side before telling Kubiniec that the teacher he was accused of raping had been a consenting partner.

### ▌People are also reading...

1. How we see it: News writers give predictions on Bills vs. Broncos
2. Bills notebook: Shane Buechele talks Taylor Swift; Stefon Diggs limited on Friday
3. Poloncarz's win fueled by gains with suburban and independent voters
4. Bills quarterback Josh Allen fined by NFL for taunting penalty against Bengals

With only 14 months left of probation from an earlier conviction and a steady income from the Buffalo School District, Foreman again contended that he did not have to rob anyone and would have done nothing to jeopardize his freedom.

Listen now and subscribe: Apple Podcasts | Google Podcasts | Spotify | RSS Feed | Omny Studio

"I didn't rape anyone," he said. "All I stand guilty of is using (his victim's) credit card without permission."

Foreman and the victim worked as substitute teachers at the Buffalo Academic Challenge Academy, the former School 6, during 1987-88 and the first two months of this school year.

The woman claimed Foreman sexually assaulted her four times in his bedroom when she tried to leave after several hours of drinks and talking.

Defense attorney Alan D. Goldstein had asked that the verdict be set aside as "irrational and inconsistent" because the jury convicted his client of one sex count while dismissing three others.



**DISCOVER AMAZING TRAVEL**
**SIDESTAGE.COM**

After about 14 hours of deliberations, a jury of seven men and five women acquitted Foreman of two rape charges and another sodomy count.

But Assistant District Attorney Amy J. Goldstein, no relation to the defense attorney, pointed to other cases as precedent for the conviction, and asked for an 18- to 38-year sentence in view of Foreman's status as a repeat violent-felony offender.

Previously he was sentenced to five years in the Auburn Correctional Facility for robbery and burglary convictions.

---

| PERSON FILING REPORT | |
|---|---|
| Signature: _Jasmine Wright_ | Print Name: Jasmine Wright |
| Department: Executive | Date: 08/22 , 20 24 |

---

| OFFICE USE ONLY |
|---|

Report received by: _____   Date _____ , 20 _____

Follow-up action taken: _____

_____

_____

_____

---

UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

Jasmine Nicole Lundie                          :
9621 Poole Rd
Villa Rica, Georgia 30180                      :
Plaintiff,                                     :

            **vs**                          :          **EXHIBIT 4.3**

Kevin Foreman                                  :
3590 Grape Street
Denver, Colorado 80207                         :
Defendant,                                     :

## LIST OF ASSOCIATED POLICE REPORTS

**May 2023:**

    Clayton County - Superior Court
        05/25/2023 - Stalking Petition

    Federal Bureau of Investigation - Flowers Branch
        05/25/2023 - 1st visit to report Kevin Foreman ; spoke to agent who provided the name
        of Special Agent Carr

**August 2023:**

    Federal Bureau of Investigation - Flowers Branch
        08/28/2023 - 2nd visit to report Kevin Foreman and the agent provided the plaintiff with a
        Crisis Hotline number and website

**October 2023:**

    Federal Bureau of Investigation - Flowers Branch
        10/20/2023 - 3rd visit containing the same information as 1:23-CV-5456 Incident Report

    Gwinnett County
        10/25/2023 - PD23281330

    From Anchor Hospital
        10/28/2023 - 11/07/2023 - Lundie called 911 several times

**November 2023:**

    Armed Forces - Via Brian Covington
        11/15/2023 - No Case Number

Denver, CO - Online
11/26/2023 - Closed Case: 08806504

Gwinnett County
11/26/2023 - P2C000115496
11/26/2023 - PD23331050
11/26/2023 - GP230091350

Federal Bureau of Investigation - Flowers Branch
11/29/2023 - 4th visit to report Kevin Foreman containing the same information as 1:23-CV-5456 Application

United States District Courts - Northern Georgia Atlanta Division
11/29/2023 - Application for 1:23-CV-5456;5457;5458;5459

**December 2023:**

Denver, CO - District 5
12/05/2023 - Officer Stark: 23-650703 - Serial #:05146

Clayton County - Sector 2
12/06/2023 - 23065818
12/18/2023 - 23068152

Fayette County - Superior Court
12/12/2023 - 2023V-1127;1128

Clayton County - Sector 2
12/18/2023 - 23068152

**January 2024:**

Federal Bureau of Investigation - Flowers Branch
01/30/2024 - 5th visit to report Kevin Foreman

**February 2024:**

Milton, GA
02/08/2024 - 20240027250

Gwinnett County
02/18/2024 - PD24050060

**March 2024:**

Central Intelligence Agency - Online
03/04/2024 - MC7K29M1



District Courts - US Marshals/US District Attorney Office
03/04/2024 - Was assigned to Van Grady & Spoke to Oretha Mobley from Victim Witness & the receptionist from the US District Attorney, Cassandra who told me to call the public defender hotline

03/08/2024 - Spoke to Trayvon Murray; Cary Duke; Chance Hutto; Tyrus Larney from US Marshals

Clayton County - Sector 2
03/22/2024 - 24017107

United States District Courts - Northern Georgia Atlanta Division
03/26/2024 - Application for 1:24-CV-1317;1318

**April 2024:**

Federal Bureau of Investigation - Flowers Branch
04/2/2024 - 6th visit to report Kevin Foreman

**July 2024:**
Cobb County Police
07/01/2024 - 24-044667

| PERSON FILING REPORT |
| --- |

Signature: _____  Print Name: Jasmine Lenoe
Department: Executive  Date: 08/22, 20 24

| OFFICE USE ONLY |
| --- |

Report received by: _____ Date _____, 20 _____
Follow-up action taken: _____

_____
_____
_____



**GWINNETT COUNTY
POLICE DEPARTMENT
CALL FOR SERVICE
CASE: | CALL: PD232981330**

## Event

| Call Taken<br>10/25/2023<br>18:03:02 | Problem<br>53T - SUICIDE<br>THREATS | Call Disposition<br>R-<br>REASSIGN,6630398 | First Unit Assigned<br>10/25/2023 18:18:46 | | Call Closed<br>10/25/2023<br>19:23:29 | Primary Officer<br>Clay IIclay |
|---|---|---|---|---|---|---|
| Common Place Name | | | | Location Type | | Cross Street<br>JERRY WAY NW/No Cross Street |
| Address<br>911 Records | | | | | Apt.<br>2123 | Bldg. |
| City<br>NORCROSS | State<br>GA | Zip<br>30093 | Latitude<br>33.904859 | | Longitude<br>-84.235909 | Beat<br>131 |
| Jurisdiction<br>Gwinnett County PD | Battalion<br>West Side | | CAD Incident Type | Priority<br>3 | Alarm<br>0 | Alarm Type |
| Call Taker<br>Hinton, Tony | How Received | | Workstation ID<br>CADAXCT07 | No. Of<br>Injuries | First Unit Enroute<br>10/25/2023 18:54:41 | First Unit Arrived<br>10/25/2023 19:04:59 |

**Call Status**
C

**Call Back Information**
911 Records

**User Data**
Field Name: Aero Map Page\tField Value:817-C5\tField ID:864248\tIncident User Data FieldID: 864248\tPerformed By:CO799\r\n

## Comments

**Inform CAD Comments**
Location:

10/25/2023 6:03:01 PM, Performed By: SYS

Comment: [1] ***ADDL Wireless Info: 4422 NE EXPRESSWAY - NE SECTOR Atlanta GA ***

10/25/2023 6:03:01 PM, Performed By: SYS

Comment: [2] ***Class of Service: WPH2 LAT: +33.904666 LON: -084.236297 ***

10/25/2023 6:03:01 PM, Performed By: SYS

Comment: [3] ALT# 911 Records VERIZON

10/25/2023 6:05:34 PM, Performed By: CO799

Comment: [4] COMPL ADV THAT SHE WAS AT THE T20 FIR A C4 CHK ON JASMINE LUNDIEDOB Perso 1993... STATES THAT THE FEMALE IS PARANOID AND HAS THE KNIVES HIDDEN IN THE APT SOMEWHERE.. COMPL IS CURRENTLY T7 BUT IS REQ PD ASSISTANCE TO TALK TO FEMALE

10/25/2023 6:06:13 PM, Performed By: CO799

Comment: [5] 59 VEH/DRK BRO TOYOTA CAMRY. FRONT IFO BLDG2100



10/25/2023 6:07:20 PM, Performed By: CO799

Comment: [6] COMPL HAS A LICENSED CLINICIAN T7... HAVE NOT ATTEMPTED TO MAKE CONTACT WITH FEMALE.. T12 FOR PD

10/25/2023 6:08:12 PM, Performed By: CO799

Comment: [7] FEMALE HAS NOT SAID HOW SHE IS GOING TO 53.. STATES THAT SHE IS PARANOID AND IS HEARING VOICES IN THE APT

10/25/2023 6:15:59 PM, Performed By: 110C

Comment: [8] Truong, Andrew - 110C - clr on pending

10/25/2023 6:21:25 PM, Performed By: TTMSInterface

| Statue Regulation |
| --- |

10/25/2023 6:21:25 PM, Performed By: B1899

| Statue Regulation |
| --- |

10/25/2023 6:21:27 PM, Performed By: TTMSInterface

| Statue Regulation |
| --- |

10/25/2023 6:50:46 PM, Performed By: CO551

Comment: [12] COMPL R/C'D REF DELAY

10/25/2023 6:59:16 PM, Performed By: CO708

Comment: [13] Backed up 142C with BHU4

10/25/2023 7:04:59 PM, Performed By: 142C

Comment: [14] 142C On Scene at 10/25/2023 19:04:59, Latitude: 33.9045072333333, Longitude: -84.2357961833333

10/25/2023 7:11:49 PM, Performed By: BHU4

Comment: [15] BHU4 On Scene at 10/25/2023 19:11:49, Latitude: 33.9047083333333, Longitude: -84.2362333333333

## Unit 1: BHU4

Responders
Graffo,

| Primary Unit No | Assigned 10/25/2023 18:18:46 | Enroute | Arrived At Scene | Call Cleared 10/25/2023 18:22:30 | Unit Name BHU4 |
| --- | --- | --- | --- | --- | --- |

Unit Dispostion

**Unit 1**

| Assigned By Reyes, Zachary | | Left For Secondary Loc | | Arrive @ Secondary Loc. | | Name Transported | Transport Protocol | Phone | |
|---|---|---|---|---|---|---|---|---|---|
| Transport To Location | | | | | | Location Type | | Cross Street | |
| Address | | | | | | Apt. | | Bldg. | |
| City | State | | Zip | | Latitude | | Longitude | | |
| On Scene Odometer | | At Destination Odometer | | | | | | | |

## Unit 2: 142C

**Responders**
Clay,

| Primary Unit Yes | Assigned 10/25/2023 18:53:34 | | Enroute 10/25/2023 18:54:41 | | Arrived At Scene 10/25/2023 19:04:59 | | Call Cleared 10/25/2023 19:23:29 | | Unit Name 142C |
|---|---|---|---|---|---|---|---|---|---|

**Unit Dispostion**
C32-NO REPORT REQUESTED

**Unit 2**

| Assigned By Reyes, Zachary | | Left For Secondary Loc | | Arrive @ Secondary Loc. | | Name Transported | Transport Protocol | Phone | |
|---|---|---|---|---|---|---|---|---|---|
| Transport To Location | | | | | | Location Type | | Cross Street | |
| Address | | | | | | Apt. | | Bldg. | |
| City | State | | Zip | | Latitude | | Longitude | | |
| On Scene Odometer | | At Destination Odometer | | | | | | | |

## Unit 3: BHU4

**Responders**
Graffo,

| Primary Unit No | Assigned 10/25/2023 18:59:16 | | Enroute 10/25/2023 18:59:16 | | Arrived At Scene 10/25/2023 19:11:49 | | Call Cleared 10/25/2023 19:23:29 | | Unit Name BHU4 |
|---|---|---|---|---|---|---|---|---|---|

**Unit Dispostion**

**Unit 3**

| Assigned By Reyes, Zachary | | Left For Secondary Loc | | Arrive @ Secondary Loc. | | Name Transported | Transport Protocol | Phone | |
|---|---|---|---|---|---|---|---|---|---|
| Transport To Location | | | | | | Location Type | | Cross Street | |
| Address | | | | | | Apt. | | Bldg. | |
| City | State | | Zip | | Latitude | | Longitude | | |
| On Scene Odometer | | At Destination Odometer | | | | | | | |

## Person 1

**Person 1**

| Involvement Type | | Full Name TEAM/DARCEL, GCALMOBILE CRISIS | | | Date Of Birth | | Age | To Age | |
|---|---|---|---|---|---|---|---|---|---|
| Address 6900 - 6910 DAWSON BLVD NW | | | | | | | | Apartment | |
| City | State | | Zip | | | | | | |
| Race | | Sex | Phone 911 Records | | License State | License Number | | SSN | |
| Height #Error | To Height | Weight | ToWeight | Eye Color | Hair Color | Build | Facial Hair | | Glasses |

## Person 2

**Person 2**

| Involvement Type | | Full Name LUNDIE, JASMINE NICOLE | | | Date Of Birth 1993 | | Age | To Age | |
|---|---|---|---|---|---|---|---|---|---|

72

Call For Service | Case:  | Call: PD2023- 830 | 7/16/2024 10:56:05 AM | 3 | 4

| Person 2 | Address 6023 W FAYETTEVILLE RD | | | | | | | | | Apartment |
|---|---|---|---|---|---|---|---|---|---|---|
| | City COLLEGE PARK | State GA | | Zip 30349-6124 | | | | | | |
| | Race | | Sex FEMALE | Phone | | License State GEORGIA | License Number 056393013 | | SSN | |
| | Height 5'07 | To Height ' | Weight 180 | ToWeight | Eye Color BROWN | Hair Color | Build | | Facial Hair | Glasses |

## E911 Call 1

| E911 Call 1 | Answered Time 10/25/2023 18:03:00 | | | Class Of Service Phase2 | | ANI Phone Number 911 Records | Customer Name | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Address | | | | | | | | | Apartment |
| | City | State | | Zip | | Latitude 33.904666 | | Longitude -84.236297 | | |

13

Redaction Date: 7/16/2024 11:06:15 AM

# Redaction Log

Total Number of Redactions in Document: 10

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | 911 Records | O.C.G.A § 50-18-72(a)(26)<br><br>Public records of an emergency 9-1-1 system containing information which would reveal the name, address, or telephone number of a person placing a call to a public safety answering point. | 3 |
| 1 | Personal Info | O.C.G.A § 50-18-72(a)(20)<br>Records that reveal an individual's personal information that is exempt from disclosure. | 1 |
| 2 | Statue Regulation | O.C.G.A § 50-18-72(a)(1)  Records specifically required by federal statute or regulation to be kept confidential | 3 |
| 3 | 911 Records | O.C.G.A § 50-18-72(a)(26)<br><br>Public records of an emergency 9-1-1 system containing information which would reveal the name, address, or telephone number of a person placing a call to a public safety answering point. | 1 |
| 3 | Personal Info | O.C.G.A § 50-18-72(a)(20)<br>Records that reveal an individual's personal information that is exempt from disclosure. | 1 |
| 4 | 911 Records | O.C.G.A § 50-18-72(a)(26)<br><br>Public records of an emergency 9-1-1 system containing information which would reveal the name, address, or telephone number of a person placing a call to a public safety answering point. | 1 |

Redaction Date: 7/16/2024 11:06:15 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| 911 Records | O.C.G.A § 50-18-72(a)(26)<br><br>Public records of an emergency 9-1-1 system containing information which would reveal the name, address, or telephone number of a person placing a call to a public safety answering point. | 1(3)<br>3(1)<br>4(1) |
| Personal Info | O.C.G.A § 50-18-72(a)(20)<br>Records that reveal an individual's personal information that is exempt from disclosure. | 1(1)<br>3(1) |
| Statue Regulation | O.C.G.A § 50-18-72(a)(1)  Records specifically required by federal statute or regulation to be kept confidential | 2(3) |

75

 Gwinnett

## Event

| Call Taken 11/26/2023 19:44:35 | Problem 86 - DOMESTIC | Call Disposition C32-NO REPORT REQUESTED | First Unit Assigned 11/26/2023 19:52:06 | | Call Closed 11/26/2023 20:14:22 | Primary Officer Toomes rrtoomes |
|---|---|---|---|---|---|---|
| Common Place Name | | | | Location Type | Cross Street JERRY WAY NW/No Cross Street | |
| Address 911 Records | | | | | Apt. | Bldg. |
| City 911 Records | State 911 Records | Zip 911 | Latitude 33.904859 | | Longitude -84.235909 | Beat 131 |
| Jurisdiction Gwinnett County PD | Battalion West Side | CAD Incident Type | Priority 3 | | Alarm 0 | Alarm Type |
| Call Taker Kim, Yu | How Received | Workstation ID cadaxct20 | No. Of Injuries | First Unit Enroute | | First Unit Arrived |

Call Status
C

Call Back Information
911 Records

User Data
Field Name: Aero Map Page Field Value:817-C5 Field ID:936219 Incident User Data FieldID: 936219 Performed By:CO754

## Comments

76

Inform CAD Comments
Location:

11/26/2023 7:44:34 PM, Performed By: SYS

Comment: [1] ***ADDL Wireless Info: 6257 CHURCH ST - W SECTOR RIVERDALE GA ***

11/26/2023 7:44:34 PM, Performed By: SYS

Comment: [2] ***Class of Service: WPH2 LAT: +33.591116 LON: -084.448106 ***

11/26/2023 7:44:34 PM, Performed By: SYS

Comment: [3] ALT# 911 Records VERIZON

11/26/2023 7:44:42 PM, Performed By: CO754

Comment: [4] CLAYTON/XFR

**Comments**

11/26/2023 7:48:10 PM, Performed By: CO754

Comment: [5] **39/86...T21**FEMALE AT T20 CONSPIRING TO KILL COMPL... FEMALE IS DAUGHTER'S BABY MOTHER... HAS BEEN GOING ON FOR MONTHS NOW... COMPL ADV FEMALE HAS HER PHONE AND FALSELY COMMITED HER TO A PSYCH WARD...

11/26/2023 7:48:35 PM, Performed By: CO754

Comment: [6] COMPL ADV SHE MADE A CASE WITH GWINNETT AND PROVIDED UNK CASE NUMBER... 323000115496

11/26/2023 7:57:18 PM, Performed By: CO166

Comment: [7] Secondary Location for 131D: 5386 JIMMY CARTER BLVD NW,Norcross,GA 30093

11/26/2023 7:57:18 PM, Performed By: CO166

Comment: [8] 131D ON 10-21

## Unit 1: 131D

**Responders**
Toomes,

| Primary Unit | Assigned | Enroute | Arrived At Scene | Call Cleared | Unit Name |
|---|---|---|---|---|---|
| Yes | 11/26/2023 19:52:06 | | | 11/26/2023 20:14:22 | 131D |

**Unit Dispostion**

**Unit 1**

| Assigned By | Left For Secondary Loc | Arrive @ Secondary Loc. | Name Transported | Transport Protocol | Phone |
|---|---|---|---|---|---|
| Hammons, Carmen | 11/26/2023 19:57:18 | 11/26/2023 19:57:18 | | | |

| Transport To Location | | Location Type | | Cross Street |
|---|---|---|---|---|
| | | | | |

| Address | | Apt. | | Bldg. |
|---|---|---|---|---|
| | | | | |

| City | State | Zip | Latitude | Longitude |
|---|---|---|---|---|
| | | | | |

| On Scene Odometer | At Destination Odometer | |
|---|---|---|
| | | |

77

## Person 1

| Involvement Type | | | Full Name 911 Records | | | | Date Of Birth | | Age | To Age |
|---|---|---|---|---|---|---|---|---|---|---|

| Address 33.591116 / -84.448106 | | | | | | | | | | Apartment |
|---|---|---|---|---|---|---|---|---|---|---|

| City | | State | | Zip | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Race | | Sex | Phone 911 Records | | License State | License Number | | SSN | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Height #Error | To Height ' | Weight | ToWeight | Eye Color | Hair Color | Build | | Facial Hair | | Glasses |
|---|---|---|---|---|---|---|---|---|---|---|

## E911 Call 1

| Answered Time 11/26/2023 19:44:34 | | Class Of Service Phase2 | | ANI Phone Number 911 Records | Customer Name | | | |
|---|---|---|---|---|---|---|---|---|

| Address | | | | | | | | Apartment |
|---|---|---|---|---|---|---|---|---|

| City | State | Zip | | Latitude 33.591116 | | | Longitude -84.448106 | |
|---|---|---|---|---|---|---|---|---|

7‿8

Redaction Date: 12/5/2023 4:22:47 PM

# Redaction Log

Total Number of Redactions in Document: 9

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | 911 Records | O.C.G.A § 50-18-72(a)(26)<br><br>Public records of an emergency 9-1-1 system containing information which would reveal the name, address, or telephone number of a person placing a call to a public safety answering point. | 5 |
| 2 | 911 Records | O.C.G.A § 50-18-72(a)(26)<br><br>Public records of an emergency 9-1-1 system containing information which would reveal the name, address, or telephone number of a person placing a call to a public safety answering point. | 1 |
| 3 | 911 Records | O.C.G.A § 50-18-72(a)(26)<br><br>Public records of an emergency 9-1-1 system containing information which would reveal the name, address, or telephone number of a person placing a call to a public safety answering point. | 3 |

Redaction Date: 12/5/2023 4:22:47 PM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| 911 Records | O.C.G.A § 50-18-72(a)(26)<br><br>Public records of an emergency 9-1-1 system containing information which would reveal the name, address, or telephone number of a person placing a call to a public safety answering point. | 3(3)<br>1(5)<br>2(1) |

80



**GWINNETT COUNTY**
**POLICE DEPARTMENT**
**INCIDENT REPORT**
**CASE NUMBER: GP230091350**

## Premise

| Reported Date | Incident Start Date | Incident End Date | Family Violence |
|---|---|---|---|
| 11/27/2023 10:46:44 | 10/23/2023 00:00:00 | 10/23/2023 23:59:00 | NO |

**Commonplace Name**

| Incident Address | | | Cross Street | | | | Apartment | Building |
|---|---|---|---|---|---|---|---|---|
| 2123 SEASONS PKWY NW | | | JERRY WAY NW/NO CROSS STREET | | | | | |

| City | County | State | Zip | Precinct | Zone |
|---|---|---|---|---|---|
| NORCROSS | GWINNETT | GA | 30093 | WEST SIDE | 131 |

### Administrative Section

| Gun Involved | Juvenile(s) Involved | Gang Related | Use of Force | First Aid Administered |
|---|---|---|---|---|
| NO | NO | NO | NO | NONE |

| Overdose | Overdose Death | Possible Mental Health Issue | Human Trafficking | Surveillance System |
|---|---|---|---|---|
| NO | | NO | NO | NONE |

| Premise Vacant | Premise Under Construction | Victim will Prosecute | Case Status |
|---|---|---|---|
| NO | NO | YES | ACTIVE |

| Exceptional Clearance | Clearance Date |
|---|---|
| NOT APPLICABLE (NOT CLEARED EXCEPTIONALLY) | |

| Solvability | Uniform Follow-up | Photos Taken | CSI Called |
|---|---|---|---|
| KNOWN SUSPECTS | NO | NO | NO |

| CID Called | Forward to CID | Impound | Written Statement(s) | Related to a Gwinnett County Loss Notice | Which Loss Type |
|---|---|---|---|---|---|
| NO | YES | NO | NO | NO | |

## Offense 1

| GA Statute | Statute Description |
|---|---|
| 16-8-2 | THEFT BY TAKING - MISDEMEANOR [23H] [MIS] |

| Felony/Misdemeanor | Degree | Counts | Attempted/Completed | Location Type |
|---|---|---|---|---|
| MISDEMEANOR | | 1 | COMPLETED | RESIDENCE/HOME |

| Bias Motivation | Offender Suspected of Using | Cargo Theft |
|---|---|---|
| NONE | NOT APPLICABLE | NO |

**Criminal Activity/Gang Info**

**Weapon Types**

| Weapon Automatic 1 | Weapon Automatic 2 | No. Premises Entered | Method of Entry |
|---|---|---|---|
| | | | |

### Bias Motivation

| Whether There is Evidence to Indicate That the Incident Occurred Because of a Persons Actual or Perceived Attributes | Existance of Any Objects or Symbols Associated with the Terrorizing of Persons Based Upon Actual or Perceived Race, Religion, or Sex | Number of Weapons Involved | Type of Police Action Taken in Disposition of Case |
|---|---|---|---|
| | | | |

## Suspect 1

| Aggressor Relationship to Victim | Is the Suspect a Juvenile | Religion of Offender |
|---|---|---|
| | | |

| Related Offense 1 |
|---|
| 16-8-2 THEFT BY TAKING - MISDEMEANOR [23H] [MIS] (23H M) |

| Name (Last, First, Middle, Suffix) | Moniker |
|---|---|
| CUMMINGS, TRANAE | |

| Race | Ethnicity | Sex | Date of Birth | Age | SSN |
|---|---|---|---|---|---|
| BLACK OR AFRICAN AMERICAN | NON-HISPANIC | FEMALE | | UNKNOWN | |

| License Number | License State | Hair Color | Eye Color | Weight | Height |
|---|---|---|---|---|---|
| | | | | | |

| Build | | Facial Hair | | | Teeth | | | Suspect Resident of Jurisdiction | |
|---|---|---|---|---|---|---|---|---|---|

## Suspect 1

### Suspect Scars Marks Tattoos

| SMT | | | NCIC Code | | | Description | | | Location |
|---|---|---|---|---|---|---|---|---|---|
| No Suspect SMT | | | | | | | | | |

| Home Phone | | Cell Phone<br>Personal Info | | Email | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Misc. ID Type | | Misc. ID State | | Misc ID Number | | | | | |

| Address<br>2123 SEASONS PKWY NW | | | | | | | Apartment | | Building |
|---|---|---|---|---|---|---|---|---|---|
| City<br>NORCROSS | State<br>GA | | Zip<br>30093 | | | | | | |

### Alias Information

| Suspect Alias | | | | | | SSN | Date of Birth | | Sex |
|---|---|---|---|---|---|---|---|---|---|
| No Known Alias | | | | | | | | | |

### Clothing Information

### Occupation Information

| Occupation Code/Description | | Employer Name | | | | | Phone | | |
|---|---|---|---|---|---|---|---|---|---|
| Address | | | | | | Suite | | Building | |
| City | State | Zip | | | | | | | |

## Victim - Person 1

**Victim Type**
PERSON/INDIVIDUAL (NOT A LAW ENFORCEMENT OFFICER)

**Related Offense 1**
16-8-2 THEFT BY TAKING - MISDEMEANOR [23H] [MIS] (23H M)

**Relationship to Offender 1**
CUMMINGS, TRANAE ; OTHERWISE KNOWN

| Name (Last, First Middle Suffix)<br>LUNDIE, JASMINE NICOLE | | | | | | | | Moniker | |
|---|---|---|---|---|---|---|---|---|---|
| Race<br>BLACK OR AFRICAN AMERICAN | | Ethnicity<br>NON-HISPANIC | | Sex<br>FEMALE | Date of Birth<br>Pers /1993 | Age<br>30 | SSN | License Number<br>056393013 | State<br>GEORGIA |
| Hair Color | Eye Color<br>BROWN | Weight<br>180 | Height<br>5'07" | Build | | | Facial Hair | | |
| Teeth | | | | | | | | Resident of Jurisdiction | |

| Agg Assault Circumstances | Justifiable Homicide Circumstances |
|---|---|

### Victim Scars Marks Tattoos

| SMT | | | NCIC Code | | | Description | | | Location |
|---|---|---|---|---|---|---|---|---|---|
| No Victim SMT | | | | | | | | | |

| Home Phone | | Cell Phone<br>Personal Info | | Email | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Misc. ID Type | | Misc. ID State | | Misc ID Number | | | | | |

Suspected of Using

Injuries

8 2

**Victim - Person 1**

| Address | | | | | Apartment | | Building |
|---|---|---|---|---|---|---|---|
| 6023 W FAYETTEVILLE RD | | | | | | | |

| City | State | Zip |
|---|---|---|
| COLLEGE PARK | GA | 30349-6124 |

| Existance of any Prior Difficulties Between the Parties | Whether the Victim was Apprised of Available Remedies | Religion of Victim |
|---|---|---|

### Occupation Information

| Occupation Code/Description | Employer Name | Phone |
|---|---|---|

| Address | | Suite |
|---|---|---|

| City | State | Zip |
|---|---|---|

## WITNESS - Other Persons 1

**Other Persons 1**

| Name (Last, First Middle Suffix) | | | | | | Moniker |
|---|---|---|---|---|---|---|
| LUNDIE, MAURICE | | | | | | |

| Race | Ethnicity | Sex | Date of Birth | Age | SSN |
|---|---|---|---|---|---|
| BLACK OR AFRICAN AMERICAN | NON-HISPANIC | MALE | Pers/1990 | 33 | |

| License Number | License State | Hair Color | Eye Color | Weight | Height | Resident of Jurisdiction |
|---|---|---|---|---|---|---|

| Home Phone | Cell Phone | Email |
|---|---|---|

| Misc. ID Type | Misc ID State | Misc ID Number |
|---|---|---|

| Address | | | Apartment | Building |
|---|---|---|---|---|
| 2123 SEASONS PKWY NW | | | | |

| City | State | Zip |
|---|---|---|
| NORCROSS | GA | 30093 |

### Occupation Information

| Occupation Code/Description | Oganization Name | Phone |
|---|---|---|

| Address | Suite |
|---|---|

| City | State | Zip |
|---|---|---|

## Property 1

**Property 1**

Location of where property was located
CHARGING IN LIVING ROOM

Related To 1
LUNDIE, JASMINE NICOLE

Class
PORTABLE ELECTRONIC COMMUNICATIONS

Status
STOLEN/ETC. (INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.)

Description
CELL PHONE

| Quantity | Make | Model | Serial | Color |
|---|---|---|---|---|
| 1.0000 | APPLE | IPHONE 12 | Personal Info | |

| Property Value | Recovered Date | Recovered Value | Jurisdiction Recovered |
|---|---|---|---|
| 300 | | | |

### Evidence in Property Room

| | Relationship | Organization Name | Full Name |
|---|---|---|---|
| Relation to Evidence | No Relationship Entered | | |

Hold Reason

## Currency

| $100's | $50's | $20's | $10's | $5's | $2's | $1's |
|---|---|---|---|---|---|---|
| $0.50's | $0.25's | $0.10's | $0.05's | | $0.01's | |

## Foreign Currency

| County of Currency | Number of Bills | Number of Coins |
|---|---|---|
| | | |

## Narrative 1

ON NOVEMBER 27, 2023, I SPOKE WITH JASMINE LUNDIE BY PHONE. SHE EXPLAINED ON OCTOBER 23, 2023, THE MOTHER TO HER BROTHER'S CHILD, TRANAE CUMMINGS, STOLE HER IPHONE 12 FROM THE LIVING ROOM WHILE IT WAS CHARGING. THIS HAPPENED AT THEIR HOME AT THE TIME 2123 SEASONS PKWY. JASMINE ADVISED HER BROTHER, MAURICE LUNDIE, WITNESSED THIS.

SINCE THE DATE JASMINE HAS BEEN ASKING FOR HER PHONE BACK, BUT TRANAE IS REFUSING. DUE TO THIS, SHE WANTS TO PRESS CHARGES.

## Officer 1

| Involvment Type | Officer Name | Date |
|---|---|---|
| REPORTING | WOOLEVER T502 | 11/27/2023 11:17:00 |
| Shift | Section | |
| ADMIN | UNIFORM DIVISION | |

## Officer 2

| Involvment Type | Officer Name | Date |
|---|---|---|
| APPROVING | LAKE B710 | 11/27/2023 11:35:21 |
| Shift | Section | |
| D | CENTRAL | |

Redaction Date:  12/5/2023 3:23:03 PM

# Redaction Log

Total Number of Redactions in Document: 5

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 2 | Personal Info | O.C.G.A § 50-18-72(a)(20) Records that reveal an individual's personal information that is exempt from disclosure. | 3 |
| 3 | Personal Info | O.C.G.A § 50-18-72(a)(20) Records that reveal an individual's personal information that is exempt from disclosure. | 2 |

85

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| Personal Info | O.C.G.A § 50-18-72(a)(20)<br>Records that reveal an individual's personal information that is exempt from disclosure. | 2(3)<br>3(2) |

**DENVER POLICE DEPARTMENT**

Rept. No. 23-650703

Offense ASSAULT

Officer STARK　　　　　Ser. No. 05146　Date 120523

A police scene investigation and written report of this offense have been made. If you have additional information which may assist us in solving this crime, please call this office any weekday between 8:00 a.m. and 3:00 p.m.

☑ **MAJOR CRIMES DIVISION**

720-913-6037

**DISTRICT STATION'S INVESTIGATIONS**

☐ **District One**
720-913-0400

☐ **District Two**
720-913-1000

☐ **District Three**
720-913-1300

☐ **District Four**
720-913-0279

☐ **District Five**
720-913-1400

☐ **District Six**
720-913-2800

You can obtain the case number for this report by calling the Police Records Unit at (720) 913-6755 24 hours a day, seven days a week.

DPD 250I (Rev. 07/18)



# CLAYTON COUNTY POLICE DEPARTMENT
## INCIDENT REPORT

**AGENCY ID (ORI)**
GA0310100

**CASE NUMBER:**
**23065818**

## PREMISES INFORMATION

| Report Date | Incident Start Date | Incident End Date |
|---|---|---|
| 12/06/2023 10:36:25 | 11/01/2023 07:00:00 | 12/06/2023 00:00:00 |

| Incident Location | Address |
|---|---|
| | 6023 W FAYETTEVILLE RD   Atlanta GA 30349 |

| OFFENSE(S) | COUNTS |
|---|---|
| 00 0039 Information for Officer | 1 |

## OTHER PERSONS INVOLVED

| 1 | Name<br>LUNDIE, JASMINE NICOLE | Involvement Type<br>Person Reporting I | Race<br>Black Or African American | Ethnicity<br>Non-Hispanic |
|---|---|---|---|---|
| | **Sex** Female | **D.O.B.** 03/22/1993 | **Age** 30 | **Address** 6023 W FAYETTEVILLE RD   College Park Georgia 30349 | **Phone** (808) 346-7911 |

## NARRATIVE

On 12-6-2023 I was working in the sector 2 watch office and spoke with Jasmine Lundie (complainant). The complainant stated that she things that someone is conspiring to take her out. The complainant stated on 11-1-2023 she was a victim of mass manipulation and trafficking and there are people conspiring to murder as a result. The complainant came into the sector 2 watch office and provided internet printed documentation in regards to the incident. The complainant stated that she wants a report done to document the different counties that the conspiracy is taken place. I provided the complainant with a case number. Nothing further.

## OFFICER

| Officer Involvement Type<br>Report | Officer Name<br>Dodson, Wayne 33025 | Date<br>12/06/2023 13:18:00 |
|---|---|---|

Wayne. Dodson @ Clayton County G. Gov

PROVIDED BY Anderson

88

# CLAYTON COUNTY

**POLICE DEPARTMENT**

Kevin Roberts, Chief of Police

Commitment, Honor, Integrity, Transparency and Professionalism

Officer: _____

## 23065818

### Report Number

**Clayton County Police Headquarters**
7911 North McDonough Street
Jonesboro, GA 30236
(770)477-3747

**Police Report Retrieval:**
Records Dept. 8:00 – 3:00 (M-F)
(Press option 1 in prompts)

*Please allow 3-5 business days before pickup*
*There is a fee for the report*

## Police Department Precincts:

**Sector 1**
3161 Anvil Block Road
Ellenwood, GA 30294
(770) 473-5724

**Sector 2**
6335 Church Street
Riverdale, GA 30274
(770)603-4070

**Sector 3**
1841 McDonough Road
Hampton, GA 30228
(770)347-0260

**Sector 4**
747 North Avenue
Jonesboro, GA 30236
(770)347-0145

Clayton County Magistrate Court
9151 Tara Boulevard
Jonesboro, GA 30236
(770)477-3443
(770)477-3386 (Traffic Division)
(770)472-8124 (Probate Court)

Clayton County Animal Control
(770)477-3509

Clayton County Juvenile Court
(770) 477-3270

**For Temporary Protective Orders (TPO)**
https://www.claytoncountyga.gov/government/courts/magistrate-court

**Clayton County Code Enforcement**
1669 Flicker Road
Jonesboro, GA 30238
(678)610-4755

**Legal Aid/Pro Bono:**
404-669-0233

## Wrecker Services

**New Image Towing and Recovery**
4780 Old Dixie Highway
Forest Park, GA 30297
(770)252-4392

**Tara Wrecker**
9140 Turner Road
Jonesboro, GA 30236
(770)478-4170

89

 **Gmail**                                                                Jas Lundle <jasnlundle@gmail.com>

## Case Number: 23065818
1 message

**Jas Lundle** <jasnlundie@gmail.com>                                        Thu, Dec 14, 2023 at 1:00 PM
To: wayne.dodson@claytoncountyga.gov
Cc: Jas Lundie <jasnlundie@gmail.com>
Bcc: Jasmine Lundle <boss@glowgreenstudios.com>

Dear Officer Wayner Dodson (33025),

On December 06, 2023, around noon, I arrived at the Sector 2 Precinct to file a police report. I spoke to Andersn and another officer and provided ample evidence that Janay Lundle committed various crimes against me. On December 12th, I picked up the police report. The information on the report is incorrect. The MMTS (Mass Manipulation Trafficking Scheme) started November of 2022.

Janay not only contributed to the scheme, she violated the cease-and-desist, and contributed to the cover up. You should have the 'internet printed documents", which are policy reports, court documents, a summary of the scheme, and my testimony. I attached an explanation about her contributions and the cease-and-desist.. Please let me know if you have any questions, let me know.

Best Regards,
Jas Lundie
808-346-7911

---

📄 **LvL - Proof (Janay Lundle).pdf**
468K



 **Gmail**                                                                Jas Lundie <jasnlundie@gmail.com>

## Re: EXTERNAL: Case Number: 23065818

2 messages

**Wayne Dodson** <Wayne.Dodson@claytoncountyga.gov>                          Thu, Dec 14, 2023 at 2:11 PM
To: Jas Lundie <jasnlundie@gmail.com>

Received

Get Outlook for iOS



**Wayne Dodson**
Police Ambassador

**Clayton County Police Department**
**Clayton County Board of Commissioners**

📞 770.477.3600

✉️ Wayne.Dodson@claytoncountyga.gov

📠 770.477.3745

7911 North McDonough St., Jonesboro, GA 30236
**ClaytonCountyGA.gov | ClaytonPolice.com**

**From:** Jas Lundie <jasnlundie@gmail.com>
**Sent:** Thursday, December 14, 2023 1:00:40 PM
**To:** Wayne Dodson <Wayne.Dodson@claytoncountyga.gov>
**Cc:** Jas Lundie <jasnlundie@gmail.com>
**Subject:** EXTERNAL: Case Number: 23065818

> **This email originated from outside your organization. Do NOT click links or open attachments from this email unless you know the sender and trust the content. If you suspect this email to be a phishing attempt, please forward this message to phishing@claytoncountyga.gov.**

Dear Officer Wayner Dodson (33025),                                          Sector 2

On December 06, 2023, around noon, I arrived at the Sector 2 Precinct to file a police report. I spoke to Andersn and another officer and provided ample evidence that Janay Lundie committed various crimes against me. On December 12th, I picked up the police report. The information on the report is incorrect. The MMTS (Mass Manipulation Trafficking Scheme) started November of 2022.

Janay not only contributed to the scheme, she violated the cease-and-desist, and contributed to the cover up. You should have the 'internet printed documents", which are policy reports, court documents, a summary of the scheme, and my testimony. I attached an explanation about her contributions and the cease-and-desist.. Please let me know if you have any questions, let me know.

Best Regards,
Jas Lundie
808-346-7911

91

**Jas Lundie** <jasnlundie@gmail.com>                                        Sun, Dec 17, 2023 at 8:17 AM
To: Wayne Dodson <Wayne.Dodson@claytoncountyga.gov>

Is Janay arrested?                    An officer said "He not



**AGENCY ID (ORI)**
**GA0310100**

# CLAYTON COUNTY POLICE DEPARTMENT
## INCIDENT REPORT

**CASE NUMBER:**
**23065818**

| *PREMISES INFORMATION* | | |
|---|---|---|
| **Report Date**<br>12/06/2023 10:36:25 | **Incident Start Date**<br>11/01/2023 07:00:00 | **Incident End Date**<br>12/06/2023 00:00:00 |
| **Incident Location** | **Address**<br>6023 W FAYETTEVILLE RD   Atlanta GA 30349 | |

| *OFFENSE(S)* | **COUNTS** |
|---|---|
| 00 0039 Information for Officer | 1 |

### OTHER PERSONS INVOLVED

| Name<br>LUNDIE, JASMINE NICOLE | | | Involvement Type<br>Person Reporting I | Race<br>Black Or African American | Ethnicity<br>Non-Hispanic |
|---|---|---|---|---|---|
| **Sex**<br>Female | **D.O.B.**<br>03/22/1993 | **Age**<br>30 | **Address**<br>6023 W FAYETTEVILLE RD   College Park Georgia 30349 | | **Phone**<br>(808) 346-7911 |

### NARRATIVE

On 12-6-2023 I was working in the sector 2 watch office and spoke with Jasmine Lundie (complainant). The complainant stated that she things that someone is conspiring to take her out. The complainant stated on 11-1-2023 she was a victim of mass manipulation and trafficking and there are people conspiring to murder as a result. The complainant came into the sector 2 watch office and provided internet printed documentation in regards to the incident. The complainant stated that she wants a report done to document the different counties that the conspiracy is taken place. I provided the complainant with a case number. Nothing further.

### OFFICER

| **Officer Involvement Type**<br>Report | **Officer Name**<br>Dodson, Wayne 33025 | **Date**<br>12/06/2023 13:18:00 |
|---|---|---|



Followed up.
No upodence.

92

## IN THE SUPERIOR COURT OF FAYETTE COUNTY

## STATE OF GEORGIA

JASMINE NICOLE LUNDIE
Petitioner

v.

WILLIAM ROBERTS II,
Respondent

Civil Action File

No. 2023V-1128
2023V-1127

### ORDER DENYING PETITION FOR TEMPORARY PROTECTIVE ORDER

Having reviewed the PETITION FOR TEMPORARY PROTECTIVE ORDER

for the above-styled case, this Court hereby DENIES the Petition.

Does not meet requirements under Georgia law as to Respondent.

SO ORDERED this 13 day of Dec , 20 23

SUPERIOR COURT OF FAYETTE COUNTY, GA
JUDGE, BY DESIGNATION

Pursuant to OCGA 15-1-9.1, Judge Valencia is designated to temporarily exercise the judicial functions of the Superior Court of Fayette County; however, execution of this order does not constitute an assignment of this action to Judge Valencia, and a review thereon will be only before the assigned Superior Court judge.

93

FILED IN THE OFFICE OF
SUPER. OF STATE OR
STATE COURT

THE SUPERIOR COURT FOR THE COUNTY OF **Fayette**

STATE OF GEORGIA

2023 DEC 12 PM 3: 10

CLERK OF COURT
FAYETTE COUNTY, GA

**Jasmine Nicole Lunoue**
Petitioner,

v.

**William Roberts II.**
Respondent.

:
:
:
:
:
:
:
:
:
:

Civil Action File

No. **2023V - 1128**
**2023V - 1127**

## PETITION FOR STALKING TEMPORARY PROTECTIVE ORDER

The Petitioner, pursuant to O.C.G.A. § 16-5-94, hereby files this Petition for a Stalking Temporary Protective Order and in support shows the Court the following:

1. The Petitioner is a resident of **Clayton** County, Georgia and is over the age of 18 years of age or is an emancipated minor. Petitioner's year of birth is **1993**, sex **F**, and race **Black**.

2. The Respondent is a resident of **Fayetteville**, Georgia, and may be served at **794 Evander Holyfield Hwy, Fayette** County, Georgia.

**OR**

2.1 Respondent is a resident of the State of _____. Under O.C.G.A. §§19-13-2(b) and 16-5-94(b) jurisdiction and venue are proper with this Court because the stalking occurred in the State of Georgia in _____ County and/or Petitioner lives in _____ County. Respondent is subject to the jurisdiction of this Court and may be served at _____ _____.

3. On or about **January**, 20**23**, the Respondent has knowingly and willfully committed the following acts of stalking under O.C.G.A. §§ 16-5-90 et seq. **Starting January 26th, 2023, William Roberts II started contributing to the mass manipulation (trafficking) scene. He has instructed people to stalk, harass me. He is conspiring w/ Kevin Foreman, Trainae Cummings + Others.** and similar events may occur in the future. These acts had no legitimate purposes, happened at places other than the residence of the Respondent, were without the consent of the Petitioner, and placed Petitioner in reasonable fear for her/his own safety and/or the safety of her/his immediate family.

4. In the past on or about **January 26**, 20**23**, the Respondent committed the following acts of stalking under O.C.G.A § 16-5-90 et seq. **Conspiracy to commit murder, conspiracy to commit a felony, stalking (cyber, harassment, defamation + property damage**

94

1

The trafficking scheme is orchestrated By Kevin Foreman of Harvest Church in Denver, CO.

Rick Ross (Mr. Roberts) has instructed (co-workers) to steal information out my bag. He has instructed many people to stalk + harass me at my jobs and places of residence. Jobs = Hibbett, Amazon, + UBER.

He instructed people to shoot guns around the house to intimidate me + conspired w/ Kevin Foreman + others to kill me.

This is a Federal case.

Gwinnett County Open Records = PD 2333101050

95

_____
_____

THEREFORE, Petitioner requests:

(a)  That the Court set a hearing within thirty (30) days of the signing of the Order and to direct Respondent to appear before this Court and to show any reasons why the demands of the Petitioner should not be granted;

(b)  That the Respondent be served a copy of this Petition and Ex Parte Protective Order as required by law;

(c)  That this Court direct law enforcement to enforce this Order;

(d)  That this Court direct Respondent to stop abusing, harassing and intimidating Petitioner's child/ren;

(e)  That this Court restrain and enjoin Respondent from having any direct or indirect contact with the petitioner and/or Petitioner's child/ren;

(f)  That this Court order that Respondent be enjoined from approaching within ___ yards of Petitioner;

(g)  That this Court make findings of fact and conclusions of law concerning the issues in this case;

(h)  That Petitioner have such other and further relief as the Court may deem just and proper;

(i)  That this Court issue a Stalking Act Ex Parte and Twelve Month Protection Order; and

(j)  That this Court grant such other relief as it determines just and equitable.

Respectfully submitted,

_____
Petitioner

Address
→ PO Box 923 Red Oak GA
1023 W. Fayetteville Road
College Park, GA 30349
Telephone: 808- 346- 7911
(Do not give current address if confidential;
give alternative address)

96

2

THE SUPERIOR COURT FOR THE COUNTY OF _Fayette_

STATE OF GEORGIA

_Jasmine Nicole Lenoir_ ,
Petitioner,

v.

_William Roberts II_ ,
Respondent.

Civil Action File

No. _2023V-1127_

## VERIFICATION

Personally appeared _Jasmine N. Lenoir_ , who being duly sworn states that she/he is the Petitioner in the above styled case and that the facts set forth in the foregoing Petition for Temporary Protective Order are true and correct.

_____
Petitioner

Sworn and subscribed before
me this _12_ day of _December_, 20 _23_

_____
NOTARY PUBLIC
My commission expires: _8/1/2027_

97

CIVIL ACTION FILE NO. ___2022V-1127___

**Please note:** This form has been provided by the Georgia Legal Services Program and can be used to petition for a Temporary Stalking Protective Order. This petition has not been adopted by the Council of Superior Court Judges as an official state form.

Pursuant to <u>O.C.G.A. § 19-13-3,</u>
Petitioner assisted by
Name: _____

Address: _____

_____

Phone: _____

98

# Clayton County Police Department
GA

☒

Case #:23068152                                    CallForService #: 20230406042

| Event |
| --- |

## 6131 RIVERDALE RD Riverdale,

| | |
| --- | --- |
| Call Taken: | 12/18/2023 12:06:06 |
| Problem: | VANDALISM |
| Call Disposition: | MISCELLANEOUS INCIDENT REPORT |
| First Unit Assigned: | 12/18/2023 12:26:21 |
| Call Closed: | 12/18/2023 12:59:37 |
| Primary Officer: | Goston, Devin 32690 |
| Beat: | Beat 22 |
| Latitude: | 33.587188720 |
| Longitude: | -84.42280578 |
| Jurisdiction: | CLAYTON COUNTY POLICE DEPARTMENT |
| Agency: | CLAYTON COUNTY POLICE DEPARTMENT |
| CAD Incident Type: | P |
| Priority: | 3 |
| Call Taker: | ███████ |
| How Received: | W911 |
| Workstation Id: | CADPOS05 |
| Alarm: | 1 |
| First Unit Enroute: | 12/18/2023 12:11:55 |
| First Unit Arrived: | 12/18/2023 12:26:21 |
| Call Back Information: | LUNDY, JASMINE 8083467911 |

| Person (2) |
| --- |

## LUNDY, JASMINE
| | |
| --- | --- |
| Involvement Type: | Caller |

## LUNDIE, JASMINE NICOLE
| | |
| --- | --- |
| DOB: | 03/22/1993 |
| Age: | 30 |
| Sex: | Female |
| Address: | 6023 W FAYETTEVILLE RD |
| City: | College Park |
| State: | Georgia |
| Zip Code: | 30349 |
| License State: | Georgia |
| License Number: | 056393013 |
| Weight: | 180 |

99

| Comments (10) |
| --- |

## Clayton County Police Department

GA



Case #:23068152                              CallForService #: 20230406042

---

12/18/2023

tires were damaged, gry 2012 nissan altima [12/18/23 12:07:03 LHAYES]

12/18/2023

HAPPEND THIS DATE AROUND 09:00-11:30 THIS DATE [12/18/23 12:07:52 LHAYES]

12/18/2023

WANTS OFCR TO REVIEW THE CAMERA [12/18/23 12:07:58 LHAYES]

12/18/2023

SHE IS NOT SURE HOW MANY TIRES ARE DAMAGED [12/18/23 12:08:19 LHAYES]

12/18/2023

SHE ADV SOMEONE IS STALKING HER [12/18/23 12:08:30 LHAYES]

12/18/2023

CALLING SEC2 [12/18/23 12:09:20 LHAYES]

12/18/2023

TOT SEC2 [12/18/23 12:10:06 LHAYES]

12/18/2023

REQ PD OUT [12/18/23 12:11:27 Unit:32690]

12/18/2023

CLEAR [12/18/23 12:11:52 PCOLEMAN]

12/18/2023

JASMINE LUNDY DOB 03/22/1993 STATED THAT RAPPER RICK ROSS IS SENDING DIFFERENT PEOPLE STALK HER. TODAY SHE CHECKED HER TIRES DUE TO THE PRESSURE SENSOR LIGHT COMING ON AND BELIEVES TWO NAILS WERE PUT INTO HER TIRES BY THE UNKNOWN SUSPECTS. [12/18/23 12:59:20 Unit:32690]

100

---

## COMPLAINT INTAKE FORM

DATE 01/30/24     TIME 3:30     AM (PM)

COMPLAINANT'S NAME: Lundie     Jasmine     Nicole
    Last Name     First Name     Middle Name

03-22-1993
Date of Birth (MM/DD/YYYY)     Social Security Number     DL State and Number

COMPLAINANT'S CONTACT INFORMATION:

PO Box 923
Street Address

Red Oak     GA     30272
City     State     Zip Code

Telephone Number: _____
Telephone Number: _____ (cell)
Telephone Number: _____ (home)
Email Address: bsx@glowgreenstudios.com (work)

Nature of Complaint:

My life is in imminent danger. Kevin Foreman in Denver, CO assaulted me November 2022 with witchcraft and integrated my phone into his spyware portal. From there he has leaked all of my personal information and hacked to other devices. I have evidence and witnesses of the portal disguised as a group chat and people ready to testify about the witchcraft. I sent a cease-and-desist for the stalking and he has not stopped. I have a case w/ the District Courts but his lawyer. This man has been terrorizing my life for a year and a half w/ hacking, stalking, & witchcraft. Everyday he is using a voodoo doll to stab at my brain and throat. I have a video when my voice went out. This is my 5th time here. I filed a report w/ Denver PD. No response.

101

CLAYTON COUNTY POLICE DEPARTMENT

Community, Honor, Integrity, Transparency and Professionalism

Print the following information:

Case No: _____

Date: 02-22-~~~~2024 Time: 12:30          Page 1 of 2

Name: Jasmine Nicole Lunnie

DOB: 03-22-198/AGE: 31          License/I.D. # 056393013

Address: 6023 W. Fayetteville Road    PO BOX 923
(Street)                              Red Oak, GA
College Park        GA        30349
(City)              (State)   (Zip)

Phone: 770-378-2219          08-_____
(Home)                       (Work/Cell)

08/21 Jasmine Lunnie came to Leonard-Nabors Sheeey house
to discuss getting help for her civil case with the
District Courts (1:23-CN-5456) While I was waiting for
them to start the conversation, I asked doing my hair
Leonard suggested, begged me, to stay the night and if I
needed to wash my clothes. While asking for the help
he started to lie and act like he wasn't really trying to
help because he was assisting-Jenay Lundie who is an
accomplice to Kevin Foreman (1:23-CN-5457) 08/22 They
came home and I followed up w/ what they told me He
I just want to assist. He told me that I should basically
stop trying to seek justice. Upset, left and slammed the door.

Signature X _____          Name of Witness (Print) Glen Wallace

00101381                              Signature _____

O.C.G.A. 16-10-20. Falsifying statements and concealing facts in matters within the jurisdiction of state or political subdivisions.
A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city, or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

Police Headquarters * 7311 N. McDonough Street Jonesboro Georgia 30236 * Voice (770) _____

102

CLAYTON COUNTY

CLAYTON COUNTY POLICE DEPARTMENT

Commitment, Honor, Integrity, Transparency and Professionalism

Case No. _____

Print the following information:

Date: 03-22-2024   Time: 12:30   Page 2 of 2

Name: Jasmine Marie Lundie

DOB: 03-22-1173/AGE :31   License/I.D. # 05637301 3

Address: 6023 W. Fayetteville Road / PO Box 923 Redoak, GA

College Park, GA   ?   30349
(Street)            (City)        (State)        (Zip)

Phone: 770-398-2819   678-322-8468
(Home)              (Work / Cell)

he started yelling and refused to let me back
in to get my belongings. When I called 911, he made
a scene. When police arrived, he perpetrated
the lie that I am mentaly and need help to cover
his ass. Teanae Cummings that falsely committed
me in jail and seeing me to in Gwinnette County.
He was also helping Kevin Foreman who is conspiring
to murder me. I alleged the police to retrieve
my belongings and to make sure this incident
is documen.

Signature
[signature]

00101201

Name of Witness (Print) Off. Wallace

Signature [signature]

O.C.G.A. 16-10-20. Falsifying statements and concealing facts in matters within the jurisdiction of state or political subdivisions.
A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city, or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

103

# COMPLAINT INTAKE FORM

DATE 4-2-24   TIME: 1:00   AM (PM)

COMPLAINANT'S NAME: LuaDK   Jasmine   Nicole
Last Name   First Name   Middle Name

03-22-
Date of Birth (MM/DD/YYYY)   Social Security Number   DL State and Number

COMPLAINANT'S CONTACT INFORMATION:

PO BOX 923
Street Address

RED OAK   GA   30272
City   State   Zip Code

Telephone Number: _____ (cell)
Telephone Number: 678-322-8468 (home)
Telephone Number: _____ (work)
Email Address: boss@glowgreenstudios.com

Nature of Complaint:

This is my 6th complaint/update regarding
the federal offense committed against me.
Kevin Foreman is practicing witchcraft on
me, virtually, via voodoo doll and is putting
my life in imminent danger. He is attempting
to murder me. William Roberts II (Rick Ross) is
also conspiring with him. My family + Barack
Obama is attempting to cover it up. I have
several cases pending w/ the US District
Courts and I've attached the necessary
documents to this complaint. This document
was filed w/ the courts as well.
Kevin Foreman + Rick Ross needs to be
arrested immediately.

104

Exhibit (26 pages)

UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

Jasmine Nicole Lundie      :
9621 Poole Rd
Villa Rica, Georgia 30180    :
Plaintiff,              :

           **vs**        :      **EXHIBIT 5.1**

Kevin Foreman         :
3590 Grape Street
Denver, Colorado 80207  :
Defendant,           :

## ESTABLISHING RELATIONSHIP - JANAY AND FOREMAN

1. During the month of June/July of 2023, Janay Lundie forward screenshots of her and Foreman original conversations. Ms. Lundie was Foreman's way into the plaintiff's family for perpetuated religious abuse.





**Glow Green Studios, LLC**        **(678) 322 - 8468**        **www.glowgreenstudios.com**

1

*(handwritten)* "Pending"

*(handwritten at top right)* nother

**Welcome to Social Security**
**GWINNETT GA**

Your ticket number is

# X290

Please take your ticket and wait to be called. Tickets may be called out of order. Try using our online services at ssa.gov

Tell us how we did at:
ssa.gov/feedback/vip

**CONFIDENTIAL**
**BENEFIT INFORMATION**

| SOCIAL SECURITY CLAIM NUMBER | | | | | | | BIC |
|---|---|---|---|---|---|---|---|
| 2 | 5 | 2 | 8 | 7 | 1 | 6 | 1 6 |

...ity Benefits is confidential by law. Except under certain circumstances specified ...y Administration does not reveal such information to any person except the ...ed representative.

| 1. Name of person or agency from whom a request for benefit information was received. |
|---|
| ☐ Beneficiary |
| ☐ Other *(Show name and address)* |

...e has requested information about your benefits. The information requested has ..., and is being sent to you for your convenience. If you want the requesting agency ...you may show or send them this official report.

9/27/2023 02:42:15 PM

| | | |
|---|---|---|
| ...cial Security benefit is | | $ |
| | | $ |
| The net amount of your Social Security check each month is | | $ |

| 3. | ☐ The above amount became effective | | Month-Year |
|---|---|---|---|
| 4. | ☐ Your monthly benefit (before deduction for Medicare) | From (month-year) / Through (month-year) | $ |
| 5. | ☐ The monthly amount of your Supplemental Security Income payment is | | $ |
| 6. | ☐ The above amount became effective | | Month-Year |
| 7. | ☐ The total monthly amount of your Social Security benefit and supplemental security income payment is | | $ |
| 8. | ☑ According to our records your date of birth is | | Month-Day-Year 03/22/1993 |
| 9. | ☐ We are unable, at this time, to tell you whether benefits may be payable in your case, because the processing of your claim for disability benefits has not been completed. If it is determined that benefits are payable, you will receive notification of the exact amount and effective date. | | |
| 10. | ☑ Other | | |

Our records indicate the social security number listed above is assigned Jasmine N. Lundie. Our records indicate that Ms. Lundie does not have any claims pending with the Social Security Administration. In the past Ms. Lundie received benefits as a child dependent of James Lundie, benefits where paid from 03/2011 to 06/2011.

| SS DISTRICT OFFICE ADDRESS | SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL |
|---|---|
| *(handwritten)* 106 Social Security Administration 4365 Shackleford Road Norcross, GA 30093 | TELEPHONE NO. (Include Area Code) 800 772 1213   DATE 9/27/23 |

Form SSA-2458 (02-1084) EF (07-2002)



Prepared For

**JASMINE N. LUNDIE**

Personal & confidential

Date generated: Sep 14, 2023

## At a glance



**FICO® Score 8**

**582** FICO®SCORE 8
Equifax data Sep 14, 2023

300 ——————————————— 850

Fair

| Account summary | |
|---|---|
| Open accounts | 3 |
| Accounts ever late | 8 |
| Closed accounts | 11 |
| Collections | 1 |
| Average account age | 5 yrs 7 mos |
| Oldest account | 12 yrs 1 mo |



**Overall credit usage**

**0 %**

■ Credit used: $31
▨ Credit limit: $0



| Debt summary | |
|---|---|
| Credit card and credit line debt | $31 |
| Loan debt | $37,298 |
| Collections debt | $153 |
| Total debt | $37,482 |

107

**EQUIFAX**

## Personal Information

**Name**
JASMINE N LUNDIE

**Also known as**
JASMINE NICOLE LUNDIE

**Generational identifier**
-

**Year of birth**
1993

**Addresses**
6023 W FAYETTEVILLE RD
COLLEGE PARK, GA 30349

2032 BOULDERVIEW DR SE
ATLANTA, GA 30316

3890 STONE LAKE DR NW
KENNESAW, GA 30152

1450 LA FRANCE ST NE APT 555
ATLANTA, GA 30307

2743 SAN MARINO ST APT 208
LOS ANGELES, CA 90006

13805 SHERMAN WAY APT 106
VAN NUYS, CA 91405

1406 W 132ND ST
COMPTON, CA 90222

509 S CHAPEL AVE APT D
ALHAMBRA, CA 91801

4226 UNIVERSITY AVE
COLUMBUS, GA 31907

4225 UNIVERSITY AVE
COLUMBUS, GA 31907

**Employers**
DISABILITY

GLOW GREEN STUDIOS

WALMART

*Disability*

*POPPED up*

**Personal statements**

No statement(s) present at this time

108



Prepared For

**JASMINE N. LUNDIE**

Personal & confidential

Date generated: Aug 7, 2023

## At a glance



**FICO® Score 8**

**586** FICO SCORE 8
Equifax data Aug 7, 2023

300 ──────────────────── Fair ──────────────────── 850



| Account summary | |
|---|---|
| Open accounts | 3 |
| Accounts ever late | 8 |
| Closed accounts | 11 |
| Collections | 1 |
| Average account age | 5 yrs 6 mos |
| Oldest account | 12 yrs |

**Overall credit usage**

**0 %**

■ Credit used: $0
☐ Credit limit: $0

| Debt summary | |
|---|---|
| Credit card and credit line debt | $0 |
| Loan debt | $37,298 |
| Collections debt | $153 |
| Total debt | $37,451 |

109

**EQUIFAX**

Prepared For JASMINE N. LUNDIE     Date generated: Aug 7, 2023

## Personal Information

| Name | Addresses | Employers |
|---|---|---|
| JASMINE N LUNDIE | 6023 W FAYETTEVILLE RD | GLOW GREEN STUDIOS |
| | COLLEGE PARK, GA 30349 | |
| Also known as | | WALMART |
| JASMINE NICOLE LUNDIE | 2032 BOULDERVIEW DR SE | |
| | ATLANTA, GA 30316 | WALMART |
| Generational Identifier | | |
| - | 3890 STONE LAKE DR NW | |
| | KENNESAW, GA 30152 | |
| Year of birth | | |
| 1993 | 1450 LA FRANCE ST NE APT 555 | |
| | ATLANTA, GA 30307 | |
| | 2743 SAN MARINO ST APT 208 | |
| | LOS ANGELES, CA 90006 | |
| | 13805 SHERMAN WAY APT 106 | |
| | VAN NUYS, CA 91405 | |
| | 1406 W 132ND ST | |
| | COMPTON, CA 90222 | |
| | 509 S CHAPEL AVE APT D | |
| | ALHAMBRA, CA 91801 | |
| | 4226 UNIVERSITY AVE | |
| | COLUMBUS, GA 31907 | |
| | 4225 UNIVERSITY AVE | |
| | COLUMBUS, GA 31907 | |

*Handwritten annotation: "NO Disability # I had it Removed"*

**Personal statements**

No Statement(s) present at this time

*Handwritten page number: 110*



UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

### ESTABLISHING THE RELIGIOUS ABUSE WITH MAURICE LUNDIE

- Maurice L. Lundie told Jasmine Lundie that she can stay with him until she "gets on her feet". Jasmine did not have a financial obligation in order to stay with Maurice. Jasmine created a barter agreement just to make sure she's contributing. The agreement was signed August 6th, 2023.
  #### *See Exhibit 5.4*
- Maurice L. Lundie told Jasmine Lundie that he would help her obtain a car. A 2020 Hyundai Kona was financed at Echo Park Atlanta in Duluth on August 22, 2023.
- Maurice L. Lundie told Jasmine Lundie that he had no knowledge of the spyware portal operated by Kevin Foreman.
- Maurice L. Lundie called the Georgia Suicide & Crisis Hotline to start to false commitment process.
  #### *See Exhibit 4.3 Page 4*
- Maurice L. Lundie told Jasmine Lundie that he'll take care of the car payments until Pamela Dickerson shipped it to Leesville.
- Maurice L. Lundie told Jasmine Lundie that he sold the car without her approval and knowledge. Jasmine paid $2,500 as a down payment for the car, $544 monthly payment, and $188 for insurance.
- Maurice L. Lundie told Jasmine Lundie to come get her belongings from outside of the apartment. She did not know why her family was treating her like she did something to them.





Glow Green Studios, LLC          (678) 322 - 8468          www.glowgreenstudios.com

2



**Glow Green Studios, LLC**     **(678) 322 - 8468**     **www.glowgreenstudios.com**

3



114



**Screenshot 1 — 10:57 — Bro**

Friday, November 17

I'm going to comeback and handle the car. So You don't have to and aunt Pam don't have to ship it
6:49 PM

10:35 PM   What is uncle Darryl number

Sunday, November 19

I'll be picking up the car tomorrow. My flight lands at 6.

I'll be there around 8/9 you don't have to see me. I'll just let you know when to run my card for the insurance
1:49 PM

Janay just said that you brought the car back to the dealership? Is that true before I pick up the car and PAY FOR IT
2:12 PM

The car is not here   2:37 PM

2:37 PM   Where is the car

So I can pick it up

2:38 PM   AND PAY FOR IT

**Screenshot 2 — 10:58 — 4043339036**

Your family has nothing to do with what happened to you and as long as you let this spirit convince you on that the more power you giving it
12:37 PM

12:37 PM   Ok

The car is sold back to the dealership . As time was going on we were working on through getting your down payment back that's why aunt Pam offered the thousand to start off. Maurice is in the hole 3,000 left but If the note didn't get paid on time it was going to go against Maurice credit . We have

View all   ›
1:41 PM

Janay What are you talking about
1:50 PM

I put 2500 down on the car and I paid the car note. It's only 12 days late.

What I just said   1:50 PM

Late is late it's not on your credit It's on Maurice credit   1:50 PM

You will get your money back   1:51 PM

**Screenshot 3 — 10:58 — 4043339036**

ND I'm picking up the car tomorrow

Transe shouldn't have did what she did. Bottom line. It wouldn't have been late
1:51 PM

There is no car .   1:51 PM

1:52 PM   That's a lie

Ok

They were suppose to tell you   1:52 PM

Maurice would've told me. I already told him I was going to take care of it
1:52 PM

She is coming home...

No, she said she will call Maurice and hook up with him to get her car?

Your mother said that she will tell her

**Glow Green Studios, LLC**          **(678) 322 - 8468**          **www.glowgreenstudios.com**

5



10:57

< B Bro ⌄                    ⋮

2:37 PM   Where is the car

So I can pick it up

2:38 PM   AND PAY FOR IT

You didn't tell me you moved it. I
just paid for a flight. I only been
gone a week. I have money and can
work to take care of it. So what are
we doing?

2:40 PM   Two weeks

The car was sold back   2:42 PM

Car cost too much   2:43 PM

2:45 PM   Ok

Aunt Pam said you gonna have to
2:50 PM   give me my down payment back

Tuesday, November 21

You can remove me from your
3:10 PM   insurance

Wednesday, December 13   ⌄

---

7:35

< 👤 4043339036 ⌄                    ⋮

Mama is picking the car up once
it's out of the shop                1:55 PM

That's only if you stay at Aunt
Stacys she said if you not trying to
get help she not doing anything     2:25 PM

2:25 PM   Janay please stop texting me

Ok   2:25 PM

Wednesday, December 13

Hey sis, I'm just checking on you
making sure you are OK mama told
me you hadn't been into the house
since Sunday. Just wanna make
sure that you're good. Love you.
                                    12:51 PM

You can add me to the spyware
portal. I don't need the fake love.
You were taking orders from Kecin
to contribute to this bullshit and he's
been interfering with my life. My
life is in danger and you're steady
contributing and lying to family to
cover it up.

I'm not tolerating this. Stop texting
m

4:50 PM   View all   >

---

7:35

< Me
  4:50 PM, Dec 13

You can add me to the spyware portal. I don't
need the fake love. You were taking orders from
Kecin to contribute to this bullshit and he's been
interfering with my life. My life is in danger and
you're steady contributing and lying to family to
cover it up.

I'm not tolerating this. Stop texting me playing
dumb. I filed a police report and you're going to
jail. You could've been helping me instead.

Copy text      Share      More

---

**Glow Green Studios, LLC**          **(678) 322 - 8468**          **www.glowgreenstudios.com**

6

# FIGURE 57

# BARTER SERVICE CONTRACT

**I. THE PARTIES.** This Barter Agreement ("Agreement") made on **August 6th, 2023**, made between the following:

**PARTY A: Jasmine Nicole Lundie** ("Party A") of **hellofigure57@gmail.com** and
**PARTY B: Maurice Lorenzo Lundie** ("Party B") of 2123 Seasons Parkway, Norcross, GA 30093 **Mlundie29@gmail.com**

Party A and Party B shall collectively be known as the "Parties" and agree to exchange goods and/or services as agreed-upon below:

**II. THE OFFERING.** The Parties agree to exchange the goods and/or services described below:

Party A Offers: Nanny and Maid Services for 2 Adults, 3 Children, 1 Pet

- Contributing to a safe, caring, nurturing, and stimulating environment in which the family thrive and develop.
- Keeping the areas neat and tidy and doing the family's laundry.
- Will include additional household tasks, such as cleaning, cooking, housekeeping, and laundry.

Party B Offers: Housing

- Sleeping Quarters
- Home Utilities: Water, Electricity, Wifi & Gas

**III. DELIVERY OF GOODS.** The delivery of the services shall be:

☐ - **For an Ongoing Arrangement.** The Offerings shall be exchanged for an ongoing arrangement until terminated by either of the Parties. If any of the Parties shall terminate this Agreement, any outstanding Offerings shall remain owed. Termination of this Agreement requires a 30 day notice and must be done in writing and sent to the opposite party's email address listed above.

**IV. GOVERNING LAW.** The Parties agree that this Agreement shall be governed under the laws located in the State of Georgia.

**V. ENTIRE AGREEMENT.** This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all other prior agreements and understandings, both written and oral, between the parties with respect to the subject matter hereof.

IN WITNESS WHEREOF, the Parties have indicated their acceptance of the terms of this Agreement by their signatures below on the dates indicated.

117

1

# FIGURE 57

**Party A Signature:** DocuSigned by: [signature] B957E4D30264464...          **Date:** 8/6/2023

**Party B Signature:** DocuSigned by: [signature] D1AA0E9914134B2...          **Date:** 8/6/2023

118

2



# CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 07, 2023 through August 15, 2023

Account Number: **000000513075658**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00154978 DRE 021 219 22823 NNNNNNNNNNN  1 000000000 11 0000
JASMINE NICOLE LUNDIE
6023 W FAYETTEVILLE RD
COLLEGE PARK GA 30349-6124

---

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 3,528.13 |
| **Ending Balance** | **$3,528.13** |

---

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 08/07 | Deposit    1210134720 | **3,528.13** | 3,528.13 |
| | **Ending Balance** | | **$3,528.13** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (I) the ACH network, (II) the Real Time Payment network, or (III) third party services that facilitate payments to your debit card using the Visa or Mastercard network.** (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.** (Your lowest beginning day balance was $3,528.13)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.** (Your average beginning day balance of qualifying linked deposits and investments was $3,528.13)





**CHASE ○**

August 07, 2023 through August 15, 2023

Account Number:  **000000513075658**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement Immediately if you think your statement or receipt is Incorrect or if you need more Information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more Information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our Investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is Incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

120

Down Payment

# chime

Member Services
(844) 244-6363
support@chime.com

Jasmine Lundie
6023 W Fayetteville Road
College Park, GA 30349

# Credit Builder card statement

**Account number**
468108011023

**Routing number (for payments)**
103100195

**Statement period**
August 2023 (July 29th, 2023 - August 28th, 2023)

## Summary

| | |
|---|---|
| Last month's balance | $37.98 |
| Payments/Credits | -$37.98 |
| New spending | $933.31 |
| Fees | $0.00 |
| New balance | $933.31 |

## Your Payment

| | |
|---|---|
| Payment Due Date | 9/23 |
| Total Due | $933.31 |

Automatic payments are enabled.

Your August balance is scheduled to be paid on 9/01 using the money in your secured account. Your available amount will not change.

## Payments

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 7/31/2023 | Card Payment from Secured Account | Transfer | $37.98 | 7/31/2023 |
| **TOTAL FOR THIS PERIOD:** | **$37.98** | | | |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 8/24/2023 | Qt<br>QT 741 DECATUR GAUS | Purchase | -$13.18 | 8/26/2023 |
| 8/24/2023 | Straighttalk*Airtime<br>STRAIGHTTALK*AIRTIME 877-430-2355 FLUS | Purchase | -$57.26 | 8/26/2023 |
| 8/23/2023 | Walmart | Purchase | $1.22 | 8/24/2023 |

121

| 8/23/2023 | 6651 Workout Anytime<br>6651 WORKOUT ANYTIME DUNWOODY GAUS | Purchase | -$55.99 | 8/25/2023 |
| 8/22/2023 | Echopark Atlanta<br>ECHOPARK ATLANTA DULUTH GAUS | Purchase | -$640.00 | 8/23/2023 |
| 8/19/2023 | Shopify*<br>SHOPIFY* 182767865 HTTPSSHOPIFY.ILUS | Purchase | -$39.00 | 8/20/2023 |
| 8/16/2023 | Google<br>GOOGLE *COURSRA 855-836-3987 CAUS | Purchase | -$59.99 | 8/17/2023 |
| 8/12/2023 | Netflix<br>NETFLIX.COM NETFLIX.COM CAUS | Purchase | -$6.99 | 8/13/2023 |
| 8/08/2023 | Cigna 877 484<br>CIGNA 877 484 5967 877-484-5967 FLUS | Purchase | -$3.30 | 8/09/2023 |

**TOTAL FOR THIS PERIOD:**    **-$933.31**

### Fees

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
| --- | --- | --- | --- | --- |
| **TOTAL FOR THIS PERIOD:** | **$0.00** | | | |

### Disputed transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
| --- | --- | --- | --- | --- |
| **TOTAL FOR THIS PERIOD:** | **$0.00** | | | |

### 2023 Fees Totals Year to Date

**Total fees in 2023**    **$0.00**

# Cash Deposits:

**All Cash Deposits on Credit Builder Card first go through the Credit Account and then land in the Secured Account.**

## Payments:

**To ensure a timely payment, we must receive your payment by 5 p.m. Eastern Time on a Business Day in order to be credited to your Credit Account on that day. For purposes of your payment obligations, the following describes when your payments must be made in order to be credited to your Credit Account on a timely basis.**

   a. **Chime Spending Account or Secured Account Payments.** A Chime Payment received by us by 5:00 p.m. Eastern Time will be credited to your Credit Account at the time that we receive it. A "Chime Payment" is a payment that is authorized using your Chime Spending Account or Secured Account that is delivered on or before your Payment Due Date.

   b. **Other Payment Options.** All "Other Payments" received by us by 5 p.m. Eastern Time on a Business Day will be credited to your Credit Account the day of receipt. "Other Payments" is a payment that is made through a third party financial

*122*

Insurance



1:46

← Insurance ID Car...

Cut Along the Dotted Line

## Georgia Insurance Policy Identification Card

**GEICO** GEICO Indemnity Company

**Named Insured(s)** Maurice Lorenzo Lundie

| Effective Date | Expiration Date | Policy Number |
|---|---|---|
| 04/07/23 | 10/07/23 | 6039-52-44-31 |

**2020 HYUNDAI KONA**

**Vehicle ID No.** KM8K12AAXLU450952

The current status of actual motor vehicle liability insurance coverage is maintained by the Georgia Dept. of Motor Vehicle Safety and is accessible to law enforcement agencies upon a check of the vehicle registration.

FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE

**2020 HYUNDAI KONA**

**Additional Drivers**

Jasmine Nicole Lundie

123

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 19, 2023 through October 17, 2023
Account Number:   **000000513075658**



00150384 DRE 021 219 29123 NNNNNNNNNNN  1 000000000 11 0000

JASMINE NICOLE LUNDIE
6023 W FAYETTEVILLE RD
COLLEGE PARK GA 30349-6124

### CUSTOMER SERVICE INFORMATION

| Web site: | **Chase.com** |
|---|---|
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

---

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$50.85** |
| Deposits and Additions | 911.19 |
| ATM & Debit Card Withdrawals | -367.39 |
| Electronic Withdrawals | -544.35 |
| **Ending Balance** | **$50.30** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$50.85** |
| 09/25 | Branch Messenger Move Funds 771007 | Web ID: 1472085849 | **252.52** | 303.37 |
| 09/25 | Card Purchase 8244 | 09/25 Straighttalk*Airtime 877-430-2355 FL Card | -47.12 | 256.25 |
| 09/27 | Card Purchase 8244 | 09/25 6651 Workout Anytime Dunwoody GA Card | -29.99 | 226.26 |
| 10/02 | Branch Messenger Move Funds 771007 | Web ID: 1472085849 | **286.66** | 512.92 |
| 10/02 | Card Purchase | 09/30 Walmart.Com 800-966-6546 AR Card 8244 | -19.48 | 493.44 |
| 10/06 | ATM Cash Deposit | 10/06 5768 Buford Hwy NE Doraville GA Card 8244 | **350.00** | 843.44 |
| 10/06 | Card Purchase With Pin 8244 | 10/06 Shell Service Station Chamblee GA Card | -7.86 | 835.58 |
| 10/10 | Payment Received 8244 | 10/10 Branch Messenger Minneapolis MN Card | **22.01** | 857.59 |
| 10/10 | Card Purchase 8244 | 10/06 Caliber Car Wash - Cham Chamblee GA Card | -10.00 | 847.59 |
| 10/10 | Card Purchase | 10/06 Qt 709 Atlanta GA Card 8244 | -5.94 | 841.65 |
| 10/10 | Card Purchase | 10/07 Geico *Auto 800-841-3000 DC Card 8244 | -188.00 | 653.65 |
| 10/10 | Recurring Card Purchase 10/07 Abc*Workout Anytime 888-8279262 GA Card 8244, | | -39.00 | 614.65 |
| 10/10 | Exeterfina Loan Pmnt 9266637 | Web ID: 5221907813 | -544.35 | 70.30 |
| 10/16 | ATM Withdrawal | 10/16 5768 Buford Hwy NE Doraville GA Card 8244 | -20.00 | 50.30 |
| | **Ending Balance** | | | **$50.30** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.



# Maintenance

Premium Velocity Auto, LLC
5017 Buford Hwy.
Chamblee, GA 30341
**(770) 451-4480**

DATE: 10/21/23 02:27 PM
INVOICE #: 228845

## CUSTOMER INFORMATION

JASMINE LUNDIE
000 BLANK ST
ATLANTA , GA , 30349
BOSS@GLOWGREENSTUDIOS.COM
(808) 346-7911

## VEHICLE INFORMATION

2020
HYUNDAI
KONA
2.0L 4Cyl ([A]) Fuel Injected

LICENSE PLATE: GA-CYB1860
VIN: KM8K12AAXLU450952
MILEAGE: 69,012
OIL CHANGE INTERVAL: 5000

| DESCRIPTION | QTY | PRICE |
|---|---|---|
| SIGNATURE SERVICE SYNTHETIC | | 109.99 |
| OIL FILTER #OF4459 | 1.00 | |
| PZL PLATINUM SAE 5W20 SN/GF5 | 4.20 | |

## SERVICE CHECKLIST

| REVIEWED REPORT ON CONDITIONS | COMPLETED | | |
| ADJUSTED TIRE PSI IF NECESSARY | F35 R35 | FILLED APPLICABLE FLUIDS | COMPLETED |

## SERVICE COMMENTS

QUALITY INSPECTION BY P. SANTIAGO JR
THANK YOU!
HAVE A VERY NICE DAY!

## SERVICES PERFORMED BY:

| CSA: | PABLO S. | UBT: | CARMEN R. |
|---|---|---|---|
| LBT: | TODD M. | CT: | ANTONIO B. |
| TL: | CARMEN R. | CASHIER: | CARMEN R. |

## PAYMENT INFORMATION

| | |
|---|---|
| PARTS | 84.99 |
| LABOR | 25.00 |
| GROSS SALES | 109.99 |
| NET SALES | 109.99 |
| TAX | 6.80 |
| TOTAL DUE | USD$ 116.79 |
| CREDIT CARD | USD$ 116.79 |
| APPROVAL/REF # | 070050/006141 |
| US DEBIT | ************9150 |
| CHIP READ | |
| VERIFIED BY PIN | |
| PAYMENT NETWORK | MAESTRO |
| MODE | ISSUER |
| AID | A0000000042203 |

**AUTHORIZED AND RECEIVED BY**

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown here on
and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer

125

# Maintenance

## MESSAGES

THANK YOU FOR CHOOSING JIFFY LUBE!!!!
ASK US ABOUT TRANSMISSION AND BRAKE SERVICES!!!



**Your Monthly Statement**
As of: 11/21/2023

PO Box 166008 // Irving, TX 75016

**NOW DUE**

| | |
|---|---|
| **Pay this amount:** | $1,115.92 |
| **By:** | 12/06/2023 |

Any past due amount is due immediately

0013142-0026524 POFE 001 ------ 591639

MAURICE LUNDIE
2123 SEASONS PARKWAY
NORCROSS, GA 30093-3118

**ABOUT YOUR CONTRACT**

| | |
|---|---|
| **Contract #:** | 9266637 |
| **Year/Make/Model:** | 2020 HYUNDAI KONA |
| **Vehicle Identification Number:** | KM8K12AAXLU450952 |
| **Monthly Payment Amount:** | $544.35 |
| **Outstanding Balance*:** | $19,385.43 |
| **Maturity Date:** | 12/06/2029 |

*Not the payoff amount. Log into MyAccount or call to get a payoff quote.

For complete details, see your retail installment contract.

**PAYMENT SUMMARY**

| | |
|---|---|
| Amount Past Due | $544.35 |
| *Payment Due - November 2023 or earlier* | $544.35 |
| Late charges unpaid | $27.22 |
| Other fees and charges unpaid | $0.00 |
| Current payment due | $544.35 |
| **Total amount due** | **$1,115.92** |

**RECENT ACCOUNT ACTIVITY**

| PROCESS DATE | EFFECTIVE DATE | DESCRIPTION | PRINCIPAL | INTEREST | FEES | TOTAL |
|---|---|---|---|---|---|---|
| 11/16/2023 | 11/16/2023 | Fee Assessed | | | $27.22 | $27.22 |

Contract activity as of last statement date.


126

**EFFECTIVE 5/7/2023**

Exeter is changing electronic payment vendors. Recurring payments will continue as normal and any saved banking information will transfer. No action will be required. If you need to make a payment over the phone, call us at (800) 321-9637.

SCAN FOR EASY
ACCOUNT ACCESS



*Detach and send with payment. Write contract # on the check or money order payable to Exeter Finance LLC. Please do not send cash.*

**OTHER IMPORTANT INFORMATION**

**About This Statement** - This communication is an attempt by Exeter Finance LLC to collect a debt, and any information received in response to this communication will be used for that purpose.

**Insufficient Funds** - You may be assessed a fee as allowable by state law if your payment is returned unpaid by your bank.

**Late or Early Payments** – The Finance Charge, Total of Payments, and Total Sale Price disclosed on your retail installment contract assume that you will make every payment by the day it is due. These amounts will be more if you pay late or less if you pay early.

**Late Fees** - Late or missed payments may result in late fee charges. Please refer to your retail installment contract for details.

**Paying Off Your Contract** - If you want to pay off your contract before the end of the term, call 800-321-9637. Payoff quotes are subject to change, according to recent activity on your contract. You will typically receive a title or lien release, depending on the state the vehicle is titled in, 30 days after your contract is paid in full (or earlier as required by state law). Please note that any change impacting the balance, such as a payment reversal, for example, will render the quoted payoff amount invalid.

**Insurance Requirements** - You are required to maintain collision and comprehensive insurance on your financed vehicle, per your retail installment contract. The insurance must meet the following criteria:

- Deductible is $1,000 or less.
- Exeter Finance LLC is listed as the lien holder/loss payee. The lien holder address is: Exeter Finance LLC, PO Box 369, Carmel, IN 46082.
- Coverage is in effect from the time of purchase through the duration of your contract term. (NOTE: Any changes to your insurance coverage should be sent to: Exeter Finance LLC, PO Box 369, Carmel, IN 46082.)

**Notice to Consumer** - We may report information about your contract to credit bureaus. Late payments missed payments or other defaults on your contract may be reflected in your credit report.

**Credit Reporting Disputes** - If you believe Exeter Finance LLC reported incorrect or incomplete information about your account to the credit bureau, write to Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097. Identify the information and tell us why you believe it is incorrect or incomplete. If you have a copy of the credit report which shows the disputed information, please include a copy of your correspondence.

**Use of Your Credit Report** - You agree that we may request and utilize your credit report(s) at any time during the term of your contract for the purpose of reviewing, updating, renewing or extending credit, taking collection action or for other legitimate business purposes associated with your contract referenced on the front side of this statement.

**Bankruptcy Notifications** - Bankruptcy notifications should be sent to Exeter Finance LLC, PO Box 166008, Irving, TX 75016 or simply call 800-321-9637. If you are entitled to the protections of the U.S. Bankruptcy Code (11 U.S.C §§ 362;524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

**Notice About Check Processing** - When you provide a check as payment, you authorize Exeter Finance LLC either to use information from your check to make a one-time electronic fund transfer from your account, according to the terms of your check, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

# QUESTIONS?

 **800-321-9637**

 **CHAT WITH AN AGENT**

 **www.exeterfinance.com**

 **SECURELY EMAIL US**

127



UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

### <u>ESTABLISHING THE RELIGIOUS ABUSE WITH STACY MORGAN</u>

1. Upon discharge from Anchor Hospital, Jas Lundie made an agreement with her family to visit her Aunt Stacy in Leesville, LA.




2. Within a week, without any behavioral change from the plaintiff, her aunt and uncle began to grow a distaste for her and her company. Afraid the stay will jeopardize her survival, like the false commitment, she drafted her first 4 complaints and mailed it to the clerk of

128



the Northern District Courts of Georgia, Kevin P. Weimer. Jas Lundie inferred that the MMTS behavior made its way to the Morgans.





3. While helping Stacy Morgan connect the printer to her phone, Janay Lundie text message appeared that included Maurice as well. Jas Lundie saw her name. After realizing the extreme measures that could result from the Morgan's emotional reaction to the manipulation, Jas Lundie found a way to book a flight back to Atlanta, Georgia. Like she told her Social Worker from Anchor, "She was better off living in the car," until the attack dies down.

129







130

Exhibit 6 (1 Page)

# OFFICIAL NOTICE OF DEMAND

*LUNDIE v ROBERTS [1:24-CV-1318]*
UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
ATLANTA DIVISION

From
*Glow Green Studios, LLC*
*PO BOX 923*
*Red Oak, GA 30272*

**May 6, 2024**

**Dear William Roberts II (Rick Ross),**

Our client, **Jasmine Nicole Lundie,** has hired us to represent their interest in resolving matters. The letter requests some form of restitution to the aggrieved party. **William Roberts II** shall note that the sum of **$5,000,000.00 USD** is due to the client.

---

## DESCRIPTION OF DAMAGES

First it was his influence amongst the community, sending bandits to intimidate the plaintiff by shooting guns around the 6023 address. His influence then bled over into her colleagues, and once the telepathy transpired bled over into Foreman's computer via hacking. Foreman first purchased the voodoo doll, July 2023, Roberts influence, and from there the hooligans are birds of a feather. His influence bled over into the home and community of the Seasons Parkway address — leading to nails in the plaintiff's tires and harassment from Cummings. His influence bled over in Anchor, when Janay Lundie and Valerie Gray came for visitation. Roberts thought it'll be a good idea to use Janay to try to strike a nerve before discharge. Any disruption would've kept the plaintiff longer. His influence bled over onto almost every Uber passenger and almost every source of income. His influence bled onto the voltaic tasing of the plaintiff's mind and the gaping hole in the plaintiff's esophagus. For the last 7 months, almost everyday Roberts have motivated Foreman to torture, terrorize, and traffic Ms. Lundie. And when Foreman couldn't get the job done, he took it upon himself to purchase software, and wreak havoc onto her life, remotely! Will Roberts plead no contest or will he take accountability this time?

The plaintiff almost died from the defendant's behavior and seeks restitution for all damages.

---

If there is no response to this letter all legal rights shall be explored, including, but not limited to, legal proceedings necessary in accordance with State and Federal laws. It is strongly in your interests to avoid the additional expense and embarrassment of a court appearance. We strongly advise you to take this opportunity to reach an amicable solution.

## DEMAND FOR RESTITUTION

In order to resolve this matter, we have provided the following payment option:

*131*

☐ **Full Amount: $5,000,000 USD** due by _____.

    ☐ The requests that the settlement is distributed by 1 transaction.

**Glow Green Studios, LLC**  (678) 322 - 8468  **www.glowgreenstudios.com**

1

☐ **A | A Wire Transfer of $5,000,000.00 USD** to the following bank account:

Bank Name:_____

Account Name:_____

Routing Number:_____

Account Number:_____

☐ **B | 5 cashier checks (180 day expiration) of $1,000,000.00 USD** to be delivered in person, arrangement set forth by the United States District Courts.

*Payment(s) can be completed via cash, check, and wire transfer(s).*

This notice of demand serves as an official notice to you and may be tendered in court as evidence of your failure to cooperate. If legal action is to occur to resolve this matter, it may involve having you pay **attorney's fees.**

*We hope to resolve this matter as soon as possible. You're encouraged to respond to this letter via email or by mail with preferred payment options. Thank you in advance for the cooperation.*

*Sincerely,*
*Glow Green Studios*
*Boss@GlowGreenStudios.com*

| PERSON FILING REPORT |
|---|

Signature: _____   Print Name: _____

Department: _____   Date: _____, 20___

| OFFICE USE ONLY |
|---|

Report received by: _____   Date _____, 20____

Follow-up action taken:_____

_____

_____

_____

*132*



Exhibit 7 (21 pages)

# TECHNICAL REPORT

*LUNDIE v UBER TECHNOLOGIES [1:23-CV-5459]*
UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

Date of Report: 02/22 , 20 24

---

### COMPANY - ORGANIZATION - INDIVIDUAL

Name: Jasmine Nicole Lunnie Address: 9621 Poole Rd, Villa Rica, GA

Identification:
- ☑ Driver's License No. 056393013
- ☐ Passport No. _____
- ☐ Other: _____

Phone ( 770 ) 398 - 7219 Email: boss@glowgreenstudios.com

---

### THE INCIDENT

Start Date of Incident: May 22 , 20 23 Location: Atlanta, GA

---

### TABLE OF CONTENTS

I.  EXECUTIVE SUMMARY............................................................................................. 2

II.  INVESTIGATIVE INQUIRIES................................................................................... 1

   A.  Within the timeline of the MMTS, when did Uber become a contributor?...........................................2
   B.  What kind of experiment did the executive administer?....................................................................2
   C.  Why didn't Uber communicate the breach to the account holder?....................................................3
   D.  After being made aware of the risks to the driver, and the on-going federal investigation, why did
        the executives direct the techs to keep the application attached to the spyware portal?...................3
   E.  Who are the various influential figures instructing the passengers to contribute to the scheme and
        why did they become a factor?.........................................................................................................3
   F.  What precautionary methods did Lundie take to secure her account?...............................................3
   G.  Can you describe the mental, emotional, and economical trauma afflicted onto the driver?..............4

III.  BACKGROUND....................................................................................................... 4

IV.  DATA....................................................................................................................... 4

133



**V.    VIOLATIONS**............................................................................................................12

**VI.   CONCLUSION**.........................................................................................................13

**VII.  DEFINITIONS**..........................................................................................................13

**VIII. REFERENCES**..........................................................................................................14

---

**EXECUTIVE SUMMARY**

Uber Technologics, Inc is a major contributor to the **Mass Manipulation Trafficking Scheme** (MMTS), a conspiracy to gain unauthorized access to digital devices and mobile applications to track, traffic, and coerce a targeted individual. After detection of the exploited application, the techs of the company communicated the breach with senior executives. Rather than alerting the driver and resolving the matter, the executives directed the techs to create an attack vector between Foreman's Spyware Portal and the plaintiff's application. The executive initiated an experiment, beta-testing, without informed consent. Foreman communicated, "She's not supposed to find out". Had the defendant contacted the account owner and analyzed the potential risks for the driver, egregious violations of human dignity would've been avoided. Following the deduction that the experiment lacked any beneficial elements and that, in fact, management failed to do due diligence on Harvest Church, Uber did not remove Lundie's application from the portal.

The passengers filtered from the portal contributed to the scheme and were instructed by various influential figures to lower driver ratings and damage property by mishandling key components of the vehicle. If Lundie did not take precautionary methods, the low ratings could've permanently suspended her account. Thus, allowing the perpetrators to proceed with their sex trafficking agenda. The data provided corroborates the claim.

---

**INVESTIGATIVE INQUIRIES**

**[ Within the timeline of the MMTS, when did Uber become a contributor? ]**

The Mass Manipulation Trafficking Scheme started roughly around August 23, 2022 and dangerously progressed November 2022 in Denver, CO. When Lundie relocated to Atlanta, GA and changed her phone number in February 2023, the Uber support representative requested a screenshot of Lundie's device information located within the settings of the device. The screenshot scenario is highly unlikely, but Lundie cooperated to activate her account. She submitted the screenshot via email to the representative, redacting IMEI number. Unknowingly, at the moment, all of her screenshots and photos were being leaked into the spyware portal. Foreman was able to gain access to more apps within the device, including Uber. On May 22, 2023, Lundie rented a Chevy Bolt from Avis Downtown Atlanta through the Uber software to gain another source of income. Uber technologies came into agreement with Kevin Foreman of Harvest Church to be a major contributor of the scheme.

**[ What kind of experiment did the executive administer? ]**

134

Uber employs various algorithms for different aspects of its platform including: ride matching, pricing, routing, rating system, and surge pricing. Without informed consent from the plaintiff, Executives directed techs to create algorithms that contribute to the overall theme of the trafficking scheme: manipulating the plaintiff to believe her purpose is to be a prostitute. Influencers created separate chats within the spyware portal and were assigned algorithms based on their agenda and audience. Influencers announced their intention to join their chosen chat in the general chat. One particular algorithm compelled the driver to accept lower fares with double the mileage rides. Rejecting unfavorable rides may decrease her acceptance rate and potentially result in losing rewards; that chat is utilized to harass the driver and decrease her ratings. Lundie missed out on numerous opportunities, including surged fares.

### [ Why didn't Uber communicate the breach to the account holder? ]

Uber denied claims of hackers interfering with the plaintiff's income source after she informed help specialists. Uber conducts beta-testing experiments without drivers' approval or knowledge, leading to a lack of communication with the plaintiff. The defendant deemed no error in its judgment, arguing that experimentation is crucial for improving customer experience. The breach not only put the driver at risk, but enabled the cyberstalkers to infect their customer devices with malicious files as well.

### [ After being made aware of the risks to the driver, and the on-going federal investigation, why did the executives direct the techs to keep the application attached to the spyware portal? ]

Classic victim blaming. The executive supervising the experiment, shifted responsibility by criticizing or stigmatizing the harmed individual instead of acknowledging the account's hacking, aiming to gain recognition for their machine learning models. After several executives were brought into the chat to discuss the matters, the overseeing executive instructed Kevin Foreman to continue. The plaintiff was deemed incapable of progressing the investigation without being invited to the spyware portal. According to CNN, "There are more than 70 pending federal suits against Uber in the United States alone, in addition to many more in state courts. However, it's worth noting that this number is likely to have changed since the last time the information was updated. In November 2023, New York Attorney General Letitia James announced two landmark settlements totaling $328 million with rideshare companies Uber and Lyft for cheating drivers out of hundreds of millions of dollars."

### [ Who are the various influential figures instructing the passengers to contribute to the scheme and why did they become a factor? ]

In competition with Kevin Foreman, William Roberts II (Rick Ross) and Thomas Dexter Jakes (TD Jakes) wanted their own algorithm, testing their social influence and economical power among the masses. The driver demanded the operation be canceled. Foreman and Ross used the assigned algorithms to control her income, truly believing her purpose was to be a prostitute. Uber created an algorithm to deter her from earning legal income, with Rick Ross paying them to maintain her account in the spyware portal.

### [ What precautionary methods did Lundie take to secure her account? ]

The lowest Uber driver rating that a driver can have is 4.6. Once a driver's rating drops below this threshold, they risk being deactivated from the Uber app and no longer being able to drive for the company. The plaintiff, Lundie, maintained a 4.93 rating for five years, but her rating dropped to 4.82 within a couple weeks. To mitigate the situation, she asked her riders to rate her 5-stars, urging Uber to enforce their policy and protect the driver. Lundie forwarded an automated message to all passengers,



stating that she is not part of the scheme and that they should avoid communication with the cyberstalkers, within the chat, behind her account.

### [ Can you describe the mental, emotional, and economical trauma afflicted onto the driver? ]

Uber utilized aggressive interrogation tactics to gather accurate and relevant feedback from the plaintiff to enhance their machine learning models. Despite months of vigilantism against human trafficking, many combators have to continue coordinated efforts to ensure financial stability for the driver. Lundie, a victim of a near death experience, required rehabilitation and suffered from cognitive impairment, dysarthria, esophageal strain, and psychological fatigue. She struggles with flashbacks and trust issues, aiming for progression, coping, and healing while dealing with her trauma. Her account is permanently compromised due to the nature of the violations.

---

**BACKGROUND**

---

- → Joined Uber Technologies as a driving partner March 2018
- → Driver rating average for 5 years minimum = 4.93
- → 6,646 trips over 5.5 years
- → Platinum Rewards Member
- → 100+ Compliments and Comments by passengers on the platform
- → Driven for Uber in 4 cities: Atlanta, GA,  Augusta, GA, Los Angeles, CA, & San Diego, CA
- → Utilizes the platform for health care, car rental and maintenance services
- → No accidents reported to Uber Insurance
- → No suspensions on account

---

**DATA**

---

## [ Software Integrations ]

### *Bonjour*

"Bonjour, also known as zero-configuration networking, **enables automatic discovery of devices and services on a local network using industry standard IP protocols**. Bonjour makes it easy to discover, publish, and resolve network services with a sophisticated, **easy-to-use programming interface** that is accessible from Cocoa, Ruby, Python, and other languages."

### *Uber Machine Learning*

"Uber Engineering has shared how we use machine learning (ML), artificial intelligence (AI), and advanced technologies to create more seamless and reliable experiences for our users. We use this information to build maps, optimize our marketplace, and train our self-driving cars. At Uber, we often use a **combination of historical and real-time trip data to train our trip prediction algorithms.**"

### *Uber A/B Testing*

"Randomized A/B or A/B/N tests are considered the gold standard in many quantitative scientific fields for evaluating treatment effects. Uber applies **this technique to make objective, data-driven, and scientifically rigorous product and business decisions**. In essence, classic A/B testing enables us to randomly **split users into control and treatment groups** to compare the decision metrics between these groups and determine the experiment's treatment effects."



**Glow Green Studios, LLC**          **(678) 322 - 8468**          www.glowgreenstudios.com



## Uber Mapping

"To enable a more seamless user experience, we pair our mapping technologies with ML. In real time, we identify context-aware suggestions for destinations, **taking into account the rider's current location, time of request, and historical information.**"

## Uber Marketplace

"A variety of teams in the Marketplace, including Forecasting, Dispatch, Personalization, Demand Modeling, and Dynamic Pricing, build and deploy **ML algorithms to handle the immense coordination**, hyperlocal decision making, and learning needed to tackle the enormous scale and movement of our transportation network. In order for our decision engines to be future-aware, we need to be able to "see into the future" as accurately as possible across both space and time. ML enables us to generate spatio-temporal forecasts of supply, demand, and other quantities in real time for up to several weeks ahead."

## Spyware Portal Example

"Threat actors are **circulating spyware disguised as a chat app** named SafeChat. The malicious app, which is being spread via WhatsApp, is **designed to capture various data, including keystrokes and on-screen activity,** CYFIRMA threat hunters revealed in a report on Friday. SafeChat **also collects personal data such as users' location, SMS, contacts, call logs, GPS data, and storage.** The app is designed to interact with other installed chat applications and **exploits permissions for malicious purposes.** The user interface of this app successfully deceives users into believing its authenticity, allowing the threat actor to extract all the necessary information, before the victim realizes that the app is a dummy, the malware cleverly **exploits unsuspecting Android Libraries to extract and transmit data to a command-and-control server.**"



## EXPLANATION

Foreman informed Uber techs about an opportunity for expansion within the Spyware Portal. Instead of fighting the threat actor, Uber provided Foreman with three codes for machine learning models. Uber taught Foreman how to integrate her Uber app with Bonjour and the Spyware Portal. Uber then created an initial Marketplace by emptying customer data into the control chat. Foreman provided Roberts with the same information, influencing her app. Jakes was given a Marketplace with limited customers, reducing her chances of obtaining a ride. The coding and mapping were used to manipulate the plaintiff into believing her purpose was a prostitute.

137



## [ Uber Driver Profile ]

"The driver profile includes information such as how long the driver has partnered with Uber, any driving milestones they've hit, compliments and thank-you notes other riders have shared, and fun facts like what languages they speak, what hobbies they like, and why they drive."



## EXPLANATION

Roberts and Jakes was introduced with custom Marketplaces around the beginning of October. Roberts marketplace, as stated above, is designed to supply a combination of unfavorable fares and customers predisposed to harass the driver and damage property. Lundie initially avoided these rides, but after a drop in acceptance rate, she had to accept them. Roberts directed fares to provide low ratings, dropping Lundie's from 4.94 to 4.82 within a week and a half. This prompted her to contact Uber Support Specialists to remind them of their policy to protect the driver. If her account were to reach 4.60, it would be permanently suspended.

## [ Uber Driver Analytics ]

"Depending on how you use the Uber platform, the contents of Lundie's data download may include the following: Account and Profile, Driver / Delivery Partner, Eater, and Rider."

### Account and Profile containing the following files:

"**Communications Sent** - Communications between riders and drivers; **Customer Support Tickets** - Metadata about support conversations with Uber; **Driver Profile Data** - Lundie's driver profile data including name, phone, email, rating, and the date you signed up to drive with Uber; **Payment Methods** - Payment method information, such as the date you created and updated a payment method, the issuing bank's name, billing country, and payment method type (Visa, debit, etc.); **Profile Data** - Lundie's name and email address, mobile number, rating(s), and the date you signed up with Uber. Also contains any referral code(s) issued by Uber.; **Rider / Eater Saved Locations** - Names and addresses of places you've saved."

### Driver / Delivery Partner containing the following files:

"**Driver App Analytics** - 30 days of mobile event data, such as device OS, device model, device language, app version, and the time and location the data was collected; **Driver Lifetime Trips** - Times at which each trip started

and ended, as well as distance traveled and fare information; **Driver Payments** - Payments received for each trip, categorized by type of fare and fee; **Driver Documents** - Driver documents you've uploaded to Uber, such as driver's license, insurance, and vehicle registration."

### *Eater folder containing the following files:*
"**Eater App Analytics** - 30 days of mobile event data, such as device OS, device model, device language, app version, and the time and location the data was collected; **Eats Order Details** - Items ordered, prices, any customizations or special instructions, and the time you placed Lundie's order; **Eats Restaurant Names** - Restaurant names."

### *Rider folder contains the following files:*
"**Rider App Analytics** - 30 days of mobile event data, such as device OS, device model, device language, app version, and the time and location the data was collected; **Trips Data Summary** - Times and locations at which a trip was requested, started, and ended, as well as distance traveled."

### *WHAT'S NOT INCLUDED IN LUNDIE'S DATA DOWNLOAD?*
"Some information is reasonably not included in Lundie's data download. This can be for security reasons or because the information is proprietary. **We also do not include information containing the personal data of another party** (rider data) that we can't reasonably exclude"

UBER DATA REQUEST OCTOBER 24, 2023 - DRIVER ANALYTICS
*First data request proves Foreman influence over her application - IP Addresses*
*The first one being the driver and the other Foreman.*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:59 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:36 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:36 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:36 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:28 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:27 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:27 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:27 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:13 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:13 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:13 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:12 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:09 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:09 |
| 100.96.155.99\|192.168.109.22 | en | SM-S136DL | android | 13 | TRUE | 4.439.10002 | 2023-09-22 0:02:05 |

UBER DATA REQUEST NOVEMBER 29, 2023 - DRIVER ANALYTICS
*Fifth data request proves Foreman and Roberts influence over her application - IP Addresses*
*The first one being the driver and the others Foreman and Roberts.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:51 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:51 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:51 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:50 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:44 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:44 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:44 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:40 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:37 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:37 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:33 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:26 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:19 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:19 |
| 100.110.117.165\|172.18.10.26\|192.168.251.129 | en | SM-S136DL | android | 13 | FALSE | 4.448.10002 | 2023-11-29 7:29:19 |

*139*



## MISSING UBER ANALYTICS

The request made on December 09, 2023 is missing data from October 22, 2023 to December 09, 2023. There is a brief break in driving from October 28, 2023 to November 23, 2023. The data requested should include trips from November 23, 2023 to December 09, 2023. Roberts instructed the techs to cover up any data implicating foul play.

## [ Support Representatives ]



## EXPLANATION

When contacted, whether via chat or over the phone, the Uber Support specialists denied any compromise of account. Therefore, Uber authorized the Foreman and his many accomplices to manipulate her account and riders at their discretion.

## [ Unfavorable Fares ]

Uber advertises "**Upfront Fares**" to current and prospective drivers. Its website states, "Because **every trip should be your call**. You'll get more visibility and **control over your earnings**, You'll get extra info about each trip upfront so **you can decide which rides are worth your time**, & Upfront Fares adjust to what's happening in real time to help you find more **steady earning opportunities**."

When the **upfront fares are calculated**, the algorithms take into account **3 key categories**: details, demand, and data. The **trip details** include estimated trip length, estimated trip duration, pickup location, & drop off location. **Real-time demand** includes surge pricing, how busy it is in the area, how busy it is at the destination, how likely the driver is to get another trip quickly, & traffic. **Historic Data** includes areas with high and low demand, areas with high and low earnings, estimated demand at locations, & estimated demand at various times throughout the day. Technology can only predict so much. When unexpected traffic, construction, or extended wait times happen, the **driver will get an automatic fare adjustment** to help make it right.

*140*

**Glow Green Studios, LLC**          **(678) 322 - 8468**          **www.glowgreenstudios.com**



## ARGUMENT

Every time a fare is broadcasted to Lundie's app, **Uber is advertising that the fare is calculated based upon the categories above**. In order to keep her in captivity, Uber created 3 algorithms guaranteeing unfavorable fares, while teaching Foreman and Roberts how to adjust the pricing based on their attitude and/or temperament. The Uber executives and techs did not take into the account that Foreman is a former convict operating a church as a front for a cult, and Roberts' education, drug addiction, alcoholism and priors disqualifies him from being able to calculate fares that benefits the driver.

### THE BOMBARDMENT OF LOWER FARES FORCING THE DRIVER TO WORK TWICE AS LONG



Roberts torpedoed Lundie's account with base-priced fares, some lower than the typical $4.75, to position potential sex trafficking clients. This forced her to work longer hours and reduced the acceptance rate. Roberts' algorithm was designed to only recognize trips on the south-east side of Atlanta and riders within his marketplace. In an attempt to re-enter the normal marketplace that other drivers have the opportunity to enjoy, Lundie set her navigation towards northern cities. Roberts' filtered riders are more inclined to smoke cigarettes/marijuana RIGHT before entering the vehicle, rate the driver low for driving within the legal speed limit, and request destinations believing the driver was in agreement to entertain and return them after the trip. Foreman and Roberts used telepathy to discipline and upset the plaintiff by releasing false trips and removing them after acceptance. This behavior is followed by pimp dialogue such as, "Since you need the money," & "Take what I give you".



141

**Glow Green Studios, LLC**          **(678) 322 - 8468**          **www.glowgreenstudios.com**

## LONGER TRIPS FOR ALMOST HALF THE NORMAL FARE

Traffickers, after causing harassment, would release seemingly extravagant trips, but Lundie soon realized that this was a means to relocate her to the southside of Atlanta or areas with lower demand.



When satisfied with extreme levels of torture, trafficking, and terror, Foreman and Roberts removed essential code elements which paralyzed her account. Thus preventing the account from online access, receiving trip requests, and computing completed trips after drop-off.

## [ Waybills ]

"An Uber waybill is a digital document generated by Uber that serves as a record of a specific trip made by an Uber driver. It contains important information such as the pickup and drop-off locations, date and time of the trip, fare details, driver details, and any additional notes or instructions. If you have been officially requested a few waybills by the administration, through the following form, you can request a specific waybill from a trip or from a period of time. You can only request waybills for trips made by you or by one of the drivers of the account."





## ARGUMENT

This electronic waybill is a legal requirement for Uber drivers, ensuring compliance in most jurisdictions. It verifies that the driver is on a prearranged ride, as Uber drivers are not allowed to pick up passengers roadside. They are used for **legal protection**, and are necessary for interactions with authorities. This document can be accessed in the Uber driver app; **crucial for accidents**, stops, airport pickups. This includes the driver's name, license number, license plate, state number, rate of pay (base fare, mileage, extras), total number of passengers, **full names of each rider**, designated pickup and drop-off locations, and **insurance coverage details** with a link to Uber's certificate of insurance.

Uber exhibited **gross negligence** disregarding the harmful consequences of granting authorization to Kevin Foreman to **alter waybills** in order to coerce the driver as well as prevent the plaintiff from obtaining forthright witnesses. The access to sensitive information **exposed over ten thousand riders** as potential targets for trafficking and unsolicited phishing, which inadvertently can infect their devices with malware.

## [ Decrease in Earnings ]

The driver, a Uber partner for five and a half years, has been operating in various states and marketplaces, with an average weekly income displayed:

| BEFORE INTEGRATION | | |
|---|---|---|
| Avg Hours | Avg # Trips | Avg Income |
| 27 | 47 | $690.90 |

*143*

The plaintiff's account data from the last year, **after integration**, is provided below:



## ARGUMENT

Based on the charts presented above, the plaintiff is **losing an average of $246.00 USD** a week, **$984.00 USD a month**.

| INCOME COMPARISONS | | | |
|---|---|---|---|
| After Avgs | Before Avgs | Difference | |
| $444.00 | $690.00 | -$246.00 | Income |
| 40 | 47 | -7 | Hours |
| 22 | 27 | -5 | # Trips |

## COUNTER - ARGUMENT

The plaintiff could **drive 5 more hours** per week to make up for the $246.00 lost.

## ARGUMENT

The Atlanta marketplace averages **2.5 trips per hour** at the fare rate of **$8.00**. If the loss in earnings was based upon the driver's efforts, she would make an average of **$100.00 within those 5 hours**; she still experiences a loss calculating at $146.00.

The month of **December is the perfect comparison**, 27 hours, 50 trips, while totaling $513.00 in earnings. The plaintiff is losing a weekly average of $177.00 weekly, $708.00 monthly. Unfortunately, she is working just as hard but receiving less.

| VIOLATIONS |
|---|

144



**The U.S. Code, Title 22, Chapter 78 – Trafficking Victims Protection**

:       The purposes of this chapter are to combat trafficking in persons, a contemporary manifestation of slavery whose victims are predominantly women and children, to ensure just and effective punishment of traffickers, and to protect their victims.

**HB 200 (2011) - Combating Sex Trafficking**

:       discourages that people are trafficked for sexual servitude or labor and requests federal assistance under the Crime Victims' Bill of Rights. It also sets harsher penalties for victims who are youths.

**45 CFR 46 - Protections of Human Subjects in Research**

:       also known as the Common Rule, provides a robust set of protections for research subjects

**GA Code § 14-2-830 (2020)**

:       A director shall perform his or her duties as a director in good faith and with the degree of care an ordinarily prudent person in a like position would exercise under similar circumstances.

---

### CONCLUSION

*Your Honor:*

The defendant in question committed the crimes against the complainant. The egregious violations inflicted irrefutable damages to Lundie's health: mentally, emotionally, and economically while permanently compromising her account. Due to the nature of the suit, the plaintiff is losing opportunities such as surge pricing, airport fares, tips and adequate calculations based on what is advertised on the defendant's website. As we take into account the climate of the economy, the trafficking agenda, and Uber placing a Diamond driver in the hands of convicts and murderers, the complainant is demanding a restitution of **$322,000,000.01 USD** immediately.

For the last year, Uber has been her only source of income and after various attempts to restore her account back to its rightful standing Uber repeatedly denied all allegations while endangering the lives of every driver and rider associated with its platform.

---

### DEFINITIONS

**Coding:** is the process of writing instructions that computers can understand. Every website and app operates because programmers write code. Coding is used to create software, websites, mobile apps, and more. It involves writing instructions in a programming language that a computer can execute.

**Spatial**: at both macro levels (global, regional, and city) and micro levels (riders, cars, and goods)

**Temporal**: from seconds to years

**Threat actors**: also known as cyber threat actors or malicious actors, are individuals or groups that intentionally cause harm to digital devices or systems

---

**Glow Green Studios, LLC**          **(678) 322 - 8468**          www.glowgreenstudios.com





## REFERENCES

**Uber Federal Cases**
> https://money.cnn.com/2016/08/11/technology/uber-lawsuits/index.html

**Uber Experiments**
> https://www.uber.com/blog/machine-learning/
> https://www.uber.com/blog/xp/
> https://www.uber.com/blog/elk/?uclick_id=79a19634-e3a9-4841-9871-0092ccc5b76a

**Uber Related**
> https://help.uber.com/driving-and-delivering/article/download-your-personal-uber-data?nodeId=fbf08e68-65ba-456b-9bc6-1369eb9d2c44
> https://ownersites.com/what-is-a-waybill-uber/
> https://www.uber.com/us/en/drive/basics/tracking-your-earnings/
> https://www.ridester.com/what-is-waybill-uber/#:~:text=Why%20is%20Waybill%20in%20Uber%3F%201%20In%20Case,app%20is%20especially%20important%20for%20airport%20pickups.%20

**Bonjour**
> https://developer.apple.com/bonjour/

**Spyware Chats**
> https://vpnoverview.com/news/researchers-find-dangerous-spyware-disguised-as-a-chat-app/
> https://safechat.com/

**Human Trafficking**
> https://www.justice.gov/humantrafficking/key-legislation
> https://uscode.house.gov/view.xhtml?path=/prelim@title22/chapter78&edition=prelim
> https://law.georgia.gov/press-releases/2011-03-29/senate-passes-hb-200-combating-sex-trafficking
> https://www.federalcharges.com/human-trafficking-laws-charges/#georgia

**Informed Consent**
> https://www.hhs.gov/ohrp/regulations-and-policy/regulations/45-cfr-46/index.html

**Negligence**
> https://www.findlaw.com/injury/accident-injury-law/negligence.html
> https://law.justia.com/codes/georgia/2020/title-14/chapter-2/article-8/part-3/section-14-2-830/

## PERSON FILING REPORT

Signature: _____     **Print Name:** _____
Department: _____     Date: _____ , 20_____

## OFFICE USE ONLY

Report received by: _____     Date _____ , 20 _____
Follow-up action taken: _____
_____
_____
_____
_____



Uber

Select jurisdiction:   Language:

United States ▾   **English**

Last modified: 8/19/2024                                                      ▲

# U.S. Terms of Use

1. Contractual Relationship; Termination; and Modification

2. Arbitration Agreement

3. The Services

4. Third-Party Services (including Autonomous Vehicles) and Content

5. Accessing the Services

6. User Conduct and Requirements; Communications; and User Content

7. Payment

8. Disclaimers; Limitation of Liability; and Indemnity

9. Other Provisions

IMPORTANT: PLEASE BE ADVISED THAT BY AGREEING TO THESE TERMS YOU ARE WAIVING
YOUR RIGHT TO SEEK RELIEF IN A COURT OF LAW AND WAIVING YOUR RIGHT TO HAVE A
JURY TRIAL ON YOUR CLAIMS.

PLEASE READ THESE TERMS OF SERVICE CAREFULLY AS THEY CONTAIN PROVISIONS THA
GOVERN HOW YOU CAN BRING CLAIMS BETWEEN YOU AND UBER, INCLUDING THE
ARBITRATION AGREEMENT IN SECTION 2 BELOW. THE ARBITRATION AGREEMENT REQUIRE
YOU TO RESOLVE ALL DISPUTES WITH UBER ON AN INDIVIDUAL BASIS AND, WITH LIMITED
EXCEPTIONS, THROUGH FINAL AND BINDING ARBITRATION. THESE TERMS OF SERVICE
OUTLINE HOW SUCH CLAIMS ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY
CLAIMS THAT AROSE OR WERE ASSERTED BEFORE THE EFFECTIVE DATE OF THESE TERMS
OF SERVICE. BY AGREEING TO THESE TERMS OF SERVICE, YOU EXPRESSLY ACKNOWLEDGI

147

THAT YOU HAVE READ AND UNDERSTOOD ALL OF THEM AND HAVE TAKEN TIME TO
CONSIDER THE CONSEQUENCES OF THIS IMPORTANT DECISION.

These Terms of Service ("Terms of Service") constitute a legally binding agreement betweer
you and Uber Technologies, Inc. and its subsidiaries, representatives, affiliates, officers and
directors (collectively, "Uber") governing your use of Uber's personalized, multipurpose, digi'
marketplace platform ("Uber Marketplace Platform") and any related content or services,
including but not limited to mobile and/or web-based applications ("Applications" or the "Ul
App," and together with the Uber Marketplace Platform, the "Services").

Notwithstanding the foregoing, if you choose, now or in the future, to provide transportatior
(e.g., ride-hailing, ridesharing and commercial transportation), logistics (e.g., freight), delivei
(e.g., food, packages, and other goods) and other services (collectively, "Third-Party Services
these Terms of Service do not supersede or otherwise impact the enforceability of any
agreements you may have with Uber or its subsidiaries regarding such Third-Party Services
(e.g., the Platform Access Agreement, the Technology Services Agreement and/or any simila
agreements). To the extent (but only to the extent) any agreement you may have with Uber
regarding Third-Party Services you provide conflicts with these Terms of Service, those
agreements (and not these Terms of Service) will prevail with respect to any disputes arisinç
from your provision of Third-Party Services; otherwise, any relevant provisions in these Terr
of Service apply.

# 1. Contractual Relationship; Termination; and Modification

In addition to these Terms of Service, your access to, and use of the Services is also governe
by the applicable terms found on our website. These include but are not limited to: the Priva
Notice, which describes how we collect, use, and disclose your personal information; the Use
Generated Content Terms; Community Guidelines; Referral Policies; the ADT Mobile Securit'
Monitoring Terms and Uber's other applicable Uber standards and policies (including, witho
limitation, Uber's safety standards, the accessibility policies, and the U.S. Service Animal
Policy), which we refer to collectively as the "Supplemental Terms."

Collectively, we refer to these Terms of Service and the Supplemental Terms as the "Terms."
These Terms govern your access or use, from within the United States and its territories anc
possessions, of the Services made available in the United States and its territories and
possessions (the "Territory"). If you use the Services in another country, you agree to be
subject to Uber's terms of service for that country. In these Terms, the words "including" anc
"include" mean "including, but not limited to."

By accessing or using the Services, you confirm your agreement to be bound by these Term
If you do not agree to these Terms, do not access or use the Services.

Termination.

Uber, in its sole discretion, may immediately terminate these Terms or any Services with respect to you, or generally cease offering or deny access to the Services or any portion thereof, at any time for any reason.

Modification.

Uber reserves the right to modify these Terms or its policies relating to the Services at any time, effective upon posting of an updated version of these Terms through the Services or Uber's website. You should regularly review these Terms, as your continued use of the Servic after any such changes constitutes your agreement to such changes.

# 2. Arbitration Agreement

By agreeing to these Terms, you agree that you are required to resolve any claim that you ma have against Uber on an individual basis in binding arbitration as set forth in this Arbitration Agreement, and not as a class, collective, coordinated, consolidated, mass and/or representative action. Binding arbitration is a procedure in which a dispute is submitted to o or more arbitrators who make a binding decision on the dispute. In choosing binding arbitration, you and Uber are opting for a private dispute resolution procedure where you ag to accept the arbitrator's decision as final instead of going to court. You and Uber are each waiving your right to a jury trial.

This Arbitration Agreement will preclude you from bringing any class, collective, coordinate consolidated, mass, and/or representative action against Uber, and also preclude you from participating in or recovering relief in any current or future class, collective, coordinated, consolidated, mass and/or representative action brought against Uber by someone else— except as provided below in Section 2(a)(3)(c). Thus, the parties agree that the Arbitrator sh. not conduct any form of class, collective, coordinated, consolidated, mass, and/or representative arbitration, nor join, coordinate, or consolidate claims of multiple individuals against Uber in a single proceeding—except as provided below in Section 2(a)(3)(c). For the avoidance of doubt, except as provided below in Section 2(a)(3)(c), this Arbitration Agreeme precludes you from bringing or participating in any kind of class, collective, coordinated, consolidated, mass, and/or representative or other kind of group, multi-plaintiff or joint acti against Uber, other than participating in a classwide, collective, coordinated, consolidated, mass, and/or representative settlement of claims.

(a) Agreement to Binding Arbitration Between You and Uber.

(1) Covered Disputes: Except as expressly provided below in Section 2(b), you and Uber agre that any dispute, claim, or controversy in any way arising out of or relating to (i) these Terms and prior versions of these Terms, or the existence, breach, termination, enforcement, interpretation, scope, waiver, or validity thereof; (ii) your access to or use of the Services at a time; (iii) incidents or accidents resulting in personal injury or death to you or anyone else th

149

you allege occurred in connection with your use of the Services (including, but not limited to your use of the Uber Marketplace Platform or the driver version of the Uber App), regardless whether the dispute, claim, or controversy occurred or accrued before or after the date you agreed to these Terms, and regardless of whether you allege that the personal injury or deat was experienced by you or anyone else; and (iv) your relationship with Uber, will be settled b binding individual arbitration between you and Uber, and not in a court of law. This Arbitratic Agreement survives after your relationship with Uber ends.

(2) Class Action Waiver: Any and all disputes, claims, or controversies between the parties sh be resolved only in individual arbitration. The parties expressly waive the right to have any dispute, claim, or controversy brought, heard, administered, resolved, or arbitrated as a class collective, coordinated, consolidated, and/or representative action, and neither an arbitrator nor an arbitration provider shall have any authority to hear, arbitrate, or administer any class collective, coordinated, consolidated, and/or representative action, or to award relief to anyc but the individual in arbitration. The parties also expressly waive the right to seek, recover, ot obtain any non-individual relief. Notwithstanding anything else in this agreement, this Class Action Waiver does not prevent you or Uber from participating in a classwide, collective, and/or representative settlement of claims.

The parties further agree that if for any reason a claim does not proceed in arbitration, this Class Action Waiver shall remain in effect, and a court may not preside over any action joinir coordinating, or consolidating the claims of multiple individuals against Uber in a single proceeding, except that this Class Action Waiver shall not prevent you or Uber from participating in a classwide, collective, and/or representative settlement of claims. If there is final judicial determination that any portion of this Class Action Waiver is unenforceable or unlawful for any reason, (i) any class, collective, coordinated, consolidated, and/or representative claims subject to the unenforceable or unlawful portion(s) shall proceed in a court of competent jurisdiction; (ii) the portion of the Class Action Waiver that is enforceabl shall be enforced in arbitration; (iii) the unenforceable or unlawful portion(s) shall be severe from this Arbitration Agreement; and (iv) severance of the unenforceable or unlawful portion(s) shall have no impact whatsoever on the enforceability, applicability, or validity of 1 Arbitration Agreement or the arbitrability of any remaining claims asserted by you or Uber.

(3) Mass Actions:

a. Mass Action Waiver: Any and all disputes, claims, or controversies between the parties sha be resolved only in individual arbitration. The parties expressly waive the right to have any dispute, claim, or controversy brought, heard, administered, resolved, or arbitrated as a mas: action, and neither an arbitrator nor an arbitration provider shall have any authority to hear, arbitrate, or administer any mass action or to award relief to anyone but the individual in arbitration—except as provided below in Section 2(a)(3)(c). The parties also expressly waive the right to seek, recover, or obtain any non-individual relief. The parties agree that the

150

Uber                                                    Log in    **Sign up**

Select jurisdiction:    Select language:

United States ▾      English  ▾

Last modified: 7/17/2024                                          ▲



# Uber Privacy Notice

<u>I. Introduction</u> / <u>II. Overview</u> / <u>III. Data collections and uses</u> / <u>IV. Choice and transparency</u> / <u>V. Legal information</u>

# I. Introduction

151

When you use Uber, you trust us with your personal data. We're committed to keeping that trust. That starts with helping you understand our privacy practices.

This notice describes the personal data ("data") we collect, how it's used and shared, and your choices regarding this data. We recommend that you read this along with our privacy overview, which highlights information about our privacy practices and provides summaries of the data we collect and how we use it.

Download previous version



# II. Overview

152

## A. Scope

*This notice applies to users of Uber's apps, websites, and other services globally.*

This notice describes how Uber and its affiliates collect and use data. This notice applies to all Uber users globally, unless they use a service covered by a separate privacy notice, such as Uber Freight, Careem or Uber (South Korea). This notice specifically applies to:

- **Riders:** those who request or receive transportation and related services, including package delivery and return services via Uber Connect, via their Uber account.

- **Drivers:** those who provide transportation to Riders individually via their Uber account or through partner transportation companies.

- **Order recipients:** those who request or receive food or other products and services for delivery or pick-up via their Uber Eats or Postmates account. This includes those who use guest checkout features to access delivery or pick-up services without creating and/or logging into their account.

- **Delivery persons:** those who provide delivery services via Uber Eats or Postmates.

- **Guest users:** those without an Uber account who receive ride and delivery services ordered by other Uber account owners, including those who receive services arranged by Uber Health, Uber Central, Uber Direct or Uber for Business customers (collectively, "Enterprise Customers"); or by friends, family members or other individual account owners, including via Uber Connect; and gift card recipients.

- **Borrowers:** those who borrow a vehicle from an Owner through Uber Carshare.

- **Owners:** those who make their vehicle(s) available to others through Uber Carshare.

This notice also governs Uber's other collections of data in connection with its services. For example, we may collect contact information of owners or employees of restaurants or merchants on the Uber Eats or Postmates platforms; contact information of those who manage and use accounts owned by Enterprise Customers; or data of those who start but do not complete their applications to be drivers or delivery persons.

All those subject to this notice are referred to as "users" in this notice.

Our privacy practices are subject to applicable laws in the places in which we operate. This means that we engage in the practices described in this notice in a particular country or region only if permitted under the laws of those places.

In addition, please note the following:

Exhibit 8 (3 pages)

**Anchor Hospital**
5454 Yorktowne Drive
Atlanta, Georgia 30349

LUNDIE, JASMINE
MR# 000071757   03/22/1993
0205849-0018 10/28/2023
D. O'BRIEN MD   F   IPL

Faxed Date: __11/7/23__ / Time: __5:27__

To: _____ / _____
       (Provider Name)                          (Aftercare Agency name)

From: __Social Service Dept__
Anchor Hospital

Re: __Jasmine Lundie__           D.O.B.: __5/22/93__
     (Patient / Resident Name Here)

In order to aid the transition of our patients to the next level of care and enhance continuity to the next level of care, the following Transition Record documents regarding the above named patient is enclosed/attached:

1. Discharge/Aftercare Plan - Transition Record Part 1 & 2
2. Medication Reconciliation Document -Transition Record Part 3
3. The Individualized Crisis/Safety Plan -Transition Record Part 4 that was developed with input from
   __Jasmine Lundie__
   (Patient/Resident and Significant Other Names Here)

4. Patient Advance Directives Acknowledgement -Transition Record Part 5

Please check appropriate boxes below:

☑ Staff at our facility has reviewed all of the enclosed/attached information with the patient. We have also educated him/her to the criticality of attending all scheduled aftercare appointments and continuing any prescribed medications. We have provided the patient with educational materials on factors that may increase suicide risk and how to access and receive help in the event of an emotional/behavioral crisis.

☑ Staff at our facility has also reviewed all of the enclosed/attached information with the patient's parent/guardian/family. We have also provided the parent/guardian/family with educational materials on factors that may increase suicide risk and how to access and receive help in the event of an emotional/behavioral crisis.

☐ _____ declined parent/guardian/family involvement in treatment.
   (Patient / Resident Name Here)

Please contact us if you have any concerns or questions.
Therapist/Social Worker/Case Manager Signature: __Stacey D Horne, msw__

Print Name: __Stacey D Horne, msw__ Telephone Number: __678-251-3200__

## CONFIDENTIALITY NOTICE:

The documents accompanying this (facsimile) contain confidential information that may be legally privileged and protected by federal and state law. The documents may also contain confidential information subject to Federal and State privacy law. This information is intended for use only by the entity or individual to whom it is addressed. The authorized recipient is obligated to maintain the information in a safe, secure, and confidential manner.

This information may include drug/alcohol drug abuse treatment records which are protected by Federal confidentiality rules (42 CFR, Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR, Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

If you have received this information in error, please immediately notify the sender by telephone to arrange for return or destruction of the document(s). The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

154

Transition Record Fax Cover 2021



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 8 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# OFFICIAL NOTICE OF DEMAND

*LUNDIE v ANCHOR HOSPITAL [1:23-CV-5458]*
UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

From

*Glow Green Studios, LLC*
*PO BOX 923*
*Red Oak, GA 30272*

**March 18, 2024**

Dear **Anchor Hospital,**

Our client, **Jasmine Nicole Lundie,** has hired us to represent their interest in resolving matters. The letter requests some form of restitution to the aggrieved party. **Anchor Hospital** shall note that the sum of **$500,000.00 USD** is due to the client.

---

## DESCRIPTION OF DAMAGES

After a few sessions, maximizing five minutes each, he diagnosed the plaintiff with a mental condition without bases for his findings. The facility refused to analyze the patient's history, or lack thereof, to conduct a proper psychoanalysis. Without contacting her primary care physician, displaying signs of anxiety, and against her will, the techs administered 2 PRN shots. Those shots resulted in an adverse reaction while engaging the esophageal stricture, a symptom of her near death experience, occurring on August 4th, 2023.

After discharge, the major contributors attempted to use the false commitment and erroneous diagnosis as a weapon for defamation and control. The medical record supports the complaint. O'Brien's observations within were produced after to further the collusion.

---

If there is no response to this letter all legal rights shall be explored, including, but not limited to, legal proceedings necessary in accordance with State and Federal laws. It is strongly in your interests to avoid the additional expense and embarrassment of a court appearance. We strongly advise you to take this opportunity to reach an amicable solution.

## DEMAND FOR RESTITUTION

In order to resolve this matter, we have provided the following payment option:

☑ **Full Amount: $500,000 USD** due by _____.
    ☑ The requests that the settlement is distributed by one transaction.

**Glow Green Studios, LLC**          **(678) 322 - 8468**          **www.glowgreenstudios.com**

1

☐ **A | A Wire Transfer** of **$500,000.00USD** to the following bank account:
Bank Name:_____
Account Name:_____
Routing Number:_____
Account Number:_____

☐ **B | 1 cashier checks (180 day expiration)** of **$500,000.00 USD** to be delivered in person, arrangement set forth by the United States District Courts.

*Payment(s) can be completed via cash, check, and wire transfer(s).*

This notice of demand serves as an official notice to you and may be tendered in court as evidence of your failure to cooperate. If legal action is to occur to resolve this matter, it may involve having you pay **attorney's fees.**

*We hope to resolve this matter as soon as possible. You're encouraged to respond to this letter via email or by mail with preferred payment options. Thank you in advance for the cooperation.*

*Sincerely,*
*Glow Green Studios*
*Boss@GlowGreenStudios.com*

| **PERSON FILING REPORT** |
| --- |

Signature: _____   Print Name: Jasmine Lunoe
Department: _____   Date: March 18 , 20 24

| **OFFICE USE ONLY** |
| --- |

Report received by: _____ Date _____, 20 _____
Follow-up action taken:_____
_____
_____
_____
_____

156

Exhibit 9 (11 pages)

# OFFICIAL NOTICE OF DEMAND

From
*Glow Green Studios, LLC*
*6023 W Fayetteville Road*
*College Park, GA 30349*

**June 12, 2023**

Dear **Kevin J. Foreman**,

Our client, **Jasmine Nicole Lundie**, has hired us to represent their interest in resolving matters mentioned in the *Cease-and-Desist* letter sent May 30, 2023 and delivered June 5, 2023. This letter serves as an official demand. You will note that the sum of **$1,000,000.01 USD** is due by you.

If there is no response to this letter by **July 1st, 2023**, all legal rights shall be explored, including, but not limited to, legal proceedings necessary in accordance with State and Federal laws. It is strongly in your interests to avoid the additional expense and embarrassment of a court appearance. We strongly advise you to take this opportunity to reach an amicable solution.

In order to resolve this matter, we have provided the following payment options:
*(Check All That Apply)*

☐ **Full Amount: $1,000,000.01 USD** due by **July 1st, 2023**.
☐ **Installment Payments:** *(check all that apply)*
    ☐ - **$7,500 USD** paid on a weekly basis starting **July 1st, 2023**.
    ☐ - **$30,000 USD** paid on a monthly basis starting **July 1st, 2023**.

***Payment(s) can be completed via invoice, cashier check, money order, and wire transfer.***

This notice of demand serves as an official notice to you and may be tendered in court as evidence of your failure to cooperate. If legal action is to occur to resolve this matter, it may involve having you pay **attorney's fees**.

We hope to resolve this matter as soon as possible. You're encouraged to respond to this letter via email with preferred payment options. Thank you in advance for the cooperation.

*Sincerely,*
*Glow Green Studios*
*Boss@GlowGreenStudios.com*

157



UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

Jasmine Nicole Lundie :
9621 Poole Rd
Villa Rica, Georgia 30180 :
Plaintiff, :

          **vs** :    **EXHIBIT 9.2**

Kevin Foreman :
3590 Grape Street
Denver, Colorado 80207 :
Defendant, :

## DISCLAIMER TO PREVENT NEGLIGENCE

1. This is a disclaimer to prevent negligence. Jasmine Nicole Lundie's life is in imminent danger. Kevin Foreman of Harvest Church in Denver, CO is threatening her life with witchcraft. Within her case file at the United States District Courts, Northern District of Georgia, Atlanta Division she has a CT Scan that proves the voodoo doll that he is using to threaten her life is creating holes on vital organs. There's lacerations on her esophagus and needle grooves from her esophagus to her vocal chords. The CT Scans, emails, text messages, reports, police reports and list of witnesses are enough for **probable cause**.

2. The spiritual attachment, explained in **Exhibit 3.1**, is a vulnerability that can be easily exploited if the arresting officers mishandle the case. Due to the circumstances, Foreman should be apprehended by hand. He should not be shot, tased, or beaten. Physical attacks will injure the victim, the plaintiff, Jasmine Nicole Lundie. He should be sedated and placed in maximum security to prevent a government employee or inmate taking it upon themselves to finish the job.

3. The voodoo should be bagged separately from the pins and provided to the plaintiff to avoid foul play. She will dispose of it properly.

4. The execution of Foreman, by lethal injection, will not harm the plaintiff. From our investigation its biologically impossible for Lundie's heart to stop beating and her brain to cease function after Foreman is put to rest. To eliminate foul play and to grant her a peace of mind, **the victim would like to be notified and present of the execution for confirmation**, a medic onsight to check her vitals, and given a copy of the **death certificate for insurance** purposes.

5. After investigation, it'll be best to bury Kevin Foreman after execution – **lethal injection**. Although the spiritual attachment will cease to exist, we are unaware of the lasting side-effects. He did not inform her on the subject before performing the ritual and he does not know the ramifications after disconnection. Various complications have developed overtime thus far. To prevent her organs from decaying or internal bleeding, it'll be best to skip Foreman's autopsy and embalming. The



defendant will pay for the burial, which will include cement inside and outside of the casket – unmarked to prevent grave digging.

6. It's best to act swiftly because the stabs could result in a disability, a coma, or death.

---

**PLAINTIFF**

Signature: _Jasmine Lunise_
Print Name: _Jasmine Lunise_                     Date: _08/22_____, 20 _24_

---

**PERSON FILING REPORT**

Signature: _Jasmine Lunise_                      Print Name: _Jasmine Lunise_
Department: _Executive_                          Date: _08/27_____, 20 _24_

---

**OFFICE USE ONLY**

Report received by: _____ Date _____, 20 _____
Follow-up action taken: _____
_____
_____

159

# Learn Religions

## Are there laws against witchcraft in America?

**f Share**     **Flip**     ✈ **Mail**     🖶 **Print**



📷 Are there legal prohibitions against the practice of witchcraft in America?. *Robert Daly / Getty Images*

**By Patti Wigington**
**Updated on June 25, 2019**

We often read about laws against witchcraft—the Salem trials were perhaps the best known, but there were many others. Even today, there are laws in some parts of the world against the practice of witchcraft. In some countries, it's even punishable by death. But what about in the United States? Are there any American laws against witchcraft?

160

**KEY TAKEAWAYS**
## Did You Know?

In some states there are laws against fortunetelling, Tarot card



# Learn Religions



religious practices have been challenged in court.

If you are a practicing Pagan, it's important to be aware of your rights as a parent, as an employee, and even as a member of the United States military.

## Colonial Laws and Trials



*sphraner / iStock / Getty*

The Salem witch trials were indeed held in Massachusetts. However, in 1692, when these trials took place, Massachusetts was not "American" at all. It was a British colony, and therefore fell under British rule and law. In other words, the Salem Colony was not American in 1692, because "America" didn't exist. In fact, it didn't exist until about eighty years later. Also, no one has ever been burned at the stake for witchcraft in America. In Salem, a number of people were hanged, and one was pressed to death. It is unlikely that any of those people were actually practicing any sort of witchcraft (except possibly Tituba), and more likely that they were all just unfortunate victims of mass hysteria.

161



# Learn Religions

people were executed for the crime of witchcraft — but again, this was
during the Colonial period, so these were not truly American laws.

## Modern Laws



→ There's no law protecting
those who practice witchcraft
granting the right to injure,
murder, or assault.

*KatarzynaBialasiewicz / Getty Images*

In some states, however, there are still laws against fortunetelling, Tarot
card reading, and other divinatory practices. These are not outlawed
because of an injunction against witchcraft, but because of municipal
leaders trying to protect gullible residents from being swindled by con
artists. These ordinances are passed on local levels and are typically part
of zoning regulations, but they're not anti-witchcraft laws—they're anti-
fraud laws.

In addition, there have been cases in the United States where specific
religious practices have been challenged in court. In 2009, Jose Merced
sued the city of Euless, Texas, when they told him he could no longer
perform animal sacrifices as part of his religious practice. The city told
Merced, a practitioner of Santeria, that "animal sacrifices jeopardize public
health and violate its slaughterhouse and animal cruelty ordinances." The

162

 

Again, this was not a specific injunction against witchcraft or religion. Because it was a specific religious practice, and the city couldn't provide enough evidence to support their claim of it being a health issue, the court ruled in favor of Merced and his right to practice animal sacrifice.

In the 1980s, the District Court of Virginia court recognized witchcraft as a valid and legitimate religion, in the case of *Dettmer v Landon*, and this was upheld later on by a Federal court, determining that people who practice witchcraft as a religion are entitled to the same Constitutional protections as those who follow other belief systems.

## How to Protect Yourself



*Classen Rafael / EyeEm / Getty*

Believe it or not, Pagans—and other practitioners of earth-based faiths—have the same rights as everyone else in this country. If you are a practicing Pagan, learn about your rights as a parent, as an employee, and even as a member of the United States military:

163

Protect your legal rights: If you suspect you may be a victim of religious discrimination, be sure to document everything that takes place. Keep a



religion.

Your rights as a pagan parent: If your child attends a public school in the United States, he or she has the same rights as other students. Keep in mind that many—probably most—teachers have never had a Pagan student, or had a Pagan parent to interact with. This means you'll probably be setting a precedent for them, and navigating the waters can be tricky. This is why, as always, communication is key. If your child comes home and says that his teacher said something that you find troubling, your first response should NOT be to complain to the school board, your lawyer, and the local news channel. Instead, start with the teacher.

Rights in the workplace: If you are suddenly facing the threat of termination after coming out of the broom closet, despite an excellent work history, you should contact a civil rights attorney who specializes in Pagan and Wiccan discrimination cases. Be sure to document every single conversation and event that takes place.

If you or someone you love is an active duty member of the military, you need to be aware of your rights as a Pagan or Wiccan soldier. If regular military channels do not resolve the issue you still have a couple of other options. You can file a complaint through the Inspector General (IG). The IG has the responsibility of investigating complaints and enforcing regulations. If neither of these works for you, consider filing an Article 138 complaint.

**Cite this Article** **"**

## **What Do You Think?**       ⊠   ⋮

### **Do you think of Buddhism as a religion or a philosophy?**

164

◯ Religion

◯ Philosophy



## UK Parliament

UK Parliament > About Parliament > Living Heritage > People & Parliament transforming society > Private lives > Religion and belief > Religion and beli

# Witchcraft

Witchcraft, a perceived facility to summon evil spirits and demons to do harm to others, was linked to religion to the extent that the medieval Church had powers to punish those who dabbled in magic and sorcery. Its priests were able to exorcise those who had become possessed by malign spirits.

## Evil spirits

During the 16th century, many people believed that witchcraft, rather than the workings of God's will, offered a more convincing explanation of sudden and unexpected ill-fortune, such as the death of a child, bad harvests, or the death of cattle. Witch-hunting become an obsession in some parts of the country.

## Witchcraft Act ⟵

In 1542 Parliament passed the Witchcraft Act which defined witchcraft as a crime punishable by death. It was repealed five years later, but restored by a new Act in 1562.  ⟵ *an entire century saw to put a law in place*

A further law was passed in 1604 during the reign of James I who took a keen interest in demonology and even published a book on it. The 1562 and 1604 Acts transferred the trial of 'witches' from the Church to the ordinary courts.

## Witch-hunting

Formal accusations against witches – who were usually poor, elderly women – reached a peak in the late 16th century, particularly in south-east England.

513 'witches' were put on trial there between 1560 and 1700, though only 112 were executed. The last known execution took place in Devon in 1685.

The last trials were held in Leicester in 1717. Overall, some 500 people in England are believed to have been executed for witchcraft.

## Magical powers

In 1736 Parliament passed an Act repealing the laws against witchcraft, but imposing fines or imprisonment on people who claimed to be able to use magical powers.

When it was introduced in the Commons the Bill caused much laughter among MPs. Its promoter was John Conduit whose wife was the niece of Sir Isaac Newton, a father of modern science, although keenly interested in the occult.

The Act was repealed in 1951 by the Fraudulent Mediums Act which in turn was repealed in 2008.

In 1824 Parliament passed the Vagrancy Act under which fortune-telling, astrology and spiritualism became punishable offences.

### Biographies

You can access biographies of

James I
Sir Isaac Newton

from the Oxford Dictionary of National Biography for free, online, using your local library card number (includes nine out of ten public libraries in the UK) or from within academic library and other subscribing networks.

Home (https://www.nationalarchives.gov.uk/) > Education (https://www.nationalarchives.gov.uk/education/) >

Classroom resources (https://www.nationalarchives.gov.uk/education/resources/) >

Early Modern witch trials (https://www.nationalarchives.gov.uk/education/resources/early-modern-witch-trials/) >

An Act against Witchcraft

# An Act against Witchcraft

(https://www.nationalarchives.gov.uk/education/resources/early-modern-witch-trials/accusation-of-witchcraft/)

(https://www.nationalarchives.gov.uk/wp-content/uploads/2023/02/1604-Act-Against-Witchcraft-1-Jas-I-c-12-C-65_181-scaled.jpg)

(https://www.nationalarchives.gov.uk/wp-content/uploads/2023/02/1604-Act-Against-Witchcraft-1-Jas-I-c-12-C-65_181-scaled.jpg)

(https://www.nationalarchives.gov.uk/wp-content/uploads/2023/02/1604-Act-Against-Witchcraft-1-Jas-I-c-12-C-65_181-scaled.jpg)

166

The 1604 Act Against Witchcraft [1 Jas I, c 12], making it an offence to (among other things) use witchcraft to rob graves or find hidden treasure. (Catalogue Ref: C 65/181)

Busy Foreman in cement