UNITED STATES DISTRICT COURTS - **NORTHERN** DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

Jasmine Nicole Lundie
9621 Poole Rd
Villa Rica, Georgia 30180
Plaintiff,

R(J'D
FILED IN CLERK'S OFFICE
U.S.D.C GAINSVILLE

SEP 0 9 2024  CASE NO: **1:24-CV-3739**

Kevin P. Weimer, Clerk
By: ·Deputy Clerk

**JURY TRIAL DEMANDED**

vs

Bishop Kevin Foreman
3590 Grape Street
Denver, Colorado 80207
Defendant,

## NOTE TO JUDGES

Dear Judge Clay Fuller,

I pray this message finds you well. In the case referenced above there's a frivolity determination that should be terminated. I understand that you could be trying to prevent adverse inferences, however the court, the clerks, and the district judge, Judge Calvert, may be under the assumption that you need a determination before the **plaintiff** is able to proceed *PRO SE*.

"In United States v. Kordel 397 U.S. 1 (1970), **the Supreme Court** stated that "[I]t would stultify enforcement of federal law to require a government agency . . . invariably to choose either to forgo recommendation of a criminal prosecution once it seeks civil relief, **or to defer civil proceedings pending the ultimate outcome of a criminal trial."**

The determination is evidence of another party's, outside of this suit, behavior. However, in order to prevent **Obstruction of Justice**, I would like the submission to be canceled. I contacted **the clerks**, 9/4/2024, and **they cannot send a summons**. The district judge may see that as an illegal practice.

**"Obstruction of justice broadly refers to actions by individuals that illegally prevent or influence the outcome of a government proceeding."**

Best Regards,
Jas Lundie
Glow Green Studios
678-322-8468